**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **B GSE Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bullerdick GSE, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3602396** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14034 Clarendon Point Court**<br>**Huntersville, NC 28078**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecklenburg**<br>County | **Location of principal assets, if different from principal place of business**<br>**134 Tower Lane and 74 Long Street Westover, WV 26501**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ (filled) Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

| Debtor | **B GSE Group, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**▉  Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .     *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **B GSE Group, LLC**                                                    Case number (*if known*)
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **B GSE Group, LLC**                                          Case number (*if known*) _____
_____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 6, 2023**
               MM / DD / YYYY

**X** **/s/ Bryan M. Bullerdick**                          **Bryan M. Bullerdick**
_____            _____
Signature of authorized representative of debtor          Printed name

Title    **Member-Manager**
         _____

**18. Signature of attorney**

**X** **/s/ Richard S. Wright**                    Date    **January 6, 2023**
_____                        MM / DD / YYYY
Signature of attorney for debtor

**Richard S. Wright 24622**
_____
Printed name

**Moon Wright & Houston, PLLC**
_____
Firm name

**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
_____
Number, Street, City, State & ZIP Code

Contact phone    **704-944-6560**          Email address    **rwright@mwhattorneys.com**

**24622 NC**
_____
Bar number and State

## CORPORATE RESOLUTION

The undersigned, being the sole member and manager of B GSE Group LLC, a North Carolina limited liability company (the "Company"), does hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the members and/or managers of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the sole member-manager of the Company, Bryan M. Bullerdick (hereinafter, the "Manager"), is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate, including, but not limited to, debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC to render legal services to, and to represent the Company in such chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the Manager is authorized to retain on behalf of the Company such other professionals as the Manager of the Company deems necessary or appropriate, upon such terms and conditions as the Manager shall approve, to render services to the Company in connection with such chapter 11 proceeding and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the Manager of the Company is authorized, empowered, and directed to take any and all further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

MWH: 10782.001; 00028018.1

Dated: Huntersville, North Carolina
       January 4, 2023

**B GSE GROUP, LLC**

By:     _Bryan M. Bullerdick_ (SEAL)
             Bryan M. Bullerdick
             Sole Member-Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **B GSE Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACE CONTROLS 23435 Industrial Park Drive Farmington Hills, MI 48335 | | | | | | $65,068.94 |
| ALLIED ELECTRONICS 7151 Jack Newell Blvd. S Fort Worth, TX 76118 | | | | | | $58,055.67 |
| Bell Davis & Pitt PA P. O .Box 21029 Winston Salem, NC 27120 | | | | | | $251,174.13 |
| BYZFUNDER NY LLC 263 W. 38th Street New York, NY 10018 | | Lawsuit | Contingent Unliquidated Disputed | | | $511,368.42 |
| DEI Engineering 1280 Old Innes Road Suite 801 Ottawa, ON K1B5M7 | | | | | | $206,408.00 |
| DMKA LLC d/b/a The Smarter Merchant 345 7th Avenue, Suite 801 New York, NY 10001 | | | Contingent Unliquidated Disputed | | | $254,499.27 |
| FITZMARK 950 Dorman St Indianapolis, IN 46202 | | | | | | $91,969.03 |

| Debtor | **B GSE Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FUTURE ELEC 6060 Rockside Woods Blvd Suite 115 Independence, OH 44131** | | | | | | $49,399.00 |
| **INDEECO 425 Hanley Industrial Ct Saint Louis, MO 63144** | | | | | | $74,866.51 |
| **Internal Revenue Service Bankruptcy Section PO Box 7346 Philadelphia, PA 19101-7346** | Notice Purposes Only | | Disputed | | | $48,349.46 |
| **John Bean Technologies Corporation 70 West Madison Street, Suite 4400 Chicago, IL 60602** | | | | | | $1,025,033.00 |
| **MQ AUTOMATIO 1859 Section Road Cincinnati, OH 45237** | | | | | | $154,268.03 |
| **Nextpoint 4043 N Ravenswood Ave. Suite 317 Chicago, IL 60613** | | | | | | $54,886.94 |
| **NY BLOWER 4939 Buttermilk Hollow Rd West Mifflin, PA 15122** | | | | | | $86,600.00 |
| **Queen City Supply Company d/b/a MQ Automation 1859 Section Rd Cincinnati, OH 45237** | Lawsuit | | Disputed | | | $154,666.82 |
| **Steptoe & Johnson P.O. Box 247 Bridgeport, WV 26330** | | | | | | $65,640.10 |
| **THYSSENKRUPP 6050 Oak Tree Blvd Independence, OH 44131** | | | | | | $43,942.10 |

Debtor   **B GSE Group, LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TIEFENBACH 112 Corporate Drive Morgantown, WV 26501** | | | | | | **$60,282.70** |
| **Truist Bank 500 E. Broad Street Statesville, NC 28677** | | **Visa Credit Card** | | | | **$106,004.98** |
| **Twist, Inc. 5100 Waynesville-Jamestown Road Jamestown, OH 45335** | | | | | | **$157,500.00** |

4 State Trucks
4579 Highway 43
Joplin, MO 64804


84 GROUP
1114 Parkway View Dr
Pittsbugh, PA 15205


A. Cooper Mechancial
171 Leroy Rd
Williston, VT 05495


ABC Industries
PO Box 77
Warsaw, IN 46581


ABSOLUTE EN
2967 Jackson Mill Rd
Jane Lew, WV 26378


ACCO Engineered Systems, Inc.
Attn: Purchasing Department
888 East Walnut Street
Pasadena, CA 91101


