

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30013
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  B GSE Group, LLC
     dba Bullerdick GSE, LLC
  14034 Clarendon Point Court
  Huntersville, NC 28078
  Social Security No.:
  Debtor EIN:
  45−3602396

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

  Form 206 – Non−Individual Summary of Schedules
  Schedule A/B – List Property post 12−1
  Schedule D – Secured Claims
  Schedule E/F – Claims post 12−1
  Schedule G – Executory Contracts
  Schedule H – Co−Debtors
  Declaration Concerning Schedules
  Statement of Financial Affairs
  Fee Disclosure Statement
  Exhibit 201A Corporation

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: January 9, 2023                                    Steven T. Salata
                                                          Clerk of Court

Electronically filed and signed (1/9/23)