

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30013
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  B GSE Group, LLC
     dba Bullerdick GSE, LLC
  14034 Clarendon Point Court
  Huntersville, NC 28078
  Social Security No.:
  Debtor EIN:
  45−3602396

# ORDER SETTING STATUS CONFERENCE

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the court hereby **ORDERS** as follows:

1. The court will convene a status conference on February 21, 2023 at 09:30 AM at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, NC 28202. Debtor and Debtor's counsel shall appear.

2. At least 14 days prior to the date of the foregoing status conference, Debtor shall file the report required by 11 U.S.C § 1188(c) and shall serve that report on the Trustee and all parties in interest.

3. The Clerk is hereby directed to serve this Notice on all interested parties.

**SO ORDERED.**
Dated: January 9, 2023                    BY THE COURT

                                          J. Craig Whitley
                                          United States Bankruptcy Judge

Electronically filed and signed (1/9/23)