# Exhibit A

# B GSE Group, LLC
### Cash Collateral Budget

|  | January 2023 |
|---|---:|
| Beginning Cash Balance | $ 123,000 |
|  |  |
| Cash Collections | 1,109,944 |
|  |  |
| Cost of Goods | 577,171 |
| Officer Salary | 31,848 |
| Payroll (including benefits) | 248,008 |
| Advertising & Marketing | 856 |
| Automobile Expense | 1,129 |
| Bank Charges | 808 |
| Contract Labor | 33,358 |
| Dues & Subscriptions | 131 |
| Employee Expenses | 2,106 |
| Insurance | 12,532 |
| Meals & Entertainment | 71 |
| Miscellaneous | 998 |
| Office Supplies | 5,543 |
| Postage & Delivery | 1,952 |
| Printing & Reproduction | 639 |
| QB Fees | 375 |
| Rent | 13,025 |
| Taxes | 70 |
| Telephone | 1,214 |
| Training/Education | 24 |
| Travel Expense | 31,944 |
| Utilities | 2,902 |
| Trustee Fees | 3,000 |
| Professional Fees Carve Out | 40,000 |
| Adequate protection payments | - |
|  | 1,009,704 |
|  |  |
| Net Cash Change | 100,240 |
|  |  |
| Ending Cash Balance | $ 223,240 |