IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S FINANCIAL DISCLOSURES PURSUANT TO 11 U.S.C. § 1116(1)

Pursuant to 11 U.S.C. § 1116(1), B GSE Group, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), states as follows:

1. The Debtor has separately filed its last Federal income tax return for 2021;

2. Attached hereto are the Debtor's most recent balance sheet and profit and loss statement (or statement of operations).

3. The Debtor has not prepared a cash flow statement.

Signed under penalty of perjury:

_____
B GSE Group, LLC
By: Bryan M. Bullerdick, Member-Manager

Dated: Charlotte, North Carolina
January 13, 2023

**MOON WRIGHT & HOUSTON, PLLC**

_/s/ Richard S. Wright_
Richard S. Wright (Bar No. 24622)
212 North McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone: (704) 944-6560
Facsimile: (704) 944-0380
*Counsel for the Debtor*

MWH: 10782.001; 00028047.2

# B GSE Group, LLC.

## Balance Sheet
### As of December 31, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | $48,834.69 |
|     Accounts Receivable | $3,776,079.52 |
|     Other Current Assets | $3,467,720.71 |
|   **Total Current Assets** | **$7,292,634.92** |
|   Fixed Assets | $863,762.33 |
|   Other Assets | $427,527.76 |
| **TOTAL ASSETS** | **$8,583,925.01** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | $5,422,778.07 |
|     Long-Term Liabilities | $987,557.11 |
|   **Total Liabilities** | **$6,410,335.18** |
|   Equity | $2,173,589.83 |
| **TOTAL LIABILITIES AND EQUITY** | **$8,583,925.01** |

# B GSE Group, LLC.

## Profit and Loss
### January - December 2022

|  | TOTAL |
|---|---|
| Income | $13,319,333.06 |
| Cost of Goods Sold | $6,497,289.84 |
| **GROSS PROFIT** | **$6,822,043.22** |
| Expenses |  |
|   6560 Payroll Expenses | 2,510,804.70 |
|   Advertising & Marketing | 37,584.85 |
|   Automobile Expense | 13,544.36 |
|   Bank Charges | 9,701.93 |
|   Contract Labor | 280,295.06 |
|   Dues & Subscriptions | 1,572.00 |
|   Employee Relations | 23,454.97 |
|   Employee Testing | 1,816.96 |
|   Insurance | 150,383.09 |
|   Interest Exp | 43,038.79 |
|   Loan Closing Fees | 3,682.00 |
|   Marketing | 4,637.52 |
|   Meals & Entertainment | 857.83 |
|   Miscellaneous Exp | 1,839.31 |
|   Office Supplies & Exp | 66,521.17 |
|   Payroll Taxes | 930.82 |
|   Postage & Delivery | 9,573.41 |
|   Printing & Reproduction | 7,665.78 |
|   Professional Fees | 695,181.26 |
|   QuickBooks Payments Fees | 4,496.55 |
|   Rent Exp. | 102,456.07 |
|   Shipping | 13,848.91 |
|   Taxes | 839.99 |
|   Telephone | 19,958.42 |
|   Training/Education | 285.00 |
|   Travel Expense | 1,007,344.13 |
|   Uncategorized Expense | 10,140.27 |
|   Utilities | 22,819.72 |
| **Total Expenses** | **$5,045,274.87** |
| **NET OPERATING INCOME** | **$1,776,768.35** |
| Other Income | $0.09 |
| Other Expenses | $ -2,911.40 |
| **NET OTHER INCOME** | **$2,911.49** |
| **NET INCOME** | **$1,779,679.84** |