cUNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re:<br><br>**B GSE GROUP, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 23-30013 |
|---|---|

### NOTICE OF FILING AND OPPORTUNITY FOR HEARING

**(No Protest Notice – No Hearing Will be Held Unless a Request for Hearing is Filed)**

PLEASE TAKE NOTICE that the undersigned filed *Creditor John Bean Technologies Corporation's Motion for Entry of Order for Limited Relief From the Automatic Stay to Finalize Litigation Pending in the United State District Court for the District of Utah* (the "Motion"). Your rights may be affected. You should read this Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

**IF YOU DO NOT WANT THE BANKRUPTCY COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON ANY OF THE MOTION, THEN YOU MUST:**

1. On or before **January 27, 2023** (the "Response Deadline"), file a written response with the United States Bankruptcy Court for the Western District of North Carolina (the "Bankruptcy Court") at:

    Clerk, United States Bankruptcy Court
    Charles Jonas Federal Building
    401 West Trade Street
    Charlotte, North Carolina 28202

2. Serve a copy of your response on all parties in interest, including:

    a. U.S. Bankruptcy Administrator
       402 West Trade Street
       Charlotte, North Carolina 28202

    b. HAMILTON STEPHENS STEELE + MARTIN PLLC
       Glenn C. Thompson
       525 North Tryon Street, Suite 1400
       Charlotte, North Carolina 28202

1

4855-3718-9705, v. 1

  c. DYKEMA GOSSETT, PLLC
   Steven M. Zeller
   Joshua A. Fishman
   10 South Wacker Drive, Suite 2300
   Chicago, Illinois 60606

  d. DYKEMA GOSSETT, PLLC
   Nicholas Zugaro
   5 Houston Center
   1401 McKinney Street, Suite 1625
   Houston, Texas 77010

  PLEASE TAKE FURTHER NOTICE THAT IF RESPONSES ARE TIMELY FILED, a hearing on the Motion will be held on **January 31, 2023 at 10:30 a.m. (ET)** before the Honorable J. Craig Whitley at the U.S. Courthouse, 401 West Trade Street, JCW-Courtroom 2B, Charlotte, North Carolina 28202.

  PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Motion on or before the Response Deadline, the Court may grant the relief requested in the Motion without a hearing.  No further notice will be given.

Dated:  January 13, 2023
   Charlotte, North Carolina

            HAMILTON STEPHENS
            STEELE + MARTIN, PLLC

            */s/ Glenn C. Thompson*
            Glenn C. Thompson (Bar No. 37221)
            525 North Tyron Street, Suite 1400
            Charlotte, North Carolina 28202
            Telephone: (704) 344-1117
            Facsimile: (704) 344-1483
            gthompson@lawhssm.com

            *Counsel for John Bean Technologies Corporation*