FILED & JUDGMENT ENTERED
Steven T. Salata

January 18 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## *EX PARTE* ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREERWALKER LLP AS FINANCIAL ADVISOR

Upon consideration of the application (the "Application") of the above-captioned debtor and debtor in possession (the "Debtor") for an order authorizing the retention and employment of GreerWalker LLP ("GreerWalker") as financial advisor to the Debtor pursuant to sections 327(a) and 330 of the Bankruptcy Code; and upon consideration of the declaration of William A. Barbee (the "Barbee Declaration"), a partner of litigation and forensic services for GreerWalker, in support of the Application; and it appearing that due notice of the Application has been given and that no other or further notice need be given; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having considered the submissions and arguments of counsel, and the opposition thereto, if any; and the Court being satisfied, based on the representations made in the Application and in the Barbee Declaration, that (i) GreerWalker does not hold or represent any interests adverse to the bankruptcy estate, (ii) GreerWalker and its employees are disinterested persons as that term is

MWH: 10782.001; 00028062.1

defined under section 101(14) of the Bankruptcy Code, and (iii) employment of GreerWalker is necessary and in the best interests of the Debtor and its estate; and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that in accordance with section 327(a) of the Bankruptcy Code, the Debtor is authorized to retain and employ GreerWalker as its financial advisor; and it is further

ORDERED, that GreerWalker shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of monthly and final applications, pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and other Orders of this Court.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |