FILED & JUDGMENT ENTERED
Steven T. Salata

January 18 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION PAYROLL, PAYROLL TAXES, EMPLOYEE BENEFITS, AND OTHER RELATED EXPENSES**

This cause came before the Court on January 11, 2023, upon the motion of the above captioned Debtor (the "Motion")[1] for entry of an order authorizing the Debtor to pay pre-petition wages, salaries, and other employee benefits in accordance with existing company policies, pursuant to sections 105(a) and 507(a) of the United States Bankruptcy Code. [Doc. 7]. Based upon a review of the record, the evidence presented, and the arguments of counsel, the Court finds and concludes that the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors, and good cause exists to grant the Motion.

---

[1] Capitalized terms, unless otherwise defined herein, shall have the same meaning as ascribed in the Motion.

MWH: 10782.001; 00028051.2

1

**THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:**

1. The Motion is granted as set forth herein.

2. The Debtor is authorized to honor and pay the prepetition obligations as defined and described in the Motion, including (a) Employee Compensation, (b) Pre-Petition Benefits, (c) Paid Leave, and (d) Third Party Fees, when due, provided that the Employees to be paid pursuant to this Order remain employed by the Debtor at the time of such post-petition payment.

3. The Debtor is authorized to continue its regular prepetition practices and policies with regard to the making of such payments in order to comply with the terms of this Order; however, nothing contained herein shall be deemed an assumption or adoption by the Debtor of any agreements or policies providing for such compensation and/or benefits to the Debtor's Employees.

4. Neither the entry of this Order nor anything contained herein shall impair or prejudice the rights and objections of any party in interest relating to the Employees' post-petition compensation or this Court's future consideration thereof.

5. Any party in interest shall be entitled to request that the Court reconsider the relief granted herein upon a motion filed within 14 days of service of this Order.

6. The Debtor shall serve a copy of this Order upon the appropriate parties in interest and file a certificate of service specifying the manner and method of service.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|