FILED & JUDGMENT ENTERED
Steven T. Salata

January 20 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

**EX PARTE ORDER GRANTING DEBTOR AN EXTENSION OF
TIME WITHIN WHICH TO FILE (I) ALL SCHEDULES OF ASSETS AND
LIABILITES AND (II) STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the motion (the "Motion") of the above-captioned debtor and debtor in possession (the "Debtor"), seeking entry of an order extending the fourteen-day period within which the Debtor must file its (i) schedules of assets and liabilities, and (ii) statement of financial affairs (collectively, the "Schedules"), through and including February 3, 2023 pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure; and the Court having considered the submissions of counsel in support of the Motion; and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interest of the Debtor, its estate, creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion has been given; and for good cause shown, it is hereby:

MWH: 10782.001; 00028103.1

ORDERED, that the time in which the Debtor must file its Schedules is hereby extended through and including February 3, 2023 without prejudice to the Debtor's right to seek additional extensions, if necessary; and it is further

ORDERED, that the Debtor shall take all reasonable measures to file the Schedules by the extended deadline established in this Order; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |