UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re:<br><br>**B GSE Group, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 23-30013 |
|---|---|

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

NOW COMES undersigned counsel for John Bean Technologies Corp., a creditor in the above-captioned case, and hereby moves pursuant to Local Bankruptcy Rule 2090-2 for admission *pro hac vice* of Edward S. Weil ("Applicant") to the court for the purpose of representing John Bean Technologies Corp. In support of the Motion, the undersigned would respectfully show the Court the following:

1. Applicant is a member of the law firm of Dykema Gossett PLLC with offices located in Michigan, Texas, Illinois, California, Wisconsin, Minnesota, and Washington D.C.

2. Applicant is a member in good standing of the bar of the State of Illinois. Applicant is also admitted and in good standing before the Illinois Supreme Court, the U.S. Federal Court of Appeals, 7th Circuit, and the United States District Court for the Northern District of Illinois.

3. Applicant's appearance in this matter will be in association with the undersigned, who is a member in good standing of the North Carolina State Bar and who is admitted to practice before this Court.

4. The Declaration of Applicant supporting this Motion is attached hereto and is incorporated herein by reference.

5. The $288.00 fee for admission *pro hac vice* is being submitted with the filing of this Motion.

WHEREFORE, the Movant respectfully requests that this Court enter an Order admitting Edward S. Weil *pro hac vice* in this matter as set forth herein.

Dated: January 20, 2023
      Charlotte, North Carolina

      HAMILTON STEPHENS
      STEELE + MARTIN, PLLC

      /s/ *Glenn C. Thompson*
      Glenn C. Thompson (NC Bar No. 37221)
      525 North Tryon Street, Suite 1400
      Charlotte, North Carolina 28202
      Telephone: (704) 344-1117
      Facsimile:  (704) 344-1483
      gthompson@lawhssm.com

      *Counsel for John Bean Technologies Corp.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | |
|---|---|
| **B GSE Group, LLC,** | Chapter 11 |
| Debtor. | Case No. 23-30013 |

**DECLARATION OF EDWARD S. WEIL IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Edward S. Weil, in support of the Motion for Admission *Pro Hac Vice*, declares as follows:

1. I am a member of the law firm of Dykema Gossett PLLC, 10 South Wacker Drive, Suite 2300, Chicago, Illinois 60606. My telephone number is (312) 876-1700, and my e-mail address is eweil@dykema.com.

2. I am and have been a member in good standing before the Illinois Supreme Court, the U.S. Federal Court of Appeals, 7th Circuit, and the United States District Court for the Northern District of Illinois.

3. I am in good standing in all courts where I have been admitted.

4. I have never been disbarred, suspended, or denied admissions to practice.

5. I declare under the penalty of perjury that the foregoing is true and correct.

This the 20th day of January, 2023.

*/s/ Edward S. Weil*
Edward S. Weil, Declarant

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing Motion for Admission to Practice *Pro Hac Vice* and Declaration of Edward S. Weil were served by electronic means on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: January 20, 2023
      Charlotte, North Carolina

                                        HAMILTON STEPHENS
                                        STEELE + MARTIN, PLLC

                                        /s/ *Glenn C. Thompson*
                                        Glenn C. Thompson (NC Bar No. 37221)
                                        525 North Tryon Street, Suite 1400
                                        Charlotte, North Carolina 28202
                                        Telephone: (704) 344-1117
                                        Facsimile:  (704) 344-1483
                                        gthompson@lawhssm.com

                                        *Counsel for John Bean Technologies Corp.*