IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date copies of the *Motion for Sanctions for Violation of the Automatic Stay* and *Notice of Hearing* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed below by United States mail, sufficient postage prepaid, at their addresses as shown:

Prime Mechanical of Wisconsin LLC
Attn: Dawn Ballweg, Registered Agent
429 Sanderson Street
Poynette, WI  53955-9581

Claire Ann Richman
Steinhilber Swanson LLP
122 W. Washington Avenue, Suite 850
Madison, WI  53703-2732

Dated: Charlotte, North Carolina
January 27, 2023

**MOON WRIGHT & HOUSTON, PLLC**

  */s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
212 North McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone:  (704) 944-6560
Facsimile:  (704) 944-0380
*Counsel for the Debtor*

MWH: 10782.001; 00028148.1