Accurate Control Co., LLC
4949 Blalock Road
Houston, TX 77041


ACE CONTROLS
23435 Industrial Park Drive
Farmington Hills, MI 48335


ACE Property and Casualty Insurance Co
436 Walnut Street
Philadelphia, PA 19106


Adams Machinery Company
601 N. Skokie Hwy
Suite D
Lake Bluff, IL 60044


Adobe
345 Park Avenue
San Jose, CA 95110-2704

Advanced Metal Products
943 Quarry Road
Jamestown, Ohio 45335-0000

Advantage Occupational Medicine
1370 Johnson Ave
1st Floor
Bridgeport, WV 26330

Aflac
World Headquarters
1932 Wynnton Road
Columbus, GA 31999

Agility Fairs & Events Logistics
1100 S. Tamiami Trail
Suite B
Venice, FL 34285

AIR FILTERS
8282 Warren Rd
Houston, TX 77040

AIRGAS
326 Cheat Rd
Morgantown, WV 26508

Airport Suppliers
Unit 25, Chitterley Business Centre
EX United Kingdom

Airport Technical Support
P.O. Box 276
Mansfield, TX 76063

AKRON ELECTRIC, INC.
2728 Wingate Ave.
Akron, OH 44314

Alaska Integrated Services, Inc.
619 11th Ave
Suite 101
Fairbanks, AK 99701

All Current Electrical Sales
12550 North Houston Rosslyn Road
Houston, TX 77086


Allegheny Design Services Inc
102 Leeway Street
Morgantown, WV 26505


Allegheny Ind. Supply
3854 Corbin Branch Rd
Bridgeport, WV 26330


ALLIED ELECTRONICS
7151 Jack Newell Blvd. S
Fort Worth, TX 76118


ALLIED WIRE
101 Kestrel Drive
Collegeville, PA 19426


Allsearch Professional Staffing Inc
40 Winter Avenue
Glen Rock, PA 17327


Alpha Omega Shelving Inc
800 Hope Hollow Rd
Carnegie, PA 15106


ALRO STEEL
140 Solar Drive
Imperial, PA 15126


ALRO STEEL
3100 E. High Street
Jackson, MI 49204


AMAZON
410 Terry Ave N
Seattle, WA 98109


Ameresco Solar LLC
202 S Live Oak St
Suite B
Tomball, TX 77375

AmeriBridge
5425 Poindexter Drive
Indianapolis, IN 46235

AMERICA REEL
15 Airpark Vista Blvd
Dayton, NV 89403

American Airlines Insurance Compliance
PO Box 100085
Duluth, GA 30096

American Arbitration Assoc.
1301 Atwood Avenue
Suite 211N
Johnston, RI 02919

American Funds
Promenade II, Suite 2300
1230 Peachtree Street NE
Atlanta, GA 30309

AMETEK
820 Pennsylvania Blvd
Feasterville Trevose, PA 19053

AMETEK
205 Keith Valley Road
Horsham, PA 19044

Anderson Excavating LLC
343 Williams Road
Morgantown, WV 00028-6501

Anixter
4300 Northlake Court
Suite I
Charlotte, NC 28216

APPLIED INDU
126 Carr Ln
Fairmont, WV 26554

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673


AQ Transformers
823 Fairview Road
Wytheville, VA 24382


Arkansas Department of Finance and Admin
Attn:  Department of Revenue
1900 W. 7th Street
Little Rock, AR 72201


ATES
Piazzale De Agostini 3
Milano, Italy 20146


ATLANTIC
3908 Frankford Avenue
Philadelphia, PA 19124


Atlantic Environmental Systems Inc
2244 4th Ave., North
Lake Worth, FL 33461


ATRON GROUP
9125 Viscount Row
Dallas, TX 75247


AUTOMATION D
3505 Hutchinson Road
Cumming, GA 30040


Automation Direct, Inc.
PO Box 402417
Atlanta, GA 30384-2417


AUTOMATION24
3600 Horizon Dr
King of Prussia, PA 19406


Avon Aero Supply Inc
3815 Commerce Loop
Orlando, FL 32808

Axis Routing and Manufacturing Inc.
Attn: Zach Gunwall
104-A White Oak Lane
Lexington, SC 29073


B&M Contractors, Inc.
790 Pitts Chapel Road
Elizabeth City, NC 27909


Baileigh Industrial
1625 Dufek Drive
PO Box 531
Manitowoc, WI 54221


BAKER GAS
2920 Douglas Road
Toledo, OH 43606


BARDAC
40 Log Canoe Circle
Stevensville, MD 21666


BARON
102 Four Coins Dr
Suite 4
Canonsburg, PA 15317


Basic
PO Box 88297
Milwaukee, WI 53288-0001


Basic Wire & Cable
3900 N Rockwell Street
Chicago, IL 60618


BEDFORD REIN
264 Reynoldsdale Rd.
Bedford, PA 15522


Bell Davis & Pitt PA
P. O .Box 21029
Winston Salem, NC 27120

Benaka Inc.
7 Lawrence Street
New Brunswick, NJ 08901


Benchmark Construction Co. Inc.
2260 Southwind Blvd.
Bartlett, IL 60103


Benchmark Metal Services
P. O. Box 746
Krum, TX 76249


Berkley Southeast Insurance Group
4820 Lake Brook Dr
Suite 300
Glen Allen, VA 23060


Berkley Southeast Insurance Group
1745 N. Brown Road, Suite 400
Lawrenceville, GA 30043-8156


BGSE ASSY
134 Tower Ln
Morgantown, WV 26501


BITZER
P.O. Box 10210
Atlanta, GA 30368-2010


BITZER
4080 Enterprise Way
Flowery Branch, GA 30542


BKS Technical Solutions
5A James St
Georgetown, Ontario L7G 2H2


BKS Technical Solutions
85 Belmont Blvd.
Georgetown
CANADA
ON L7G6E7

BKW GSE Consulting
3809 Verona Terrace
Davis, CA 95618


BLACKHAWK
2155 Stonington Ave
Unit 103
Hoffman Estates, IL 60169


BLIND RIVET
2520 WEST CLEMENT CIRCLE
Flag Staff, AZ 86001


BM KRAMER
69 South 20th St
Pittsburgh, PA 00010-5203


BOE-G Trucking LLC
PO Box 36
Blacksville, WV 26521


Boom Air, LLC
33 W. First Street, Suite 200
Dayton, OH 45402


Booth, Strange & Daniel
201 W. Main Street, Suite B
Clarksburg, WV 26301


BOYD WELDING
802 NW 27th Ave
Ocala, FL 34475


BROWN'S COAT
161 Edsell Rd
Mt. Clare, WV 26403


BRUNSWICK
P. O. Box 734159
Chicago, IL 60673-4159


Brunswick Companies
5309 Transportation Blvd.
Cleveland, OH 44125

Bryan M. Bullerdick
14034 Clarendon Point Ct
Huntersville, NC 28078-7449


Bryan S. Henry
c/o Charles C. Wise III
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501


Butler Gas
110 Nichol Avenue
Mc Kees Rocks, PA 15136-2624


Butterfly Valves & Controls
671 C Industrial Blvd.
Grapevine, TX 76051


BYZFUNDER NY LLC
263 W. 38th Street
New York, NY 10018


Cable Ties and More
961 Alness Street
ON M3J 2J1
CANADA


California Department of Tax and Free Ad
Attn: Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


CANDURA
775 Pacific Rd
Unit 26
CANADA
Oakville, ON L6L 6M4


Cannon Load Banks
85 North Industrial Rd
Palmetto, GA 30268


Carolina Chillers LLC
3810 Ladson Rd
Suite A
Ladson, SC 29456

CD AERO
167 John Verente Blvd
New Bedford, MA 02745


CDE
1605 Rodney French Blvd.
New Bedford, MA 02744


CDE2
PO Box 10199
Columbia, SC 29202-3199


Charles C. Wise III
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501


CHASE DEFENSE PARTNERS
307 E Street
Hampton, VA 23661


Cheat Lake Excavating
3521 Camp Run Rd
Morgantown, WV 26508


Chris Lester
924 Ashton Place
Morgantown, WV 26508


Chucks Heating & AC, Inc
P.O. Box 53
Colchester, VT 05446


Cintas
P.O. Box 630910
Cincinnati, OH 45263


Cintas
100 Scott Avenue
Morgantown, WV 26508


Clark Construction Group, LLC
NAVFAC Washington, DC
7500 Old Georgetown Road
Bethesda, MD 20814

Clark Testing
821 East Front Street
Buchanan, MI 49107


CLEN-CO
PO Box 8172
Springfield, MO 65801


CMD Group
P.O. Box 207121
Dallas, TX 75320


COILMASTER
440 Industrial Drive
Moscow, TN 38057


COLD & COLDE
30 N. Gould Street
Sheridan, WY 82801


COLUMBIA PIP
41554 Koppernick Rd
Canton, MI 48187


Comcast
PO Box 70219
Philadelphia, PA 19101


Comcast
PO Box 37601
Philadelphia, PA 19101


Compressor World
31 Schoosett Street
Unit 400
Pembroke, MA 02359


Comptroller of Maryland
Attn: Ombudsman's Office
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

CONTROL PROD
1434 W Sam Houston Pkwy N 190
Houston, TX 77043


Core & Main
8388 Water St
Stonewood, WV 26301


Craig Shaft
P.O. Box 157
Augusta, KS 67201


Crane 1 Services, Inc.
11301-B MacCorkie Ave
Charleston, WV 25315


Crane 1 Services, Inc.
1027 Byers Road
Miamisburg, OH 45342


Crane Man, Inc.
5525 Elk River Road N
Elkview, WV 25071


CRESCENT
166 Thorn Hill Rd
Warrendale, PA 15086


Crescent Electric Supply SLC
2080S Industrial Rd.
Suite A
Salt Lake City, UT 84104


Crescent Electrical Supply Co.
P.O. Box 500
East Dubuque, IL 61025


CSM FAB
226 Clay Street
Pittsburgh, PA 15215


Cygnus Expositions
801 E Cliff Rd
Suite 201
Burnsville, MN 55337

D.H. Kay Sales Inc
143 Still View Ave.
CANADA
Pointe Claire, QC H9R 2X9


Dakota Supply Group
334 East 26th St
Williston, ND 58801


Daniel Kleve
633 N. Main St
Rose Hill, KS 67133


David P. Billings
Robert G. Crockett
Fabian VanCott
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323


David R. Stone
Dinsmore & Shohl, LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV 26501


David Simantob
Shannon L. Santos
Wilson Elser Moskowitz Edelman & Dicker
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407


DBS Associates Inc
2480 Grand Ave
Vista, CA 92081


DEI Engineering
1280 Old Innes Road
Suite 801
Ottawa, ON K1B5M7


DEKAL LOAD B
2000 Technology Drive
Pittsburgh, PA 15219


Dekal Load Banks
2000 Technology Drive
Pittsburgh, PA 15219

DELP
620 Glenwood Way
Butler, PA 16001


DELTA
28 Congress Circle West
Roselle, IL 60172


Devall Brothers Inc
326 Diamond Ave
Morgantown, WV 26505


DFW International Airport
Attn: Airport Concessions Manager
PO Box 619428
DFW Airport, TX 75261-9428


Digi-Key
701 Brooks Avenue South
PO Box 677
Thief River Falls, MN 56701-0677


Diller AG Equipment
9230 Mountain BrookRd
St. Thomas, PA 17252


Direct Connect Transaport
7161 55th St. N
Oakdale, MN 55128


DIRIG SHEET METAL
918 WEST COOK ROAD
Fort Wayne, IN 46825


DMKA LLC d/b/a The Smarter Merchant
345 7th Avenue, Suite 801
New York, NY 10001


DOCUPRINT LL
5000 Greenbag Rd
#C6
Morgantown, WV 26501

DODDRIDGE CO
1114 Speedway Ave.
Fairmont, WV 26554


Doddridge Controls Inc.
1114 Speedway Ave.
Fairmont, WV 26554


Domain at Town Centre
5000 Domain Drive
Morgantown, WV 26501


Dominion Energy
PO Box 26783
Richmond, VA 23261-6783


Donald E. Robinette Jr.
137 Sand Banks Rd
Morgantown, Wv 26508


Dwyer Instruments
P.O. Box 373
102 Indiana Hwy
Michigan City, IN 46361


DYNELL GMBH
Mistelbacher Strabe 17
4613 Mistelbach bei Wels
Austria


E Risk Services, LLC
227 Route 206
Flanders, NJ 07836


E2
1000 Circle 75 Parkway SE
Suite 300
Atlanta, GA 30339


E2S WARNING
17633 Telge Rd
Houston, TX 77429

Ease
500 Treat Avenue
San Francisco, CA 94110


EBS HVAC
117 New Frederick St
Wilkes Barre, PA 18702


ECHO GLOBAL
600 W. Chicago Ave
Suite 725
Chicago, IL 60654


Echo Global
2850 Gateway Oaks Drive
Suite 475
Sacramento, CA 95833


Elec Tek, LLC
19207 Coachmans Trace
Cornelius, NC 28031


ELECT CONSEPTS
PO Box 1278
Eatontown, NJ 07724


Electric Motor Wholesale, Inc.
2575 Morgans Choice Road
Camden Wyoming, DE 19934


ELECTROTECH
440 Industrial Dr
North Wales, PA 19454


ELESA
1930 Case Parkway N.
Twinsburg, OH 44087


eMARS, Inc.
2922 Mallard Lane
Germantown, TN 38138-7661


Endeavor Business Media LLC
P.O.Box 197565
Nashville, TN 37219-7565

ENERGY CONTROL
10220 West State Rd 84
Suite 9
Davie F, FL 33324

Energy Task Force
2501 Clark St
Apopka, FL 32703

Engel Electric Company
5280 11th St
Rockford, IL 61109

ERIKS -OGDEN
1327 W. 2550 S
Ogden, UT 84401-3239

ERIKS North America, Inc.
PO Box 734055
Chicago, IL 60673-4055

ESCA Industries Ltd
PO Box 429
Hatfield, PA 19440

eSmith IT
14316 Reese Blvd. Suite B-112
Huntersville, NC 28078

eSmith IT Consulting
14316 Reese Blvd
Suite B-112
Huntersville, NC 28078

ETF WEST LLC
2940 W Osborne Rd
Phoenix, AZ 85017

ETHERIDGE ELECTRIC
6711 Shiloh Rd.
Hahira, GA 31632

Etolin Strait Partners, LLC
7440 Central Business Park Drive
Suite 104
Norfolk, VA 23513


EU Automation
871 Busse Road
Elk Grove, IL 60007


Extrude A Trim
360 Carlingview Drive
CANADA
Etobicoke, ON M9W 5X9


Fab-Cut Systems Inc
1585 Centennial Drvie
CANADA
Kingston, Ontario K&P 0K4


Farwest Corrosion Control
12029 Regentview Ave
Downey, CA 90241


Farwest Corrosion Control
6 Pheasant Run
Newtown, PA 18940


FASTENAL COMPANY
P.O. Box 1286
Winona, MN 55987-1286


Federal Express
P.O. Box 223125
Pittsburgh, PA 15251


Federal Express
942 South Shady Grove Road
Memphis, TN 38120


Fenders at Laurel Bay, LLC
P.O. Box 4432
Beaufort, SC 29906

FERGUSON
160 SPRING STREET
CHARLESTON, WV 25301


FirstEnergy Corp.
76 South Main Street
Akron, OH 44308


FITZMARK
950 Dorman St
Indianapolis, IN 46202


FITZMARK
PO Box 010825
Milwaukee, WI 53288-8825


FLEXICRAFT
168747 Collections Center Drive
Chicago, IL 60693


Florida Department of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0100


FLUIDRAULICS
9150 Marshall Road
Cranberry Township, PA 16066


FPI SENSORS
11616 Harry Hines Blvd
Dallas, TX 75229


FT THOMAS
303 High Tech Drive
Oakdale, PA 15071


FT THOMAS
106 Railroad Drive
Warminster, PA 18974


FUSECO
1865 Corporate Dr
Suite 210
Norcross, GA 30093

FUTURE ELEC
6060 Rockside Woods Blvd
Suite 115
Independence, OH 44131


Galaxy Electronics
201 East Arapaho Road
Richardson, TX 75081


Galco
1451 E. Lincoln Avenue
Madison Heights, MI 48071


Gaylor Electric, Inc.
5750 Castle Creek Pkwy North Drive
#400
Indianapolis, IN 46250


GCR, Inc.
NMcb 273 Holtman Avenue
Gulfport, MS 39501


George L Wilson
RT 73 North
Bridgeport, WV 26330


GEXPRO
1600 West Carson Street
Suite 2
Pittsburgh, PA 15219


GI Industries Inc.
525  Fan Hill Rd
Monroe, CT 06468


GILSON
535 Rochester Rd
Pittsburgh, PA 15237


GIS INSULAT
23 Furnace Street Extension
McKees Rocks, PA 15136

GLACIER TANK
1301 NE 144th St
Suite 125
Vancouver, WA 98685


Gleeson Reel
600 S. Clark St
Mayville, WI 53050


Global Plasma Solutions
3101 Yorkmont Rd
Suite 400
Charlotte, NC 28208


GLOBAL TEST
3310 Kitty Hawk Road
Wilmington, NC 28405


Gohz Inc.
23555 Golden Springs Dr
Diamond Bar, CA 91765


Gordan Electric Supply
1290 N Hobbie
PO Box 231
Kankakee, IL 60901-0231


GORDON
711 N Ladd St
Pontiac, IL 61764


GPI Solutions
1300 Keller Pkwy
Suite 1913
Keller, TX 76248


Grainger
100 Grainger Parkway
Lake Forest, IL 60045-5201


GreerWalker LLP
227 West Trade Street
Suite 1100
Charlotte, NC 28202

Grupo FLR
FTL ENGENHARIA E INSTALA ES LTDA
R TOLEDO MALTA 00483 - VILA ISOLINA MAZZ
BRAZIL
Sao Palo, 02083-060


Guardian Life
10 Hudson Yards
New York, NY 10001


Hall Technical Svc.
514 Mecklem Lane
Ellwood City, PA 16117


Harrington Industrial Plastic, LLC
14 Leonberg Road
Cranberry Township, PA 16066


Harrington Industrial Plastics, CA
7557 Convoy Court
San Diego, CA 92111


Harry N. Arger
Steven McMahon Zeller
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606


Hawke International
4140 World Houston Pkwy
Houston, TX 77032


Hensel Phelps Construction Co.
841 Bishop Street, Suite 2001
Honolulu, HI 96813


Hite Company
P.O. Box 1328
Birmingham, AL 35201


HMR Electrical Contracting LLC
221 Simms St
Shreveport, LA 71107

```
HOME DEPOT
115 Matthews Drive
Uniontown, PA 15401


Hope Gas
PO Box 26783
Richmond, VA 23261


Hoy Redi-Mix Co
412 Chaplin Road
Morgantown, WV 26501


HS Spindles LLC
22349 La Palma Avenue
Yorba Linda, CA 92887


Hubbell Electrical Products
25409 Network Place
Chicago, IL 60673


Hunt Construction Group, Inc.
c/o CR Solutions
11675 Great Oaks Way, Suite 275
Alpharetta, GA 30022


HUNTINGTON STEEL
540 Dunkard Ave
Westover, WV 26505


HVAC INDUSTRIES
633 Central Ave
Charleston, WV 25302


HY-TECH SALES, INC
3170 Leechburg Road
Pittsburgh, PA 15239


IAP
PO Box 56
Phillips, WI 39922


IEWC CORP
Dept CH-Box 17084
Palatine, IL 60055-7084
```

IFF, INC.
575-A Forest Pkwy
College Park, GA 30349


IFM Efector, Inc.
1100 Atwater Drive
Malvern, PA 19355


IFS COATING
3601 N. Interstate 35
Gainesville, TX 76240


Illinois Department of Revenue
Attn: Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


INDEECO
425 Hanley Industrial Ct
Saint Louis, MO 63144


Indeed
125 West 55th Street
Brooklyn, NY 11211


Industrial Maintenance Solutions, LLC
1417 A Mill Bay Rd
Kodiak, AK 99615


Industrial Maintenance Solutions, LLC
2519 Fairmont Rd
Morgantown, WV 26501


Industrial Motor & Controls
4540 Glenbrook Drive
Willoughby, OH 44094


Internal Revenue Service
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346

```
INTERSTATE WIRE
2635 Observation Trail
PO Box 489
Rockwall, TX 75087


INTERTEK
1809 10th Street
Suite 400
Plano, TX 75074


INTERTEK
3933 US Route 11
Cortland, NY 13045


Itw GSE Inc
11001 US Highway 41 N
Palmetto, FL 34221


IW SALES
PO Box 505
505 Millers Run Rd
Morgan, PA 15064


J.P.L. Compressor Service Inc.
7540 Suzi Ln
Westminster, CA 92683


Jaclyn Willey
14255 James Rd
Rogers, MN 55374


James Iron & Steel Inc
2819 Top Hill Rd
Monroe, NC 28110


Jarco Enterprises LLC
30 Gateway Dr
Fairmont, WV 26554


Jay-Cee Sales & Rivet, Inc
32861 Chelsey Dr
Farmington, MI 48336
```

JBT AeroTech
1805 West 2250 South
Ogden, UT 84401


JC Cutting Solutions and Fabrication Inc
1472 Madden Dr
Monroeville, PA 15146


Jefferd's Corporation
2070 Winfield Rd
St Albans, WV 25177


Jeffrey P. McSherry
201 East Fifth Street #1110
Cincinnati, OH 45202


JEM
8700 West Bradley Road
Milwaukee, WI 53224


JEM
21410 N. 15th Lane
Suite 114
Phoenix, AZ 85027


John Bean Technologies Corporation
70 West Madison Street, Suite 4400
Chicago, IL 60602


John Davis
1907 Stone Run Street
Morgantown, WV 26505


Johnson Storage & Moving
8709 Kerns Street
San Diego, CA 92154


Jonathan League
1099 Smithtown Rd
Morgantown, WV 26508


JOYCE DAYTON
PO Box 206674
Dallas, TX 75320

JOYCE DAYTON
PO Box 1630
Dayton, OH 45401


Kable Intelligence
2 Maidstone Road
United Kingdom
Foots Cray, Kent DA14 5 HZ


Kallidus Technologies, Inc.
175 Cabot Street, Suite 300
Lowell, MA 01854


Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625-3505


Karl Johansen
222 Lincoln St
Waterbury, VT 05676


KATY SPRING
1999 Katy Spring Cir
Katy, TX 77493


Keith Fields
650 Pine St
Greenville, OH 45331


KELE
3300 Brother Blvd
Memphis, TN 38133


Kendall Electric inc
415 Levy Rd
Fort Wayne, IN 46825


KENNARD IND
623 Hanley Industrial Court
Saint Louis, MO 63144


KODIAK CONT
734 Oakdridge Dr
Romeoville, IL 60446

KORNS GALV
75 Bridge Street
Johnstown, PA 15902


KTECH INDUST
20 Regan Rd
Unit 1
CANADA
Brampton, ON L7A1C3


Kuefler Lighting Protection
P.O. Box 209
St. Ingatius, MT 59865


KWR Construction, Inc.
76 N. Ten Pond Place
Sierra Vista, AZ 85635


Laguna Tools Inc
744 Refuge Way
Suite 200
Grand Prairie, TX 75050


LARSON
9419 E US HWY 175
Kemp, TX 75143


LEAF Capital Funding LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Led Pros Worldwide
P.O. Box 903176
Palmdale, CA 93590


Libra Electric
4634 Enterprise Dr.
Oklahoma City, OK 73128


LOWES
9595 Mall Road
Morgantown, WV 26501

Mac-Engineering
2000 Northcrest Drive
Plano, TX 75075


Major Electronix Corporation
33801 Curtis Blvd
Suite 110
Eastlake, OH 44095


MAPLE SYSTEM
808 134th Street SW
Everett, WA 98204


MARINE PS
127 Industrial Drive
White House, TN 37188


Mark Gordin
13767 S.W. 190th Street
Rose Hill, KS 67133


Marshall Automation
923 S. Main St.
Algonquin, IL 60102


Marvin Weber
104 E. Wagon Rd
Rose Hill, KS 67133


Mary E Small
123 Euclid Ave
Clarksburg, WV 26301


MASON&BARRY
301 Smiley Drive
Saint Albans, WV 25177


MasterFlex Group
Willy Brandt- Allee- 300 4581
Germany
Gelsenkirchen


Matheson Tri-gas Inc
P.O. Box 347297
Pittsburgh, PA 15251-4297

Matheson Tri-gas Inc
213 Meadowlane Avenue
Fairmont, WV 26554


MAYER ELECTRIC
2245 Schlumberger St.
Building 8
Houston, TX 77023


MAYER ELECTRIC
PO Box 1328
Birmingham, AL 35201-1328


McGriff Insurance Services
4309 Emperor Boulevard
Suite 300
Durham, NC 27703


MCMASTER CARR
P.O. Box 7690
Chicago, IL 60680-7690


MCNAUGHTON
2745 Whitehall Park Dr
Suite 100
Charlotte, NC 28273


MERCURY
P.O. Box 710
25028 US 12 East
Edwardsburg, MI 49112


MERSEN
374 Merrimac Street
Newburyport, MA 01950


Mesa
PO Box 52608
Tulsa, OK 74152


MICRO-SEMICO
14F Lippo Sun Plaza, 28 Canton Rd
Unit 13
Tsim Sha Tsui, Hong Kong

Middletown ANG
79 MUSTANG ALLEY
Middletown, PA 17057


MINERD
101 Red Nine Lane
Lawrence, PA 15055


MINERD
PO Box 581
Levittown, PA 19055


Mirack Construction, Inc.
1801 South Jen Tilly Lane
Suite D-18
Tempe, AZ 85281


MITSUBISHI
5900-A Katella Ave
Cypress, CA 90630


MITSUBISHI
167 John Vertente Blvd.
New Bedford, MA 02745


Mon Power
PO Box 3615
Akron, OH 44309


MONT LEVINE
402 Auburn St
PO Box 2080
Fairmont, WV 26555-2080


MOORE INDUST
77 Circle Freeway Dr
Cincinnati, OH 45246


Morgantown Septic Portable Toilets
PO Box 2205
Westover, WV 26501


Morgantown Utility Board (MUB)
278 Green Bag Road
Morgantown, WV 26501

```
Motion Industries
1666 Integrity Drive East
Columbus, OH 43209


MOTION INDUSTRIES
27 Rodeo Drive
Fairmont, WV 00092-6554


Motion Industries, Inc.
PO Box 1477
Birmingham, AL 35201


Mountain State Trailer Rentals
482 Lower Aaron's Creek Road
Morgantown, WV 26508


Mountain State Waste
PO Box 3706
New York, NY 10009


Mountain State Waste
P.O. Box 7839
Charleston, WV 25356


Mouser Electronics, Inc.
c/o The Leviton Law Firm
One Pierce Place, Suite 725W
Itasca, IL 60143


MQ AUTOMATIO
1859 Section Road
Cincinnati, OH 45237


Mt State Trailer Rental Inc
482 Lower Aaron's Creek Rd
Morgantown, WV 26508


MULTI-WING
PO Box 368
Burton, OH 44021


N.T.Ruddock
26123 Broadway Ave
Bedford, OH 44146
```

NABSON INC
45 Independence Drive
Taunton, MA 02780


NATIONAL GRA
5041 Regent St
#102
CANADA
Burnaby, BC V5C 4H4


National Hydraulic Supply
252 N. Mozart St
Palatine, IL 60067


NATIONAL LADDER
29350 John R Rd
Suite 100
Madison Heights, MI 48071


NAVFAC Southwest Camp Pendleton
ROPCN Marine Corp.
PO Box 555229 Building. 22101
Camp Pendleton, CA 92055


Navitas Credit Corp.
201 Executive Center Drive, Suite 100
Columbia, SC 29210


NC Department of Revenue
PO Box 1168
Raleigh, NC 27602


New Banks Construction & Property Consul
P. O .Box 101270
Arlington, VA 22201


New York State Dept of Taxation and
Finance Bankruptcy Section
Attn: Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300


Nextpoint
4043 N Ravenswood Ave.
Suite 317
Chicago, IL 60613

NOLI
249 South Plant St
Morgantown, WV 26501


Nook Industries
4950 East 49th Street
Cleveland, OH 44125


Nook Industries
28768 Network Place
Chicago, IL 60673-1287


Norlake Mfg Co
39301 Taylor Parkway
Ridgeville, OH 44093


Norris, Stewart & Ralston, PA
PO Drawer 1068
Statesville, NC 28687


North Carolina Department of Revenue
Attention:  Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Northco Corporation
PO Box 2100
Morgantown, WV 26502


Northern Air Systems
3605 Buffalo Road
Rochester, NY 14624


NORTHERN TOOL
2800 Southcross Drive West
Burnsville, MN 55306


Nova 1 Properties LLC
2519 Fairmont Rd
Morgantown, WV 26501

Nova I Properties, LLC
c/o Charles C. Wise III
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501


NY BLOWER
4939 Buttermilk Hollow Rd
West Mifflin, PA 15122


NY BLOWER
7660 W Quincy Street
Willowbrook, IL 60527


O.C. Cluss Lumber Co.
201 W. Main Street, Suite B
Clarksburg, WV 26301


OC CLUSS
2025 Pleasant Valley Rd
Fairmont, WV 26554


OC CLUSS
PO Box 696
Uniontown, PA 15401


OEM
1025 Cobb Place Blvd
Kennesaw, GA 30144


OEM
PO Box 743045
Atlanta, GA 30374-3045


Ohio Department of Taxation
Attn: Compliance Business Tax Division
PO Box 1090
Columbus, OH 43216-1090


Omega Electric
31 Commerce Ave
South Burlington, VT 05403

Open Road Transportation
P.O. Box 627
Dallas, OR 97338


PA Department of Revenue
PO BOX 280904
Harrisburg, PA 17128-0904


PACER
1555 Apex Rd
Sarasota, FL 34240


PAGE GSE
2050 Cessna Dr
Vacaville, CA 95688


Paradigm Architecture
2223 Cheat Rd
Morgontown, WV 26508


Patrick Lester
1032 Ashton Drive
Morgantown, WV 26508


Pender Brothers
1851 Ribaut Rd
PO Box 122
Port Royal, SC 29935


Philatron Wire & Cable
15315 Cornet Ave
Santa Fe Springs, CA 90670


Phoenix Solutions LLC
1910 Dents Run Rd
Morgantown, WV 26501


Piller Germany GmbH
Abgunst 24
Germany
Osterode, 27520


Piller Power Systems Inc.
45 WesWarren Drive
Middletown, NY 10941-2047

Pittsburgh Powder Coating
621 McLaughlin Run Road
Bridgeville, PA 15017


Pittsburgh Spray
3601 Library Rd
Pittsburgh, PA 15234


PLS
2000 Westinghouse Drive
Suite 201
Cranberry Twp, PA 16066


POLY CASE
1305 Chester Industrial Pkwy
Avon, OH 44011


POSI CHARGE
222 E HUNTINGTON
Suite 118
Monrovia, CA 91016


Power Science Engineering, LLC
3458 S. 368th Place
Auburn, WA 98001-8814


Premier Air Solutions, LLC
5890 S 5900 Whooper
Hooper, UT 84315


Premier Computer Services
23 South University Ave
Morgantown, WV 26508


Preset 31 LLC
360 Frontier Street
Morgantown, WV 26505


PRESET 31, LLC
360 Frontier Avenue
Attn: Kevin Salisbury
Morgantown, WV 26502

Primaerica
9820 Northcross Center Ct.
Suite 151
Huntersville, NC 28078-7302


Process Air
201 Sun Valley Circle
Fenton, MO 63026


Pump Products
190 Main Avenue
Wallington, NJ 07057


Quality Machine Company
P. O. BOX 878
Bridgeport, WV 26330


Queen City Supply Company
d/b/a MQ Automation
1859 Section Rd
Cincinnati, OH 45237


Quill Corporation
100 Schelter Road
Lincolnshire, IL 60069-3621


R.E. Michel
PO Box 70510
Philadelphia, PA 19176-0510


RADWELL
600 N Forsythe St
Franklin, IN 46131


Ranger
1121 Old Jersey Ridge Rd
Maysville, KY 41056


RCM
110 Mason Circle
Suite D
Concord, CA 94520

Rebecca L. Hill
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111-2047


Reelcraft Industries Inc.
2842 E. Business Hwy 30
Columbia City, IN 46725


Regal Beloit America - Leeson Electric
3750 Solutions Center
Chicago, IL 60677


REM Device
Via Munari , 72
36055 Nove VI
Italy


Remke Industries, Inc.
730 Lakeview Parkway
Vernon Hills, IL 60061


REXEL, INC.
14951 Dallas Parkway
Dallas, TX 00075-0001


RFC
525 West Brooks Street
Ontario, CA 91762


Richard Schwabel
226 Limestone Rd
Chapin, SC 29036


RIKER
PO Box 6976
Toledo, OH 43612


RIKER
PO Box 353155
Toledo, OH 43635-3155


Robert Woo
4005 Blue Spruce Ct
Jamestown, OH 45335

```
ROCHESTER GA
PO Box 29242
Dallas, TX 75229


Rochester Sensors
11616 Harry Hines Blvd.
PO Box 29242
Dallas, TX 75229


RTA Protek, Inc.
313 Stroud Lane
Garland, TX 75043


RYERSON
10100 Singer Drive
Streetsboro, OH 44241


RYERSON
555 N. Yearling Road
Columbus, OH 43213-1395


SAM
GSA Headquarters
1800 F St NW
Washington, DC 20405


Scarborough Intl Ltd
10841 N. Ambassador Dr
Kansas City, MO 64153


Schaffner North America
823 Fairview Rd
Wytheville, VA 24382


SEMA
15 rue Anatol
FRANCE
Les Bains, 0 F-70300


Semler Industries Inc
3800 N. Carnation St.
Franklin Park, IL 60131
```

SENSATA
529 Pleasant St
Attleboro, MA 02703


Sentinel Insurance Company
1 Hartford Plaza
Hartford, CT 06105


Sherwin Williams Co.
2301 Duss Avenue Suite 23
Ambridge, PA 15003-1865


ShopTech
180 Glastonbury Blvd
Suite 303
Glastonbury, CT 06033


ShopTech
4400 Alliance Gateway Freeway
Suite 154
Fort Worth, TX 76177


Simmerman Law Office
254 EAST MAIN STREET
Clarksburg, WV 26301


Simplex Inc
5300 Rising Moon Rd
Springfield, IL 62711


SKY GEEK
30 Airway Dr
Suite 2
Lagrangeville, NY 12540


SKYCO INTERN
P.O. Box 704
Putnam, CT 06260


Skyco International
P.O. Box 704
Putnam, CT 06260

Slovinsky  & Slovinsky
310 I St
Chula Vista, CA 91910


SM Sales LLC
P.O. Box 69
Danville, KS 67036


SMART TECH
419 Broad Street
Klamath, OR 97601


SMITH FILTER
5000 41st Street Ct.
Moline, IL 61265


Smithers
121 South Main Street
Suite 300
Akron, OH 44308


Southwell Corp.
#102 5041 Regent Street
Burnaby, BC
V5C 4H


Speciality Valve & Controls Co.
3001 Griffith St.
Charlotte, NC 28203


Spectrum Retirement Services  Corp
115 Library Hill Lane
Suite E
Lexington, SC 29702


SPUNSTRAND, INC.
3731 N. Ramsey Rd.
Suite 105
Coeur d'Alene, ID 83815


State Electric
310 Davis Road
Culloden, WV 25510

State Motor & Control Solutions
P.O. Box 28589
1977 Congressional Drive
St. Louis, MO 63146


STEEL CITY SUPPLY
2010 MARSHALL ST
Tarentum, PA 15084


Steptoe & Johnson
P.O. Box 247
Bridgeport, WV 26330


Steven R Maughan
5890 S 5900 W
Hooper, UT 84315


Summit Insurance Group Inc.
PO Box 2485
Huntersville, NC 28070-2485


Sunbelt Rentals
2039 Pleasant Valley Rd
Fairmont, WV 26554


SUPER RAD
104 Peavey Rd
Chaska, MN 55318


Superior Rad
104 Peavey Rd
Chaska, MN 55318


SUPPLY HOUSE
130 Spagnoli Rd
Melville, NY 11747


Synergy Electric Company, Inc.
10740 Kenney Street, Suite 401
Santee, CA 92071

Tammy Henry
c/o Charles C. Wise III
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501

Tayloe Gray Agency LLC
221 N. 2nd Street
Wilimington, NC 28401

TE  CONNECTIVITY
1610 Cobb International Blvd
Suite 5
Kennesaw, GA 30152

TE  CONNECTIVITY
24627 Network Place
Chicago, IL 60673-1246

TELEDYNE LEC
700 Chestnut Ridge Rod
Chestnut Ridge, NY 10977

Test Equipment Connection Corp
105 Commerce St
Suite 105
Lake Mary, Fl 32746

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Pneumatic Tools Inc
1315 Redgate Ave
Norfolk, VA 23507

TForce
28013 Network Place
Chicago, IL 60673

The 84 Group, Inc.
300 Villani Drive
Bridgeville, PA 15017

The Haskell Company
111 Riverside Avenue
Jacksonville, FL 32202


The Indemnity Group, LLC
3828 Walnut Hills Road
Suite 200
Beachwood, OH 44122


The Warehouse Rentals
1335 S Main St
Greensburg, PA 15601


Thomas E. Shepard
1505 Shenandoah St
Hollywood, FL 33020


THYSSENKRUPP
6050 Oak Tree Blvd
Independence, OH 44131


THYSSENKRUPP
PO Box 2625
Carol Stream, IL 60132-2625


TIEFENBACH
112 Corporate Drive
Morgantown, WV 26501


TMAC
357 Bay St
Morgantown, WV 26508


Total Quality Logistics LLC
4289 Ivy Pointe Boulevard
Cincinnati, OH 45245


Tower Lane Properties
132 Tower Lane
Westover, WV 26501


Tower Lane Properties, LLC
132 Tower Lane
Morgantown, WV 26501

```
TRAFFIC TECH
111 E. Wacker Drive
Suite 2500
Chicago, IL 60601


Transcat
2056 S Alex Rd
Carrollton, OH 45449


Triad Engineering Inc
1010 Coles Blvd., Suite 200
Portsmouth, OH 45662


TriMech Solutions LLC
4461 Cox Road
Suite 302
Glen Allen, VA 23060


TriMech Solutions LLC
4991 Lake Brook Drive
Suite 300
Glen Allen, VA 23060


Triple B Forwarders
PO Box 9249
Tamoning, Guam 96931-0000


Truist Bank
500 E. Broad Street
Statesville, NC 28677-5331


Truist Bank
500 E. Broad Street
Statesville, NC 28677


Truist Bank
PO Box 1626
Wilson, NC 27894-9961


TWIST Inc.
47 South Limestone
Jamestown, OH 45335
```

Twist, Inc.
5100 Waynesville-Jamestown Road
Jamestown, OH 45335


TWRS
1335 S. Main Street
Greensburg, PA 15601


U. S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


ULINE
PO Box 88741
Chicago, IL 60680


United Healthcare
9800 Health Care Lane
Hopkins, MN 55343


United Refrigeration
1647 E. Pike Street
Clarksburg, WV 26301


United Refrigeration
2051 Royal Avenue
Simi Valley, CA 93065


United Rentals
289 Leroy Rd
Williston, VT 05495


United Rentals
PO Box 10071
Atlanta, GA 30384-0711


United Rentals Long Beach CA
2020 W. Pacific Coast Hwy
Long Beach, CA 90810


United States Plastic Corporation
1200 Neubrecht Road
Lima, OH 45801

Unitherm Inc
1256 First Street South
Columbia, SC 29209


Universal Funding Services
P.O. Box 13115
Spokane, WA 99213-3115


Universal Steel Buildings
400 Island Ave
McKees Rocks, PA 15136


UPS
P.O. Box 809488
Chicago, IL 60680


UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328


URI
1647 E. Pike Street
Clarksburg, WV 26301


US Attorney's Office
227 W. Trade St Ste 1650
Attn: Civil Process Clerk
Charlotte, NC 28202-1675


US Plastics Corp
1390 Neubrecht Rd
Lima, OH 45801


USPS
900 Brentwood Road N.E.
Washington, DC 20066


USS Division-BGSE
9745 East State Road 205-57
Churubusco, IN 46723


VAC
PO Box 933067
Atlanta, GA 31193

Valve Teck
4575 Damascus Road
Memphis, TN 38118


Verdict Media Group
37/43 Prospect St
United Kingdom
Hull HU28PX


Vine Electric Inc
101 American Canyon Rd 508-202
American Canyon, CA 94503


VT Air National Guard
45 NCO Drive, Suite A
South Burlington, VT 05403


Wabash Electric
1400 South Street
Wabash, IN 46992


WEG Electric
6555 Sugarloaf Parkway
Duluth, GA 30097


Wesco
185 Thorn Hill Road
Warrendale, PA 15086


Wesco Distribution
256 Ragland Road
Beckley, WV 25801


WESCO NC
5521 Lakeview Rd
Suite W
Charlotte, NC 28269


WESCO WV
109 Platinum Dr
Suite C
Bridgeport, WV 26330

WEST ELECT
8 W. Electric Dr
Morgantown, WV 26508


West Virginia Department of Revenue
Attn:  State Tax Department
1001 Lee Street East
Charleston, WV 25311


William Scotsman, Inc.
1020 Robb Hill Road
Oakdale, PA 15071


Willscot
901 South Bond St
Suite 600
Baltimore, MD 21231


WILSON WORKS
202 Distributor Dr
Morgantown, WV 26501


Woodstar
46 Chemin du Faison
Saint-Sauveur
Quebec, Canada
JOR 1R1


WV Emerg Physicians LLP
P.O. Box 650292
Dallas, TX 75265


WVBCSE
P.O.  Box 247
Charleston, WV 25321


YASKAWA
2121 Norman Drive S
Waukegan, IL 60085


YASKAWA
1055 Johnson Drive
Buffalo Grove, IL 60089

Young Galvanizing
8281 Mercer St
Pulaski, PA 16143


Zachary Gunwall
218 Mineral Springs Circle
Lexington, SC 29073


ZipRecruiter, Inc.
401 Wilshire Boulevard
11th Floor
Santa Monica, CA 90401


Zoeller Pump Company
3649 Cane Run Rd
Louisville, KY 40211


Zoom
55 Almaden Blvd.
San Jose, CA 95113


ZORO TOOLS
P.O .Box 5233
Janesville, WI 53547


ZORO TOOLS
909 Asbury Drive
Buffalo Grove, IL 60089


ZubPower Inc
227 Alison Crescent
Oakville, ON L6L067

## United States Bankruptcy Court
### Western District of North Carolina

In re    **B GSE Group, LLC**                                                    Case No.
                                    Debtor(s)                Chapter    **11**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **B GSE Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




**January  6, 2023**
Date

**/s/ Richard S. Wright**
**Richard S. Wright 24622**
Signature of Attorney or Litigant
Counsel for   **B GSE Group, LLC**
**Moon Wright & Houston, PLLC**
**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
**704-944-6560 Fax:704-944-0380**
**rwright@mwhattorneys.com**