**Fill in this information to identify the case:**

Debtor name    **B GSE Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-30013**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 3, 2023**     X **/s/ Bryan M. Bullerdick**
                                          Signature of individual signing on behalf of debtor

                                          **Bryan M. Bullerdick**
                                          Printed name

                                          **Member-Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **B GSE Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30013**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
Copy line 88 from *Schedule A/B*................................................................................   $        **0.00**

   **1b. Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................   $   **8,554,839.27**

   **1c. Total of all property:**
Copy line 92 from *Schedule A/B*..............................................................................   $   **8,554,839.27**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $   **2,611,144.53**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **101,404.20**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   **4,409,428.65**

4.  **Total liabilities** ..................................................................................................................
Lines 2 + 3a + 3b

$   **7,121,977.38**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>B GSE Group, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-30013</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | **7721** | $0.00 |
| 3.2. | **Morgan Stanley** | **Checking** | **0589** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Operating Funds (Held in trust account)** | **$123,000.00** |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$123,000.00**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **B GSE Group, LLC**                                     Case number *(If known)*  **23-30013**
          Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **3,776,079.52**          -          **0.00**          = ....          **$3,776,079.52**
                                   face amount                          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              | **$3,776,079.52** |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** Raw Materials | **11/23/2022** | **$1,672,639.76** | **Recent cost** | **$1,672,639.76** |
| 20. | **Work in progress** Work in Progress | **11/23/2022** | **$383,486.92** | **Recent cost** | **$383,486.92** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Office Supplies - See Question 39 | **11/23/2022** | **$5,000.00** | **Recent cost** | **$5,000.00** |

23.    **Total of Part 5.**                                                              | **$2,061,126.68** |

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor  **B GSE Group, LLC**                                    Case number *(If known)* **23-30013**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

<table>
<tr><td><b>Part 6:</b></td><td colspan="4"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td><b>Part 7:</b></td><td colspan="4"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture - See Attached Schedule** | **$0.00** | **Recent cost** | **$16,644.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment - See Attached Schedule** | **$0.00** | **Recent cost** | **$46,300.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $62,944.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td><b>Part 8:</b></td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2016 Ford F250 Super Duty**<br>**1FT7W2B64GED26360** | **$0.00** | **NADA** | **$23,500.00** |
| 47.2. | **2020 Cargo Trailer**<br>**VIN 5JW1C1820L2289228** | **$0.00** | **Replacement** | **$6,000.00** |

| Debtor | **B GSE Group, LLC** | Case number *(If known)* **23-30013** |
|---|---|---|
| | Name | |

| 47.3. | **2022 Big Tex Trailer**<br>**VIN 16C1F2428N207881** | $0.00 | Replacement | $8,500.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and Equipment - See Attached Schedule** | $0.00 | Recent cost | $484,844.31 |
|---|---|---|---|---|

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $522,844.31 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Fabrication Building**<br>**134 Tower Lane**<br>**Westover, WV  26501** | Lease | Unknown | | Unknown |
| 55.2. **Assembly Building**<br>**74 Long Lane**<br>**Westover, WV  26501** | Lease | Unknown | | Unknown |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $0.00 |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | **B GSE Group, LLC** | Case number *(If known)* **23-30013** |
|---|---|---|
| | Name | |

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, and trade secrets** **COOLJET** | Unknown | | Unknown |
| **BGSEGROUP** | Unknown | | Unknown |
| **Ground Support Equipment Designs, Plans, Drawings, Schematics, Blueprints** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **BGSEGROUP.COM** | Unknown | | Unknown |
| **BULLERDICKGSE.COM** | Unknown | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **B GSE Group, LLC** | Case number *(If known)* **23-30013** |
|--------|---------------------|---------------------------------------|
|        | Name                |                                       |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|--|

**71.** **Notes receivable**
Description (include name of obligor)

**Member loan(s) to Bryan Bullerdick**   **1,429,871.00** - **0.00** = **$1,429,871.00**
Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Potential Tax Refunds, NOLs, or Credits**    Tax year    **Unknown**

**73.** **Interests in insurance policies or annuities**

**See Schedule G**    **Unknown**

**74.** **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**IMS/Bryan Henry Lawsuit Counterclaim**    **$512,373.76**

| Nature of claim | **Contract; Failure to Deliver** |
| Amount requested | **$512,373.76** |

**Unfair Trade Practice/Misrepresentation claims against
lenders asserting invalid liens**    **Unknown**

| Nature of claim | |
| Amount requested | **$0.00** |

**75.** **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Purchased equipment in possession of Industrial
Maintenance Solutions, LLC - See Attached Schedule**    **$66,600.00**

**78.** **Total of Part 11.**    **$2,008,844.76**

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **B GSE Group, LLC** | Case number *(If known)* **23-30013** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3" style="background:black;color:white">Part 12:</td><td colspan="3">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $123,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,776,079.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,061,126.68 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $62,944.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $522,844.31 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,008,844.76 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,554,839.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,554,839.27 |

## Office Equipment Schedule

Assembly Plant

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| Computer Towers | 5 | $1,500 | $7,500 |
| Laptops | 4 | $1,500 | $6,000 |
| Monitors | 15 | $150 | $2,250 |
| Printers | 2 | $400 | $800 |
| | | | $16,550 |

Fabrication Plant

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| Computer Towers | 4 | $1,500 | $6,000 |
| Laptops | 3 | $1,500 | $4,500 |
| Monitors | 13 | $150 | $1,950 |
| Printers | 2 | $400 | $800 |
| | | | $13,250 |

Offsite

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| Laptops | 11 | $1,500 | $16,500 |
| | | | $16,500 |
| | | **Total Cost** | **$46,300** |

### Office Furniture Schedule

Assembly Plant

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| Chairs | 21 | $150 | $3,150 |
| Desks | 8 | $318 | $2,544 |
| File Cabinets | 5 | $500 | $2,500 |
| Office Supplies | | | $5,000 |
| | | | $13,194 |

Fabrication Plant

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| Chairs | 7 | $150 | $1,050 |
| | | | $1,050 |

Conference Room

| Part | Quantity | Unit Price | Total |
|------|----------|------------|-------|
| TV | 1 | $1,000 | $1,000 |
| TVs/large screen | 3 | $300 | $900 |
| Table | 1 | $500 | $500 |
| | | | $2,400 |
| | | **Total Cost** | **$16,644** |

**Fill in this information to identify the case:**

Debtor name   **B GSE Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30013**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Truist Bank**<br>Creditor's Name<br><br>**500 E. Broad Street**<br>**Statesville, NC 28677-5331**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 2022**<br>**Last 4 digits of account number**<br>**0012**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**First on Accounts and Intangibles; Second on All Other Personal Property**<br><br>**Describe the lien**<br>**5 Year Note**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $487,557.61 | $487,557.61 |
| **2.2** **Truist Bank**<br>Creditor's Name<br><br>**500 E. Broad Street**<br>**Statesville, NC 28677-5331**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 2021**<br>**Last 4 digits of account number**<br>**0011**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**First on Accounts and Intangibles; Second on All Other Personal Property**<br><br>**Describe the lien**<br>**Revolving Line of Credit**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $1,623,586.92 | $1,623,586.92 |

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U. S. Small Business Administration** | | | |
|---|---|---|---|---|

Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**10/1/2021**

**Last 4 digits of account number**

**8000**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $500,000.00        $500,000.00

**First on All Personal Property Other Than Accounts and General Intangibles**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,611,144.53 |
|---|---|---|

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Truist Bank
PO Box 1626
Wilson, NC 27894-9961** | Line  2.1 | |

---

**Fill in this information to identify the case:**

Debtor name   **B GSE Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30013**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

2.1 — Priority creditor's name and mailing address

**Arkansas Department of Finance
and Admin
Attn:  Department of Revenue
1900 W. 7th Street
Little Rock, AR 72201**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

---

2.2 — Priority creditor's name and mailing address

**California Department of Tax and
Free Ad
Attn:  Account Information Group
MIC:29
PO Box 942879
Sacramento, CA 94279-0029**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$556.93** | **$556.93** |
|---|---|---|---|
| **Comptroller of Maryland**<br>**Attn:  Ombudsman's Office**<br>**80 Calvert Street**<br>**PO Box 466**<br>**Annapolis, MD 21404-0466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|
| **Florida Department of Revenue**<br>**5050 W Tennessee St.**<br>**Tallahassee, FL 32399-0100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|
| **Illinois Department of Revenue**<br>**Attn:  Bankruptcy Unit**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$48,349.46** | **$48,349.46** |
|---|---|---|---|
| **Internal Revenue Service**<br>**Bankruptcy Section**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **B GSE Group, LLC** | | Case number *(if known)* | **23-30013** |
|---|---|---|---|---|

Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kansas Department of Revenue**
**PO Box 3506**
**Topeka, KS 66625-3505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Dept of Taxation**
**and**
**Finance Bankruptcy Section**
**Attn:  Bankruptcy Unit**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,906.16 | $13,906.16 |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**
**Attention:  Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,302.62 | $6,302.62 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn:  Compliance Business Tax**
**Division**
**PO Box 1090**
**Columbus, OH 43216-1090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$182.89** | **$182.89** |
|---|---|---|---|---|

**PA Department of Revenue**
**PO BOX 280904**
**Harrisburg, PA 17128-0904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,110.40** | **$18,110.40** |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**Lyndon B. Johnson State Office**
**Building**
**111 East 17th Street**
**Austin, TX 78774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,995.74** | **$13,995.74** |
|---|---|---|---|---|

**West Virginia Department of**
**Revenue**
**Attn:  State Tax Department**
**1001 Lee Street East**
**Charleston, WV 25311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**4 State Trucks**
**4579 Highway 43**
**Joplin, MO 64804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,833.57** |
|---|---|---|---|

**84 GROUP**
**1114 Parkway View Dr**
**Pittsbugh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|

Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A. Cooper Mechanical**
**171 Leroy Rd**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABC Industries**
**PO Box 77**
**Warsaw, IN 46581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABSOLUTE EN**
**2967 Jackson Mill Rd**
**Jane Lew, WV 26378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACCO Engineered Systems, Inc.**
**Attn:  Purchasing Department**
**888 East Walnut Street**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Accurate Control Co., LLC**
**4949 Blalock Road**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,068.94 |
|---|---|---|---|

**ACE CONTROLS**
**23435 Industrial Park Drive**
**Farmington Hills, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adams Machinery Company**
**601 N. Skokie Hwy**
**Suite D**
**Lake Bluff, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adobe**
**345 Park Avenue**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Metal Products**
**943 Quarry Road**
**Jamestown, Ohio 45335-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advantage Occupational Medicine**
**1370 Johnson Ave**
**1st Floor**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aflac**
**World Headquarters**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agility Fairs & Events Logistics**
**1100 S. Tamiami Trail**
**Suite B**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR FILTERS**
**8282 Warren Rd**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,863.96 |
|---|---|---|---|

**AIRGAS**
**326 Cheat Rd**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Airport Suppliers**
**Unit 25, Chitterley Business Centre**
**EX United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Airport Technical Support**
**P.O. Box 276**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,753.45**

**AKRON ELECTRIC, INC.**
**2728 Wingate Ave.**
**Akron, OH 44314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alaska Integrated Services, Inc.**
**619 11th Ave**
**Suite 101**
**Fairbanks, AK 99701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**All Current Electrical Sales**
**12550 North Houston Rosslyn Road**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allegheny Design Services Inc**
**102 Leeway Street**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$843.93**

**Allegheny Ind. Supply**
**3854 Corbin Branch Rd**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,055.67** |
|---|---|---|---|

**ALLIED ELECTRONICS**
**7151 Jack Newell Blvd. S**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,584.01** |
|---|---|---|---|

**ALLIED WIRE**
**101 Kestrel Drive**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allsearch Professional Staffing Inc**
**40 Winter Avenue**
**Glen Rock, PA 17327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alpha Omega Shelving Inc**
**800 Hope Hollow Rd**
**Carnegie, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,109.58** |
|---|---|---|---|

**ALRO STEEL**
**140 Solar Drive**
**Imperial, PA 15126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALRO STEEL**
**3100 E. High Street**
**Jackson, MI 49204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMAZON**
**410 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ameresco Solar LLC**
**202 S Live Oak St**
**Suite B**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AmeriBridge**
**1216 SE 1st Street**
**Evansville, IN 47713-1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,047.57

**AMERICA REEL**
**15 Airpark Vista Blvd**
**Dayton, NV 89403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**American Airlines Insurance Compliance**
**PO Box 100085**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**American Arbitration Assoc.**
**1301 Atwood Avenue**
**Suite 211N**
**Johnston, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AMETEK**
**820 Pennsylvania Blvd**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AMETEK**
**205 Keith Valley Road**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anderson Excavating LLC**
**343 Williams Road**
**Morgantown, WV 00028-6501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anixter**
**4300 Northlake Court**
**Suite I**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**APPLIED INDU**
**126 Carr Ln**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,235.51 |
|---|---|---|---|

**Applied Industrial Technologies**
**22510 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,570.00 |
|---|---|---|---|

**AQ Transformers**
**823 Fairview Road**
**Wytheville, VA 24382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATES**
**Piazzale De Agostini 3**
**Milano, Italy   20146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATLANTIC**
**3908 Frankford Avenue**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atlantic Environmental Systems Inc**
**2244 4th Ave., North**
**Lake Worth, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATRON GROUP**
**9125 Viscount Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,115.00 |
|---|---|---|---|

**AUTOMATION D**
**3505 Hutchinson Road**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Automation Direct, Inc.**
**PO Box 402417**
**Atlanta, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUTOMATION24**
**3600 Horizon Dr**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Avon Aero Supply Inc**
**3815 Commerce Loop**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Axis Routing and Manufacturing Inc.**
**Attn: Zach Gunwall**
**104-A White Oak Lane**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B&M Contractors, Inc.**
**790 Pitts Chapel Road**
**Elizabeth City, NC 27909**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baileigh Industrial**
**1625 Dufek Drive**
**PO Box 531**
**Manitowoc, WI 54221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BAKER GAS**
**2920 Douglas Road**
**Toledo, OH 43606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,544.00 |
|---|---|---|---|

**BARDAC**
**40 Log Canoe Circle**
**Stevensville, MD 21666**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARON**
**102 Four Coins Dr**
**Suite 4**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Basic**
**PO Box 88297**
**Milwaukee, WI 53288-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Basic Wire & Cable**
**3900 N Rockwell Street**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BEDFORD REIN**
264 Reynoldsdale Rd.
Bedford, PA 15522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251,174.13 |
|---|---|---|---|

**Bell Davis & Pitt PA**
Attn:  Joshua Durham
P. O .Box 21029
Winston Salem, NC 27120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benaka Inc.**
7 Lawrence Street
New Brunswick, NJ 08901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benchmark Construction Co. Inc.**
2260 Southwind Blvd.
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benchmark Metal Services**
P. O. Box 746
Krum, TX 76249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berkley Southeast Insurance Group**
4820 Lake Brook Dr
Suite 300
Glen Allen, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BGSE ASSY**
134 Tower Ln
Morgantown, WV 26501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BITZER**
P.O. Box 10210
Atlanta, GA 30368-2010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BITZER**
4080 Enterprise Way
Flowery Branch, GA 30542

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,632.00 |
|---|---|---|---|

**BKS Technical Solutions**
5A James St
Georgetown, Ontario L7G 2H2

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BKS Technical Solutions**
85 Belmont Blvd.
Georgetown
CANADA
ON L7G6E7

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,320.00 |
|---|---|---|---|

**BKW GSE Consulting**
3809 Verona Terrace
Davis, CA 95618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,257.78 |
|---|---|---|---|

**BLACKHAWK**
2155 Stonington Ave
Unit 103
Hoffman Estates, IL 60169

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLIND RIVET**
2520 WEST CLEMENT CIRCLE
Flag Staff, AZ 86001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | | Case number (if known) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,390.21 |
|---|---|---|---|

**BM KRAMER**
69 South 20th St
Pittsburgh, PA 00010-5203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOE-G Trucking LLC**
PO Box 36
Blacksville, WV 26521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boom Air, LLC**
33 W. First Street, Suite 200
Dayton, OH 45402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOYD WELDING**
802 NW 27th Ave
Ocala, FL 34475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWN'S COAT**
161 Edsell Rd
Mt. Clare, WV 26403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRUNSWICK**
P. O. Box 734159
Chicago, IL 60673-4159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan S. Henry**
c/o Charles C. Wise III
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|

Name

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Butler Gas**
**110 Nichol Avenue**
**Mc Kees Rocks, PA 15136-2624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Butterfly Valves & Controls**
**671 C Industrial Blvd.**
**Grapevine, TX 76051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $511,368.42 |
|---|---|---|---|

**BYZFUNDER NY LLC**
**263 W. 38th Street**
**New York, NY 10018**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cable Ties and More**
**961 Alness Street**
**ON M3J 2J1**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,976.70 |
|---|---|---|---|

**CANDURA**
**775 Pacific Rd**
**Unit 26**
**CANADA**
**Oakville, ON L6L 6M4**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cannon Load Banks**
**85 North Industrial Rd**
**Palmetto, GA 30268**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,678.50 |
|---|---|---|---|

**Carolina Chillers LLC**
**3810 Ladson Rd**
**Suite A**
**Ladson, SC 29456**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
| --- | --- | --- | --- |
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**CD AERO**
**167 John Verente Blvd**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,380.70 |
| --- | --- | --- | --- |

**CDE**
**1605 Rodney French Blvd.**
**New Bedford, MA 02744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**CDE2**
**PO Box 10199**
**Columbia, SC 29202-3199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,445.68 |
| --- | --- | --- | --- |

**CHASE DEFENSE PARTNERS**
**307 E Street**
**Hampton, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cheat Lake Excavating**
**3521 Camp Run Rd**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Chris Lester**
**924 Ashton Place**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Chucks Heating & AC, Inc**
**P.O. Box 53**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | | Case number (if known) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,405.52** |
|---|---|---|---|

**Cintas**
**P.O. Box 630910**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cintas**
**100 Scott Avenue**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Clark Construction Group, LLC**
**NAVFAC Washington, DC**
**7500 Old Georgetown Road**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Clark Testing**
**821 East Front Street**
**Buchanan, MI 49107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,952.75** |
|---|---|---|---|

**CLEN-CO**
**PO Box 8172**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CMD Group**
**P.O. Box 207121**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,001.70** |
|---|---|---|---|

**COILMASTER**
**440 Industrial Drive**
**Moscow, TN 38057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLD & COLDE**
**30 N. Gould Street**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLUMBIA PIP**
**41554 Koppernick Rd**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone Service - Long Street**

Last 4 digits of account number  **7531**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Internet Service - Tower Lane**

Last 4 digits of account number  **2540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast**
**PO Box 37601**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone Service - Long Street**

Last 4 digits of account number  **0120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone Service - Tower Lane**

Last 4 digits of account number  **9290**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Internet - Long Street**

Last 4 digits of account number  **6050**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Compressor World**
**31 Schoosett Street**
**Unit 400**
**Pembroke, MA 02359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CONTROL PROD**
**1434 W Sam Houston Pkwy N 190**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Core & Main**
**8388 Water St**
**Stonewood, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Craig Shaft**
**P.O. Box 157**
**Augusta, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,384.00**

**Crane 1 Services, Inc.**
**11301-B MacCorkie Ave**
**Charleston, WV 25315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Crane 1 Services, Inc.**
**1027 Byers Road**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Crane Man, Inc.**
**5525 Elk River Road N**
**Elkview, WV 25071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,429.70** |
|---|---|---|---|

**CRESCENT**
**166 Thorn Hill Rd**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crescent Electric Supply SLC**
**2080S Industrial Rd.**
**Suite A**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crescent Electrical Supply Co.**
**P.O. Box 500**
**East Dubuque, IL 61025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CSM FAB**
**226 Clay Street**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cygnus Expositions**
**801 E Cliff Rd**
**Suite 201**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**D.H. Kay Sales Inc**
**143 Still View Ave.**
**CANADA**
**Pointe Claire, QC H9R 2X9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dakota Supply Group**
**334 East 26th St**
**Williston, ND 58801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Daniel Kleve**
**633 N. Main St**
**Rose Hill, KS 67133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DBS Associates Inc**
**2480 Grand Ave**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,408.00**

**DEI Engineering**
**1280 Old Innes Road**
**Suite 801**
**Ottawa, ON K1B5M7**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DEKAL LOAD B**
**2000 Technology Drive**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dekal Load Banks**
**2000 Technology Drive**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DELP**
**620 Glenwood Way**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DELTA**
**28 Congress Circle West**
**Roselle, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|--------|----------------------|------------------------|--------------|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address**
**Devall Brothers Inc**
326 Diamond Ave
Morgantown, WV 26505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130** | **Nonpriority creditor's name and mailing address**
**DFW International Airport**
Attn:  Airport Concessions Manager
PO Box 619428
DFW Airport, TX 75261-9428

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131** | **Nonpriority creditor's name and mailing address**
**Digi-Key**
701 Brooks Avenue South
PO Box 677
Thief River Falls, MN 56701-0677

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132** | **Nonpriority creditor's name and mailing address**
**Diller AG Equipment**
9230 Mountain BrookRd
St. Thomas, PA 17252

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133** | **Nonpriority creditor's name and mailing address**
**Direct Connect Transaport**
7161 55th St. N
Oakdale, MN 55128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134** | **Nonpriority creditor's name and mailing address**
**DIRIG SHEET METAL**
918 WEST COOK ROAD
Fort Wayne, IN 46825

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135** | **Nonpriority creditor's name and mailing address**
**DMKA LLC d/b/a The Smarter Merchant**
345 7th Avenue, Suite 801
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$254,499.27**

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.136**

**Nonpriority creditor's name and mailing address**

**DOCUPRINT LL**
**5000 Greenbag Rd**
**#C6**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$891.53**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**DODDRIDGE CO**
**1114 Speedway Ave.**
**Fairmont, WV 26554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Doddridge Controls Inc.**
**1114 Speedway Ave.**
**Fairmont, WV 26554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.139**

**Nonpriority creditor's name and mailing address**

**Domain at Town Centre**
**5000 Domain Drive**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number **818A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Dominion Energy**
**PO Box 26783**
**Richmond, VA 23261-6783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.141**

**Nonpriority creditor's name and mailing address**

**Donald E. Robinette Jr.**
**137 Sand Banks Rd**
**Morgantown, Wv 26508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Dwyer Instruments**
**P.O. Box 373**
**102 Indiana Hwy**
**Michigan City, IN 46361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.05**

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.143** Nonpriority creditor's name and mailing address $0.00

**DYNELL GMBH**
**Mistelbacher Strabe 17**
**4613 Mistelbach bei Wels**
**Austria**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address $0.00

**E2**
**1000 Circle 75 Parkway SE**
**Suite 300**
**Atlanta, GA 30339**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address $4,188.88

**E2S WARNING**
**17633 Telge Rd**
**Houston, TX 77429**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address $7,500.00

**EBS HVAC**
**117 New Frederick St**
**Wilkes Barre, PA 18702**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address $12,957.00

**ECHO GLOBAL**
**600 W. Chicago Ave**
**Suite 725**
**Chicago, IL 60654**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address $0.00

**Echo Global**
**2850 Gateway Oaks Drive**
**Suite 475**
**Sacramento, CA 95833**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address $0.00

**Elec Tek, LLC**
**19207 Coachmans Trace**
**Cornelius, NC 28031**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Electric Motor Wholesale, Inc.**
**2575 Morgans Choice Road**
**Camden Wyoming, DE 19934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151**

**Nonpriority creditor's name and mailing address**

**ELECTRONIC CONCEPTS, INC.**
**PO Box 1278**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

**3.152**

**Nonpriority creditor's name and mailing address**

**ELECTROTECH**
**440 Industrial Dr**
**North Wales, PA 19454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153**

**Nonpriority creditor's name and mailing address**

**ELESA**
**1930 Case Parkway N.**
**Twinsburg, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$486.00

---

**3.154**

**Nonpriority creditor's name and mailing address**

**Endeavor Business Media LLC**
**P.O.Box 197565**
**Nashville, TN 37219-7565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155**

**Nonpriority creditor's name and mailing address**

**ENERGY CONTROL**
**10220 West State Rd 84**
**Suite 9**
**Davie F, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156**

**Nonpriority creditor's name and mailing address**

**Energy Task Force**
**2501 Clark St**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Engel Electric Company**
5280 11th St
Rockford, IL 61109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,902.02

**ERIKS -OGDEN**
1327 W. 2550 S
Ogden, UT 84401-3239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ERIKS North America, Inc.**
PO Box 734055
Chicago, IL 60673-4055

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ESCA Industries Ltd**
PO Box 429
Hatfield, PA 19440

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00

**eSmith IT Consulting**
14316 Reese Blvd
Suite B-112
Huntersville, NC 28078

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ETF WEST LLC**
2940 W Osborne Rd
Phoenix, AZ 85017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ETHERIDGE ELECTRIC**
6711 Shiloh Rd.
Hahira, GA 31632

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Etolin Strait Partners, LLC**
**7440 Central Business Park Drive**
**Suite 104**
**Norfolk, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EU Automation**
**871 Busse Road**
**Elk Grove, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Extrude A Trim**
**360 Carlingview Drive**
**CANADA**
**Etobicoke, ON M9W 5X9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fab-Cut Systems Inc**
**1585 Centennial Drvie**
**CANADA**
**Kingston, Ontario K&P 0K4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,843.87 |
|---|---|---|---|

**Farwest Corrosion Control**
**12029 Regentview Ave**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farwest Corrosion Control**
**6 Pheasant Run**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,776.29 |
|---|---|---|---|

**FASTENAL COMPANY**
**P.O. Box 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | B GSE Group, LLC | | Case number (if known) | 23-30013 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federal Express**
P.O. Box 223125
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federal Express**
942 South Shady Grove Road
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fenders at Laurel Bay, LLC**
P.O. Box 4432
Beaufort, SC 29906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,325.23 |
|---|---|---|---|

**FERGUSON**
160 SPRING STREET
CHARLESTON, WV 25301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FirstEnergy Corp.**
76 South Main Street
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,969.03 |
|---|---|---|---|

**FITZMARK**
950 Dorman St
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FITZMARK**
PO Box 010825
Milwaukee, WI 53288-8825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FLEXICRAFT**
**168747 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FLUIDRAULICS**
**9150 Marshall Road**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FPI SENSORS**
**11616 Harry Hines Blvd**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,139.13** |
|---|---|---|---|

**FT THOMAS**
**303 High Tech Drive**
**Oakdale, PA 15071**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FT THOMAS**
**106 Railroad Drive**
**Warminster, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FUSECO**
**1865 Corporate Dr**
**Suite 210**
**Norcross, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,399.00** |
|---|---|---|---|

**FUTURE ELEC**
**6060 Rockside Woods Blvd**
**Suite 115**
**Independence, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**3.185** | Nonpriority creditor's name and mailing address
**Galaxy Electronics**
**201 East Arapaho Road**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.186** | Nonpriority creditor's name and mailing address
**Galco**
**1451 E. Lincoln Avenue**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.187** | Nonpriority creditor's name and mailing address
**Gaylor Electric, Inc.**
**5750 Castle Creek Pkwy North Drive**
**#400**
**Indianapolis, IN 46250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188** | Nonpriority creditor's name and mailing address
**GCR, Inc.**
**NMcb 273 Holtman Avenue**
**Gulfport, MS 39501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189** | Nonpriority creditor's name and mailing address
**George L Wilson**
**RT 73 North**
**Bridgeport, WV 26330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.190** | Nonpriority creditor's name and mailing address
**GEXPRO**
**1600 West Carson Street**
**Suite 2**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$9,603.20

---

**3.191** | Nonpriority creditor's name and mailing address
**GI Industries Inc.**
**525  Fan Hill Rd**
**Monroe, CT 06468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GILSON**
535 Rochester Rd
Pittsburgh, PA 15237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,436.26

**GIS INSULAT**
23 Furnace Street Extension
McKees Rocks, PA 15136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLACIER TANK**
1301 NE 144th St
Suite 125
Vancouver, WA 98685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Gleeson Reel**
600 S. Clark St
Mayville, WI 53050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Global Plasma Solutions**
3101 Yorkmont Rd
Suite 400
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLOBAL TEST**
3310 Kitty Hawk Road
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Gohz Inc.**
23555 Golden Springs Dr
Diamond Bar, CA 91765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Gordan Electric Supply**
**1290 N Hobbie**
**PO Box 231**
**Kankakee, IL 60901-0231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.200**

**Nonpriority creditor's name and mailing address**

**GORDON**
**711 N Ladd St**
**Pontiac, IL 61764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,371.60

---

**3.201**

**Nonpriority creditor's name and mailing address**

**GPI Solutions**
**1300 Keller Pkwy**
**Suite 1913**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Grainger**
**100 Grainger Parkway**
**Lake Forest, IL 60045-5201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Grupo FLR**
**FTL ENGENHARIA E INSTALA  ES LTDA**
**R TOLEDO MALTA 00483 - VILA ISOLINA**
**MAZZ**
**BRAZIL**
**Sao Palo, 02083-060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Hall Technical Svc.**
**514 Mecklem Lane**
**Ellwood City, PA 16117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,141.00

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Harrington Industrial Plastic, LLC**
**14 Leonberg Road**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **B GSE Group, LLC** | | Case number (*if known*) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harrington Industrial Plastics, CA**
**7557 Convoy Court**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hawke International**
**4140 World Houston Pkwy**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hensel Phelps Construction Co.**
**841 Bishop Street, Suite 2001**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hite Company**
**P.O. Box 1328**
**Birmingham, AL 35201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HMR Electrical Contracting LLC**
**221 Simms St**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOME DEPOT**
**115 Matthews Drive**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hope Gas**
**PO Box 26783**
**Richmond, VA 23261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7037**

Basis for the claim:  **Gas Service - Tower Lane**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hope Gas**
**PO Box 26783**
**Richmond, VA 23261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6555**

Basis for the claim:  **Gas Service - Long Street**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hoy Redi-Mix Co**
**412 Chaplin Road**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HS Spindles LLC**
**22349 La Palma Avenue**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hubbell Electrical Products**
**25409 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hunt Construction Group, Inc.**
**c/o CR Solutions**
**11675 Great Oaks Way, Suite 275**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,310.40**

**HUNTINGTON STEEL**
**540 Dunkard Ave**
**Westover, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,675.31**

**HVAC INDUSTRIES**
**633 Central Ave**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HY-TECH SALES, INC**
**3170 Leechburg Road**
**Pittsburgh, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IAP**
**PO Box 56**
**Phillips, WI 39922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IEWC CORP**
**Dept CH-Box 17084**
**Palatine, IL 60055-7084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IFF, INC.**
**575-A Forest Pkwy**
**College Park, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IFM Efector, Inc.**
**1100 Atwater Drive**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IFS COATING**
**3601 N. Interstate 35**
**Gainesville, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,866.51** |
|---|---|---|---|

**INDEECO**
**425 Hanley Industrial Ct**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **B GSE Group, LLC**                                                   Case number (if known)    **23-30013**
_____                                            _____
Name

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indeed**
**125 West 55th Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Industrial Maintenance Solutions, LLC**
**1417 A Mill Bay Rd**
**Kodiak, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Industrial Maintenance Solutions, LLC**
**2519 Fairmont Rd**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Industrial Motor & Controls**
**4540 Glenbrook Drive**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,049.95** |
|---|---|---|---|

**INTERSTATE WIRE**
**2635 Observation Trail**
**PO Box 489**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,858.00** |
|---|---|---|---|

**INTERTEK**
**1809 10th Street**
**Suite 400**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**INTERTEK**
**3933 US Route 11**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|

Name

---

**3.234** | **Nonpriority creditor's name and mailing address**
**Itw GSE Inc**
**11001 US Highway 41 N**
**Palmetto, FL 34221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235** | **Nonpriority creditor's name and mailing address**
**IW SALES**
**PO Box 505**
**505 Millers Run Rd**
**Morgan, PA 15064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236** | **Nonpriority creditor's name and mailing address**
**J.P.L. Compressor Service Inc.**
**7540 Suzi Ln**
**Westminster, CA 92683**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237** | **Nonpriority creditor's name and mailing address**
**Jaclyn Willey**
**14255 James Rd**
**Rogers, MN 55374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**James Iron & Steel Inc**
**2819 Top Hill Rd**
**Monroe, NC 28110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239** | **Nonpriority creditor's name and mailing address**
**Jarco Enterprises LLC**
**30 Gateway Dr**
**Fairmont, WV 26554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240** | **Nonpriority creditor's name and mailing address**
**Jay-Cee Sales & Rivet, Inc**
**32861 Chelsey Dr**
**Farmington, MI 48336**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JBT AeroTech**
**1805 West 2250 South**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JC Cutting Solutions and Fabrication Inc**
**1472 Madden Dr**
**Monroeville, PA 15146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jefferd's Corporation**
**2070 Winfield Rd**
**St Albans, WV 25177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,026.70 |
|---|---|---|---|

**JEM**
**8700 West Bradley Road**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEM**
**21410 N. 15th Lane**
**Suite 114**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,025,033.00 |
|---|---|---|---|

**John Bean Technologies Corporation**
**70 West Madison Street, Suite 4400**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Davis**
**1907 Stone Run Street**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Johnson Storage & Moving**
**8709 Kerns Street**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Jonathan League**
**1099 Smithtown Rd**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,835.15**

**JOYCE DAYTON**
**PO Box 206674**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JOYCE DAYTON**
**PO Box 1630**
**Dayton, OH 45401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kable Intelligence**
**2 Maidstone Road**
**United Kingdom**
**Foots Cray, Kent DA14 5 HZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kallidus Technologies, Inc.**
**175 Cabot Street, Suite 300**
**Lowell, MA 01854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Karl Johansen**
**222 Lincoln St**
**Waterbury, VT 05676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number *(if known)* | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,055.00**

**KATY SPRING**
**1999 Katy Spring Cir**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Fields**
**650 Pine St**
**Greenville, OH 45331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,096.35**

**KELE**
**3300 Brother Blvd**
**Memphis, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kendall Electric inc**
**415 Levy Rd**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KENNARD IND**
**623 Hanley Industrial Court**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KODIAK CONT**
**734 Oakdridge Dr**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KORNS GALV**
**75 Bridge Street**
**Johnstown, PA 15902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

---

**3.262**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KTECH INDUST**<br>**20 Regan Rd**<br>**Unit 1**<br>**CANADA**<br>**Brampton, ON L7A1C3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kuefler Lighting Protection**<br>**P.O. Box 209**<br>**St. Ingatius, MT 59865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.264**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KWR Construction, Inc.**<br>**76 N. Ten Pond Place**<br>**Sierra Vista, AZ 85635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.265**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Laguna Tools Inc**<br>**744 Refuge Way**<br>**Suite 200**<br>**Grand Prairie, TX 75050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.266**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,701.97 |
|---|---|---|
| **LARSON**<br>**9419 E US HWY 175**<br>**Kemp, TX 75143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.267**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEAF Capital Funding LLC**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Led Pros Worldwide**<br>**P.O. Box 903176**<br>**Palmdale, CA 93590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Libra Electric**
**4634 Enterprise Dr.**
**Oklahoma City, OK 73128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LOWES**
**9595 Mall Road**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mac-Engineering**
**2000 Northcrest Drive**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Major Electronix Corporation**
**33801 Curtis Blvd**
**Suite 110**
**Eastlake, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.00**

**MAPLE SYSTEM**
**808 134th Street SW**
**Everett, WA 98204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MARINE PS**
**127 Industrial Drive**
**White House, TN 37188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mark Gordin**
**13767 S.W. 190th Street**
**Rose Hill, KS 67133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | | Case number (if known) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Marshall Automation**
**923 S. Main St.**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Marvin Weber**
**104 E. Wagon Rd**
**Rose Hill, KS 67133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mary E Small**
**123 Euclid Ave**
**Clarksburg, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MASON&BARRY**
**301 Smiley Drive**
**Saint Albans, WV 25177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,503.38**

**MasterFlex Group**
**Willy Brandt- Allee- 300 4581**
**Germany**
**Gelsenkirchen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.24**

**Matheson Tri-gas Inc**
**P.O. Box 347297**
**Pittsburgh, PA 15251-4297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Matheson Tri-gas Inc**
**213 Meadowlane Avenue**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

---

**3.283**

**Nonpriority creditor's name and mailing address**

**MAYER ELECTRIC**
**2245 Schlumberger St.**
**Building 8**
**Houston, TX 77023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$18,221.32**

---

**3.284**

**Nonpriority creditor's name and mailing address**

**MAYER ELECTRIC**
**PO Box 1328**
**Birmingham, AL 35201-1328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285**

**Nonpriority creditor's name and mailing address**

**McGriff Insurance Services**
**4309 Emperor Boulevard**
**Suite 300**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286**

**Nonpriority creditor's name and mailing address**

**MCMASTER CARR**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,705.32**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**MCNAUGHTON**
**2745 Whitehall Park Dr**
**Suite 100**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**MERCURY**
**P.O. Box 710**
**25028 US 12 East**
**Edwardsburg, MI 49112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**MERSEN**
**374 Merrimac Street**
**Newburyport, MA 01950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,923.00**

---

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Mesa**
**PO Box 52608**
**Tulsa, OK 74152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**MICRO-SEMICO**
**14F Lippo Sun Plaza, 28 Canton Rd**
**Unit 13**
**Tsim Sha Tsui, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Middletown ANG**
**79 MUSTANG ALLEY**
**Middletown, PA 17057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Midwest Steel and Aluminum**
**14255 James Road**
**Rogers, MN 55374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$16,400.92**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**MINERD**
**101 Red Nine Lane**
**Lawrence, PA 15055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29,230.70**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**MINERD**
**PO Box 581**
**Levittown, PA 19055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**Mirack Construction, Inc.**
**1801 South Jen Tilly Lane**
**Suite D-18**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **B GSE Group, LLC**                                          Case number *(if known)*    **23-30013**
_____
Name

| | |
|---|---|
| **3.297** | **Nonpriority creditor's name and mailing address** |

**3.297**

**Nonpriority creditor's name and mailing address**
**MITSUBISHI**
**5900-A Katella Ave**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$15,826.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298**

**Nonpriority creditor's name and mailing address**
**MITSUBISHI**
**167 John Vertente Blvd.**
**New Bedford, MA 02745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299**

**Nonpriority creditor's name and mailing address**
**Mon Power**
**PO Box 3615**
**Akron, OH 44309**

Date(s) debt was incurred _

Last 4 digits of account number  **7765**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electricity - Tower Lane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300**

**Nonpriority creditor's name and mailing address**
**Mon Power**
**PO Box 3615**
**Akron, OH 44309**

Date(s) debt was incurred _

Last 4 digits of account number  **3393**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electricity - Long Street**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301**

**Nonpriority creditor's name and mailing address**
**MONT LEVINE**
**402 Auburn St**
**PO Box 2080**
**Fairmont, WV 26555-2080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302**

**Nonpriority creditor's name and mailing address**
**MOORE INDUST**
**77 Circle Freeway Dr**
**Cincinnati, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303**

**Nonpriority creditor's name and mailing address**
**Morgantown Septic Portable Toilets**
**PO Box 2205**
**Westover, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.304** | Nonpriority creditor's name and mailing address
**Morgantown Utility Board (MUB)**
**278 Green Bag Road**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number **2176**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Service - Tower Lane**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305** | Nonpriority creditor's name and mailing address
**Morgantown Utility Board (MUB)**
**278 Green Bag Road**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number **2176**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Service - Long Street**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306** | Nonpriority creditor's name and mailing address
**Motion Industries**
**1666 Integrity Drive East**
**Columbus, OH 43209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307** | Nonpriority creditor's name and mailing address
**MOTION INDUSTRIES**
**27 Rodeo Drive**
**Fairmont, WV 00092-6554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308** | Nonpriority creditor's name and mailing address
**Motion Industries, Inc.**
**PO Box 1477**
**Birmingham, AL 35201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309** | Nonpriority creditor's name and mailing address
**Mountain State Trailer Rentals**
**482 Lower Aaron's Creek Road**
**Morgantown, WV 26508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310** | Nonpriority creditor's name and mailing address
**Mountain State Waste**
**PO Box 3706**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number **0257**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash Service - Tower Lane**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mountain State Waste**
**PO Box 3706**
**New York, NY 10009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trash Service - Long Street**

Last 4 digits of account number  **2714**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mountain State Waste**
**P.O. Box 7839**
**Charleston, WV 25356**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mouser Electronics, Inc.**
**c/o The Leviton Law Firm**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Mt State Trailer Rental Inc**
**482 Lower Aaron's Creek Rd**
**Morgantown, WV 26508**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,387.70 |
|---|---|---|---|

**MULTI-WING**
**PO Box 368**
**Burton, OH 44021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**N.T.Ruddock**
**26123 Broadway Ave**
**Bedford, OH 44146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,169.21 |
|---|---|---|---|

**NABSON INC**
**45 Independence Drive**
**Taunton, MA 02780**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|

Name

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,495.00** |
|---|---|---|---|

**NATIONAL GRA**
5041 Regent St
#102
CANADA
Burnaby, BC V5C 4H4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**National Hydraulic Supply**
252 N. Mozart St
Palatine, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,407.44** |
|---|---|---|---|

**NATIONAL LADDER**
29350 John R Rd
Suite 100
Madison Heights, MI 48071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NAVFAC Southwest Camp Pendleton**
ROPCN Marine Corp.
PO Box 555229 Building. 22101
Camp Pendleton, CA 92055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Navitas Credit Corp.**
201 Executive Center Drive, Suite 100
Columbia, SC 29210

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NC Department of Revenue**
PO Box 1168
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**New Banks Construction & Property Consul**
P. O .Box 101270
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,886.94**

**Nextpoint**
**4043 N Ravenswood Ave.**
**Suite 317**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**NOLI**
**249 South Plant St**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,601.21**

**Nook Industries**
**4950 East 49th Street**
**Cleveland, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nook Industries**
**28768 Network Place**
**Chicago, IL 60673-1287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,906.00**

**Norlake Mfg Co**
**39301 Taylor Parkway**
**Ridgeville, OH 44093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Norris, Stewart & Ralston, PA**
**PO Drawer 1068**
**Statesville, NC 28687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tax Preparation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Northco Corporation**
**PO Box 2100**
**Morgantown, WV 26502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.332** | Nonpriority creditor's name and mailing address

**Northern Air Systems**
**3605 Buffalo Road**
**Rochester, NY 14624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address

**NORTHERN TOOL**
**2800 Southcross Drive West**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address

**Nova 1 Properties LLC**
**2519 Fairmont Rd**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address

**Nova I Properties, LLC**
**c/o Charles C. Wise III**
**Bowles Rice LLP**
**125 Granville Square, Suite 400**
**Morgantown, WV 26501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address

**NY BLOWER**
**4939 Buttermilk Hollow Rd**
**West Mifflin, PA 15122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$86,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address

**NY BLOWER**
**7660 W Quincy Street**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address

**O.C. Cluss Lumber Co.**
**201 W. Main Street, Suite B**
**Clarksburg, WV 26301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,147.45**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OC CLUSS**
**2025 Pleasant Valley Rd**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OC CLUSS**
**PO Box 696**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,936.74** |
|---|---|---|---|

**OEM**
**1025 Cobb Place Blvd**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OEM**
**PO Box 743045**
**Atlanta, GA 30374-3045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omega Electric**
**31 Commerce Ave**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Open Road Transportation**
**P.O. Box 627**
**Dallas, OR 97338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PACER**
**1555 Apex Rd**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,991.00** |
|---|---|---|---|

**PAGE GSE**
**2050 Cessna Dr**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paradigm Architecture**
**2223 Cheat Rd**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Lester**
**1032 Ashton Drive**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pender Brothers**
**1851 Ribaut Rd**
**PO Box 122**
**Port Royal, SC 29935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philatron Wire & Cable**
**15315 Cornet Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Phoenix Solutions LLC**
**1910 Dents Run Rd**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Piller Germany GmbH**
**Abgunst 24**
**Germany**
**Osterode, 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.353**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,167.64 |
|---|---|---|
| **Piller Power Systems Inc.**<br>**45 WesWarren Drive**<br>**Middletown, NY 10941-2047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.354**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Pittsburgh Powder Coating**<br>**621 McLaughlin Run Road**<br>**Bridgeville, PA 15017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.355**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Pittsburgh Spray**<br>**3601 Library Rd**<br>**Pittsburgh, PA 15234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.356**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **PLS**<br>**2000 Westinghouse Drive**<br>**Suite 201**<br>**Cranberry Twp, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.357**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **POLY CASE**<br>**1305 Chester Industrial Pkwy**<br>**Avon, OH 44011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.358**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **POSI CHARGE**<br>**222 E HUNTINGTON**<br>**Suite 118**<br>**Monrovia, CA 91016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.359**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Power Science Engineering, LLC**<br>**3458 S. 368th Place**<br>**Auburn, WA 98001-8814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.360**

**Nonpriority creditor's name and mailing address**
**Premier Air Solutions, LLC**
**5890 S 5900 Whooper**
**Hooper, UT 84315**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.361**

**Nonpriority creditor's name and mailing address**
**Premier Computer Services**
**23 South University Ave**
**Morgantown, WV 26508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362**

**Nonpriority creditor's name and mailing address**
**Preset 31 LLC**
**360 Frontier Street**
**Morgantown, WV 26505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363**

**Nonpriority creditor's name and mailing address**
**Process Air**
**201 Sun Valley Circle**
**Fenton, MO 63026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364**

**Nonpriority creditor's name and mailing address**
**Pump Products**
**190 Main Avenue**
**Wallington, NJ 07057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365**

**Nonpriority creditor's name and mailing address**
**Quality Machine Company**
**P. O. BOX 878**
**Bridgeport, WV 26330**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,724.00**

---

**3.366**

**Nonpriority creditor's name and mailing address**
**Queen City Supply Company**
**d/b/a MQ Automation**
**1859 Section Rd**
**Cincinnati, OH 45237**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**$154,666.82**

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.367**

**Nonpriority creditor's name and mailing address**

**Quill Corporation**
**100 Schelter Road**
**Lincolnshire, IL 60069-3621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368**

**Nonpriority creditor's name and mailing address**

**R.E. Michel**
**PO Box 70510**
**Philadelphia, PA 19176-0510**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369**

**Nonpriority creditor's name and mailing address**

**RADWELL**
**600 N Forsythe St**
**Franklin, IN 46131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$956.16**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Ranger**
**1121 Old Jersey Ridge Rd**
**Maysville, KY 41056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,023.00**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**RCM**
**110 Mason Circle**
**Suite D**
**Concord, CA 94520**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372**

**Nonpriority creditor's name and mailing address**

**Reelcraft Industries Inc.**
**2842 E. Business Hwy 30**
**Columbia City, IN 46725**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373**

**Nonpriority creditor's name and mailing address**

**Regal Beloit America - Leeson Electric**
**3750 Solutions Center**
**Chicago, IL 60677**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **B GSE Group, LLC** | | | Case number (if known) | **23-30013** |
| | Name | | | | |

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REM Device**
Via Munari , 72
36055 Nove VI
Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Remke Industries, Inc.**
730 Lakeview Parkway
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REXEL, INC.**
14951 Dallas Parkway
Dallas, TX 00075-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RFC**
525 West Brooks Street
Ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Schwabel**
226 Limestone Rd
Chapin, SC 29036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.38 |
|---|---|---|---|

**RIKER**
PO Box 6976
Toledo, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIKER**
PO Box 353155
Toledo, OH 43635-3155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Woo**
**4005 Blue Spruce Ct**
**Jamestown, OH 45335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.38 |
|---|---|---|---|

**ROCHESTER GA**
**PO Box 29242**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rochester Sensors**
**11616 Harry Hines Blvd.**
**PO Box 29242**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RTA Protek, Inc.**
**313 Stroud Lane**
**Garland, TX 75043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,319.11 |
|---|---|---|---|

**RYERSON**
**10100 Singer Drive**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYERSON**
**555 N. Yearling Road**
**Columbus, OH 43213-1395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scarborough Intl Ltd**
**10841 N. Ambassador Dr**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Schaffner North America**
823 Fairview Rd
Wytheville, VA 24382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SEMA**
15 rue Anatol
FRANCE
Les Bains, 0 F-70300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Semler Industries Inc**
3800 N. Carnation St.
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SENSATA**
529 Pleasant St
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sentinel Insurance Company**
1 Hartford Plaza
Hartford, CT 06105

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sherwin Williams Co.**
2301 Duss Avenue Suite 23
Ambridge, PA 15003-1865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ShopTech**
180 Glastonbury Blvd
Suite 303
Glastonbury, CT 06033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ShopTech**
**4400 Alliance Gateway Freeway**
**Suite 154**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,899.50**

**Simmerman Law Office**
**254 EAST MAIN STREET**
**Clarksburg, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Simplex Inc**
**5300 Rising Moon Rd**
**Springfield, IL 62711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SKY GEEK**
**30 Airway Dr**
**Suite 2**
**Lagrangeville, NY 12540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SKYCO INTERN**
**P.O. Box 704**
**Putnam, CT 06260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Skyco International**
**P.O. Box 704**
**Putnam, CT 06260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Slovinsky  & Slovinsky**
**310 I St**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Notice Purposes Only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | | Case number (if known) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SM Sales LLC**
**P.O. Box 69**
**Danville, KS 67036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SMART TECH**
**419 Broad Street**
**Klamath, OR 97601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SMITH FILTER**
**5000 41st Street Ct.**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smithers**
**121 South Main Street**
**Suite 300**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Southwell Corp.**
**#102 5041 Regent Street**
**Burnaby, BC**
**V5C 4H**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Speciality Valve & Controls Co.**
**3001 Griffith St.**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,507.50** |
|---|---|---|---|

**Spectrum Retirement Services  Corp**
**115 Library Hill Lane**
**Suite E**
**Lexington, SC 29702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SPUNSTRAND, INC.**
**3731 N. Ramsey Rd.**
**Suite 105**
**Coeur d'Alene, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**State Electric**
**310 Davis Road**
**Culloden, WV 25510**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**State Motor & Control Solutions**
**P.O. Box 28589**
**1977 Congressional Drive**
**St. Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$907.20**

**STEEL CITY SUPPLY**
**2010 MARSHALL ST**
**Tarentum, PA 15084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,640.10**

**Steptoe & Johnson**
**Attn: John Callcott**
**P.O. Box 1616**
**Morgantown, WV 26507-1616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steven R Maughan**
**5890 S 5900 W**
**Hooper, UT 84315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,103.90**

**Sunbelt Rentals**
**2039 Pleasant Valley Rd**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SUPER RAD**
**104 Peavey Rd**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Superior Rad**
**104 Peavey Rd**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SUPPLY HOUSE**
**130 Spagnoli Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Synergy Electric Company, Inc.**
**10740 Kenney Street, Suite 401**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tammy Henry**
**c/o Charles C. Wise III**
**Bowles Rice LLP**
**125 Granville Square, Suite 400**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tayloe Gray Agency LLC**
**221 N. 2nd Street**
**Wilimington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,476.00 |
|---|---|---|---|

**TE  CONNECTIVITY**
**1610 Cobb International Blvd**
**Suite 5**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.423** | Nonpriority creditor's name and mailing address

**TE  CONNECTIVITY**
**24627 Network Place**
**Chicago, IL 60673-1246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.424** | Nonpriority creditor's name and mailing address

**TELEDYNE LEC**
**700 Chestnut Ridge Rod**
**Chestnut Ridge, NY 10977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.425** | Nonpriority creditor's name and mailing address

**Test Equipment Connection Corp**
**105 Commerce St**
**Suite 105**
**Lake Mary, Fl 32746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.426** | Nonpriority creditor's name and mailing address

**Texas Pneumatic Tools Inc**
**1315 Redgate Ave**
**Norfolk, VA 23507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.427** | Nonpriority creditor's name and mailing address

**TForce**
**28013 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$545.02

---

**3.428** | Nonpriority creditor's name and mailing address

**The 84 Group, Inc.**
**300 Villani Drive**
**Bridgeville, PA 15017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.429** | Nonpriority creditor's name and mailing address

**The Haskell Company**
**111 Riverside Avenue**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|

---

**3.430**

**Nonpriority creditor's name and mailing address**
**The Warehouse Rentals**
**1335 S Main St**
**Greensburg, PA 15601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,747.33**

---

**3.431**

**Nonpriority creditor's name and mailing address**
**Thomas E. Shepard**
**1505 Shenandoah St**
**Hollywood, FL 33020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432**

**Nonpriority creditor's name and mailing address**
**THYSSENKRUPP**
**6050 Oak Tree Blvd**
**Independence, OH 44131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,942.10**

---

**3.433**

**Nonpriority creditor's name and mailing address**
**THYSSENKRUPP**
**PO Box 2625**
**Carol Stream, IL 60132-2625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.434**

**Nonpriority creditor's name and mailing address**
**TIEFENBACH**
**112 Corporate Drive**
**Morgantown, WV 26501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$60,282.70**

---

**3.435**

**Nonpriority creditor's name and mailing address**
**TMAC**
**357 Bay St**
**Morgantown, WV 26508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.436**

**Nonpriority creditor's name and mailing address**
**Total Quality Logistics LLC**
**4289 Ivy Pointe Boulevard**
**Cincinnati, OH 45245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,094.00**

---

| Debtor | **B GSE Group, LLC** | | Case number (if known) | **23-30013** |
|---|---|---|---|---|
| | Name | | | |

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tower Lane Properties**
**132 Tower Lane**
**Westover, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,556.35**

**TRAFFIC TECH**
**111 E. Wacker Drive**
**Suite 2500**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,605.00**

**Transcat**
**2056 S Alex Rd**
**Carrollton, OH 45449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Triad Engineering Inc**
**1010 Coles Blvd., Suite 200**
**Portsmouth, OH 45662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TriMech Solutions LLC**
**4461 Cox Road**
**Suite 302**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TriMech Solutions LLC**
**4991 Lake Brook Drive**
**Suite 300**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Triple B Forwarders**
**PO Box 9249**
**Tamoning, Guam 96931-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.444**

**Nonpriority creditor's name and mailing address**
**Truist Bank**
**500 E. Broad Street**
**Statesville, NC 28677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Visa Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$106,004.98**

---

**3.445**

**Nonpriority creditor's name and mailing address**
**TWIST Inc.**
**PO Box 177**
**Attn:  Kali Smith**
**Jamestown, OH 45335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446**

**Nonpriority creditor's name and mailing address**
**Twist, Inc.**
**5100 Waynesville-Jamestown Road**
**Jamestown, OH 45335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$157,500.00**

---

**3.447**

**Nonpriority creditor's name and mailing address**
**TWRS**
**1335 S. Main Street**
**Greensburg, PA 15601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448**

**Nonpriority creditor's name and mailing address**
**ULINE**
**PO Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,165.56**

---

**3.449**

**Nonpriority creditor's name and mailing address**
**United Refrigeration**
**1647 E. Pike Street**
**Clarksburg, WV 26301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,672.84**

---

**3.450**

**Nonpriority creditor's name and mailing address**
**United Refrigeration**
**2051 Royal Avenue**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,628.04**

**United Rentals**
289 Leroy Rd
Williston, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**United Rentals**
PO Box 10071
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**United Rentals Long Beach CA**
2020 W. Pacific Coast Hwy
Long Beach, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**United States Plastic Corporation**
1200 Neubrecht Road
Lima, OH 45801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Unitherm Inc**
1256 First Street South
Columbia, SC 29209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Universal Funding Services**
P.O. Box 13115
Spokane, WA 99213-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Universal Steel Buildings**
400 Island Ave
McKees Rocks, PA 15136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS**
**P.O. Box 809488**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS**
**55 Glenlake Parkway, NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**URI**
**1647 E. Pike Street**
**Clarksburg, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Attorney's Office**
**227 W. Trade St Ste 1650**
**Attn:  Civil Process Clerk**
**Charlotte, NC 28202-1675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Plastics Corp**
**1390 Neubrecht Rd**
**Lima, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USPS**
**900 Brentwood Road N.E.**
**Washington, DC 20066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USS Division-BGSE**
**9745 East State Road 205-57**
**Churubusco, IN 46723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (*if known*) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VAC**
**PO Box 933067**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valve Teck**
**4575 Damascus Road**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Verdict Media Group**
**37/43 Prospect St**
**United Kingdom**
**Hull HU28PX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vine Electric Inc**
**101 American Canyon Rd 508-202**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VT Air National Guard**
**45 NCO Drive, Suite A**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wabash Electric**
**1400 South Street**
**Wabash, IN 46992**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WEG Electric**
**6555 Sugarloaf Parkway**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.472**

Nonpriority creditor's name and mailing address

**Wesco**
**185 Thorn Hill Road**
**Warrendale, PA 15086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.473**

Nonpriority creditor's name and mailing address

**Wesco Distribution**
**256 Ragland Road**
**Beckley, WV 25801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.474**

Nonpriority creditor's name and mailing address

**WESCO NC**
**5521 Lakeview Rd**
**Suite W**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$4,281.14

---

**3.475**

Nonpriority creditor's name and mailing address

**WESCO WV**
**109 Platinum Dr**
**Suite C**
**Bridgeport, WV 26330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$23,360.68

---

**3.476**

Nonpriority creditor's name and mailing address

**WEST ELECTRIC & MACHINE CO.**
**8 W. Electric Dr.**
**Morgantown, WV 26508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.477**

Nonpriority creditor's name and mailing address

**William Scotsman, Inc.**
**1020 Robb Hill Road**
**Oakdale, PA 15071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.478**

Nonpriority creditor's name and mailing address

**Willscot**
**901 South Bond St**
**Suite 600**
**Baltimore, MD 21231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$10,236.71

---

| Debtor | **B GSE Group, LLC** | Case number *(if known)* | **23-30013** |
|---|---|---|---|
| | Name | | |

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.50** |

**WILSON WORKS**
**202 Distributor Dr**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Woodstar**
**46 Chemin du Faison**
**Saint-Sauveur**
**Quebec, Canada**
**JOR 1R1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**WV Emerg Physicians LLP**
**P.O. Box 650292**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**WVBCSE**
**P.O.  Box 247**
**Charleston, WV 25321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**YASKAWA**
**2121 Norman Drive S**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**YASKAWA**
**1055 Johnson Drive**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,036.00** |

**Young Galvanizing**
**8281 Mercer St**
**Pulaski, PA 16143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B GSE Group, LLC** | Case number (if known) | **23-30013** |
|---|---|---|---|
| | Name | | |

---

**3.486**

**Nonpriority creditor's name and mailing address**
**Zachary Gunwall**
**218 Mineral Springs Circle**
**Lexington, SC 29073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487**

**Nonpriority creditor's name and mailing address**
**ZipRecruiter, Inc.**
**401 Wilshire Boulevard**
**11th Floor**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488**

**Nonpriority creditor's name and mailing address**
**Zoeller Pump Company**
**3649 Cane Run Rd**
**Louisville, KY 40211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489**

**Nonpriority creditor's name and mailing address**
**Zoom**
**55 Almaden Blvd.**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490**

**Nonpriority creditor's name and mailing address**
**ZORO TOOLS**
**P.O .Box 5233**
**Janesville, WI 53547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$16,925.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491**

**Nonpriority creditor's name and mailing address**
**ZORO TOOLS**
**909 Asbury Drive**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492**

**Nonpriority creditor's name and mailing address**
**ZubPower Inc**
**227 Alison Crescent**
**Oakville, ON L6L067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | B GSE Group, LLC | Case number (if known) | 23-30013 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **3.90**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Booth, Strange & Daniel**<br>**201 W. Main Street, Suite B**<br>**Clarksburg, WV 26301** | Line **3.338**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Charles C. Wise III**<br>**Bowles Rice LLP**<br>**125 Granville Square, Suite 400**<br>**Morgantown, WV 26501** | Line **3.228**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **David P. Billings**<br>**Robert G. Crockett**<br>**Fabian VanCott**<br>**215 South State Street, Suite 1200**<br>**Salt Lake City, UT 84111-2323** | Line **3.246**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **David R. Stone**<br>**Dinsmore & Shohl, LLP**<br>**215 Don Knotts Blvd., Suite 310**<br>**Morgantown, WV 26501** | Line **3.366**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **David Simantob**<br>**Shannon L. Santos**<br>**Wilson Elser Moskowitz Edelman & Dicker**<br>**555 S. Flower Street, Suite 2900**<br>**Los Angeles, CA 90071-2407** | Line **3.392**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Harry N. Arger**<br>**Steven McMahon Zeller**<br>**Dykema Gossett PLLC**<br>**10 S. Wacker Drive, Suite 2300**<br>**Chicago, IL 60606** | Line **3.246**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jeffrey P. McSherry**<br>**201 East Fifth Street #1110**<br>**Cincinnati, OH 45202** | Line **3.436**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Rebecca L. Hill**<br>**Christensen & Jensen, P.C.**<br>**257 East 200 South, Suite 1100**<br>**Salt Lake City, UT 84111-2047** | Line **3.392**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **101,404.20** |
| 5b. Total claims from Part 2 | 5b. + | $ | **4,409,428.65** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **4,510,832.85** |

**Fill in this information to identify the case:**

Debtor name   **B GSE Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30013**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **ACCO Engineered Systems, Inc.** <br> **Attn:  Purchasing Department** <br> **888 East Walnut Street** <br> **Pasadena, CA 91101** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Commercial General Liability Insurance Policy No. AAP N10778724 001 Expires April 15, 2023** <br><br> State the term remaining <br><br> List the contract number of any government contract | **ACE Property and Casualty Insurance Co** <br> **436 Walnut Street** <br> **Philadelphia, PA 19106** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Aldridge Electric** <br> **844 E. Roackland Road** <br> **Libertyville, IL 60048** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **American Airlines** <br> **PO Box 619616, DFW Airport** <br> **Dallas, TX 75261-9616** |

| Debtor 1 | B GSE Group, LLC | | | Case number *(if known)* | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **401k Plan Sponsor** | |
|---|---|---|---|
| | State the term remaining | | **American Funds**<br>**Promenade II, Suite 2300**<br>**1230 Peachtree Street NE**<br>**Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Berg Electric**<br>**3182 Lionshead Avenue**<br>**Carlsbad, CA 92010** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Insurance Policy No. CPA4538826** | |
|---|---|---|---|
| | State the term remaining | **Expires December 14, 2023** | **Berkley Southeast Insurance Group**<br>**1745 N. Brown Road, Suite 400**<br>**Lawrenceville, GA 30043-8156** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Insurance Policy No.: WCA4538827** | |
|---|---|---|---|
| | State the term remaining | **Expires December 14, 2023** | **Berkley Southeast Insurance Group**<br>**1745 N. Brown Road, Suite 400**<br>**Lawrenceville, GA 30043-8156** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Brown-Tisdale**<br>**5201 Walther Avenue**<br>**Baltimore, MD 21214** |
| | List the contract number of any government contract | | |

| Debtor 1 | **B GSE Group, LLC** | | | Case number (*if known*)   **23-30013** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Company** | |
|---|---|---|---|
| | State the term remaining | | **Brunswick Companies** |
| | List the contract number of any government contract | | **5309 Transportation Blvd.**<br>**Cleveland, OH 44125** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **CW Aero**<br>**1 Seletar Aerospace Heights** |
| | List the contract number of any government contract | | **#02-01**<br>**Singapore 797547** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **DFW International Airport**<br>**Attn: Airport Concessions Manager** |
| | List the contract number of any government contract | | **PO Box 619428**<br>**DFW Airport, TX 75261-9428** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Risk Management Service Provider** | |
|---|---|---|---|
| | State the term remaining | | **E Risk Services, LLC** |
| | List the contract number of any government contract | | **227 Route 206**<br>**Flanders, NJ 07836** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
|---|---|---|---|
| | State the term remaining | | **Ease** |
| | List the contract number of any government contract | | **500 Treat Avenue**<br>**San Francisco, CA 94110** |

Debtor 1    **B GSE Group, LLC**
    First Name        Middle Name        Last Name        Case number (*if known*)    **23-30013**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest   **Payroll Service Provider**<br><br>State the term remaining<br><br>List the contract number of any government contract | **eMARS, Inc.**<br>**2922 Mallard Lane**<br>**Germantown, TN 38138-7661** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest   **IT Service Provider**<br><br>State the term remaining<br><br>List the contract number of any government contract | **eSmith IT**<br>**14316 Reese Blvd. Suite B-112**<br>**Huntersville, NC 28078** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Garner Electric**<br>**PO Box 1225**<br>**Millbrook, AL 36054** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gaylor Electric, Inc.**<br>**5750 Castle Creek Pkwy North Drive**<br>**Suite 400**<br>**Indianapolis, IN 46250** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest   **Ongoing Job Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Glenleg Construction**<br>**7410 Coca Cola Drive**<br>**Suite 211**<br>**Hanover, MD 21076** |

| Debtor 1 | **B GSE Group, LLC** | | | Case number (*if known*) | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Dental/Vision Insurance** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Guardian Life**<br>**10 Hudson Yards**<br>**New York, NY 10001** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Haskell**<br>**111 Riverside Avenue**<br>**Jacksonville, FL 32202** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hussung Mechanical**<br>**6913 Enterprise Drive**<br>**Louisville, KY 40214** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jacksonville Aviation Authority**<br>**14201 Pecan Park Road**<br>**Jacksonville, FL 32218** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JCM Associates**<br>**301-C Prince Georges Blvd.**<br>**Upper Marlboro, MD 20774** |

| Debtor 1 | **B GSE Group, LLC** | | | Case number *(if known)* | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kwest Enterprises**<br>**1120 Parker Street**<br>**Montgomery, AL 36108** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Purchase Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marshall S. Dils**<br>**135 Ashton Place Circle**<br>**Winston Salem, NC 27106** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Moody's Electric**<br>**40150 State Hwy 59**<br>**Bay Minette, AL 36507** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Moritani America**<br>**300 Park Blvd.**<br>**Itasca, IL 60143** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Indemnity Bonds** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Philadelphia Insurance Companies**<br>**PO Box 3636**<br>**Bala Cynwyd, PA 19004** |

| Debtor 1 | **B GSE Group, LLC** | | | Case number (*if known*) | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential Real Property Lease 73 Long Street, Morgantown, WV 26501** | |
|---|---|---|---|
| | State the term remaining | **Expires March 1, 2027** | **PRESET 31, LLC 360 Frontier Avenue Attn: Kevin Salisbury Morgantown, WV 26502** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **401k Plan Advisor** | |
|---|---|---|---|
| | State the term remaining | | **Primaerica 9820 Northcross Center Ct. Suite 151 Huntersville, NC 28078-7302** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Prime Mechanical of Wisconsin LLC 429 Sanderson Street Poynette, WI 53955-9581** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rentz 215 Harmony Church Road Baxley, GA 31513** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Government Bids** | |
|---|---|---|---|
| | State the term remaining | | **SAM GSA Headquarters 1800 F St NW Washington, DC 20405** |
| | List the contract number of any government contract | | |

| Debtor 1 | **B GSE Group, LLC** | | | Case number *(if known)* | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Smith & Associates** |
| | List the contract number of any government contract | | **597 Myers Road** |
| | | | **Summerville, SC 29483** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agency** | |
|---|---|---|---|
| | State the term remaining | | **Summit Insurance Group Inc.** |
| | List the contract number of any government contract | | **PO Box 2485** |
| | | | **Huntersville, NC 28070-2485** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | **Synergy Electric Company, Inc.** |
| | List the contract number of any government contract | | **10740 Kenney Street, Suite 401** |
| | | | **Santee, CA 92071** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Benefits** | |
|---|---|---|---|
| | State the term remaining | | **The Indemnity Group, LLC** |
| | List the contract number of any government contract | | **3828 Walnut Hills Road** |
| | | | **Suite 200** |
| | | | **Beachwood, OH 44122** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential Real Property Lease Fabrication Building 134 Tower Lane Westover, WV  26501** | |
|---|---|---|---|
| | State the term remaining | **Expires September 1, 2027** | **Tower Lane Properties, LLC** |
| | List the contract number of any government contract | | **132 Tower Lane** |
| | | | **Morgantown, WV 26501** |

| Debtor 1 | **B GSE Group, LLC** | | | Case number *(if known)* | **23-30013** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Twist, Inc./Boom Air**<br>**5100 Waynesville-Jamestown Road**<br>**Jamestown, OH 45335** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Healthcare**<br>**9800 Health Care Lane**<br>**Hopkins, MN 55343** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Job Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Van Ert**<br>**7019 Stewart Avenue**<br>**Wausau, WI 54401** |

**Fill in this information to identify the case:**

Debtor name **B GSE Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **23-30013**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bryan M. Bullerdick** | **14034 Clarendon Point Ct Huntersville, NC 28078-7449** | **Truist Bank** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Bryan M. Bullerdick** | **14034 Clarendon Point Ct Huntersville, NC 28078-7449** | **U. S. Small Business Administration** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **Bryan M. Bullerdick** | **14034 Clarendon Point Ct Huntersville, NC 28078-7449** | **DMKA LLC d/b/a The Smarter Merchant** | ☐ D ____<br>■ E/F  **3.135**<br>☐ G ____ |
| 2.4 **Bryan M. Bullerdick** | **14034 Clarendon Point Ct Huntersville, NC 28078-7449** | **BYZFUNDER NY LLC** | ☐ D ____<br>■ E/F  **3.82**<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **B GSE Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **23-30013**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$13,319,333.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$7,752,994.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **B GSE Group, LLC**                                                           Case number *(if known)*  **23-30013**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **BYZFUNDER NY LLC v. BGSE Group, LLC d.b.a B GSE Group and Bryan Michael Bullerdick 134945-2022** | **Breach of Contract** | **Supreme Court of the State of New York 20 Ontario Street Canandaigua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Sentinel Insurance Company v. B GSE Group, LLC; Bryan Bullerdick; John Bean Technologies Corporation 2:22-cv-00684-JNP** | | **United States District Court - Utah 351 S. West Temple Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **B GSE Group, LLC**                                           Case number *(if known)* **23-30013**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Industrial Maintenance Solutions, LLC, a West Virginia Limited Liability Company, Bryan S. Henry, an individual, Nova I Properties, LLC, a West Virginia Limited Liability Company and Tammy Henry, an individual v. BGSE Group, LLC, a North Carolina Limited Liability Company, Luckey Enterprises, LLC, a North Carolina Limited Liability Company and Bryan Bullerdick, an individual** | **Breach of Contract** | **Circuit Court of Monongalia County, WV<br>75 High St #12<br>Morgantown, WV 26505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **John Bean Technologies Corporation, a Delaware Corporation vs. B GSE Group, LLC, a North Carolina Limited Liability Company and Bryan Bullerdick, an individual<br>1:17-cv-00142-RJS-DAO** | **Judgment** | **United States District Court - Utah<br>351 S. West Temple<br>Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **O.C. Cluss Lumber Co. v. BGSE group, LLC<br>22-M31C-01254** | **Judgment** | **Magistrate Court of Monongalia County<br>75 High Street<br>Morgantown, WV 26505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Queen City Supply Company v. BGSE Group, LLC<br>22-C-257** | | **Circuit Court of Monongalia County, WV<br>75 High St #12<br>Morgantown, WV 26505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Total Quality Logistics LLC v. B GSE Group LLC aka and dba Bullerdick GSE LLC<br>2022 CVH 01075** | **Judgment** | **Court of Common Pleas Clermont County OH<br>270 E Main Street<br>Batavia, OH 45103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **B GSE Group, LLC** _____   Case number _(if known)_ **23-30013**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **GreerWalker LLP**<br>**227 W. Trade Street, Suite 1100**<br>**Charlotte, NC 28202** | | **1/6/2023** | **$15,291.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Moon Wright & Houston, PLLC**<br>**212 N. McDowell Street Suite 200**<br>**Charlotte, NC 28204** | **Attorney Fees** | **1/6/2023** | **$14,577.30** |
| | **Email or website address**<br>**rwright@mwhattorneys.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | B GSE Group, LLC | Case number *(if known)* 23-30013 |
|---|---|---|

---

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | B GSE Group, LLC | Case number *(if known)* | 23-30013 |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **B GSE Group, LLC**                                          Case number *(if known)*  **23-30013**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Kim Contino**<br>**14034 Clarendon Point Court**<br>**Huntersville, NC 28078** | **Terminated June 30, 2022** |
| 26a.2.  **Patricia McDade**<br>**14034 Clarendon Point Court**<br>**Huntersville, NC 28078** | **Last date of employment November 16, 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Norris, Stewart & Ralston, PA**<br>**PO Drawer 1068**<br>**Statesville, NC 28687** | **2015 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Bryan M. Bullerdick**<br>**14034 Clarendon Point**<br>**Huntersville, NC 28078** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **Truist Bank**<br>**500 E. Broad Street**<br>**Statesville, NC 28677** | |
| 26d.2.  **Philadelphia Insurance Companies**<br>**PO Box 3636**<br>**Bala Cynwyd, PA 19004** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | B GSE Group, LLC | Case number *(if known)* | 23-30013 |
|---|---|---|---|

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan M. Bullerdick | 14034 Clarendon Point Huntersville, NC 28078 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **B GSE Group, LLC** | Case number *(if known)* **23-30013** |
|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February  3, 2023**

**/s/ Bryan M. Bullerdick**                                    **Bryan M. Bullerdick**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Member-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

SOFA Question No. 3 - 90 Day Payments

## B GSE Group, LLC.
## Transaction Report
## October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/11/2022 | | Truist Bank | (8,000.00) |
| 10/11/2022 | | WV State Tax Department | (6,548.00) |
| 10/11/2022 | 976662 | CA Department of Social Services | (64.32) |
| 10/12/2022 | | McGriff Insurance Services | (546.00) |
| 10/12/2022 | | Dominion Energy | (29.17) |
| 10/12/2022 | | Dominion Energy | (29.17) |
| 10/12/2022 | | Truist Bank | (2,783.82) |
| 10/13/2022 | | IRS | (4,620.03) |
| 10/14/2022 | | MAYER ELECTR | (2,000.00) |
| 10/14/2022 | | Truist Bank | (2,000.00) |
| 10/14/2022 | DD | *Andrew Chacko | (567.71) |
| 10/14/2022 | DD | *Benjamin H. Phares | (629.83) |
| 10/14/2022 | DD | *Bruin Stull | (743.90) |
| 10/14/2022 | DD | *Carl Stewart | (472.31) |
| 10/14/2022 | DD | *Dustin R. Davis | (691.29) |
| 10/14/2022 | DD | *Hunter Fitchett | (336.67) |
| 10/14/2022 | DD | *Kristin Pyles | (537.37) |
| 10/14/2022 | DD | *Logan C. Comer | (527.72) |
| 10/14/2022 | DD | *Michael A. Carpenter | (131.48) |
| 10/14/2022 | DD | *Peter Layne | (199.47) |
| 10/14/2022 | DD | Charles  Dougherty | (615.29) |
| 10/14/2022 | DD | Charntitanut Bauman | (551.43) |
| 10/14/2022 | DD | Chase D. Wilson | (197.48) |
| 10/14/2022 | DD | Christopher B. Spitznogle | (487.36) |
| 10/14/2022 | DD | David  Carpenter | (811.27) |
| 10/14/2022 | DD | David  E. Nestor | (679.56) |
| 10/14/2022 | DD | Derek Ash | (1,457.77) |
| 10/14/2022 | DD | Derek Ash | (120.00) |
| 10/14/2022 | DD | Gavin  Curfiss | (192.48) |
| 10/14/2022 | DD | Isaac M. Corbitt | (249.69) |
| 10/14/2022 | DD | John  Channel | (637.25) |
| 10/14/2022 | DD | John E. Bohon | (601.37) |
| 10/14/2022 | DD | John E. Bohon | (50.00) |
| 10/14/2022 | DD | Johnathan W. Campbell | (588.21) |
| 10/14/2022 | DD | Joshua  M. Starkey | (409.40) |
| 10/14/2022 | DD | Joshua D. Britt | (1,923.21) |
| 10/14/2022 | DD | Kenneth Kerr | (1,365.86) |
| 10/14/2022 | DD | Mark  C. Bruner | (498.68) |
| 10/14/2022 | DD | Mark Napier | (613.69) |
| 10/14/2022 | DD | Michael  Riley | (905.82) |
| 10/14/2022 | DD | Nicholaus M. Shoaf | (802.41) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/14/2022 | | WVBCSE | (11.54) |
| 10/14/2022 | 976668 | Bureau for Child Support Enforce | (69.09) |
| 10/14/2022 | 976667 | Bureau for Child Support Enforce | (67.03) |
| 10/17/2022 | DD | Kenneth Kerr | (228.28) |
| 10/17/2022 | | Truist Bank | (6,761.72) |
| 10/18/2022 | | Truist Bank | (2,000.00) |
| 10/18/2022 | 976666 | CA Department of Social Services | (64.32) |
| 10/19/2022 | | IRS | (4,989.92) |
| 10/19/2022 | | IRS | (798.26) |
| 10/19/2022 | | NC Employment Security Commission | (6.57) |
| 10/19/2022 | | FL U.C. Fund | (189.00) |
| 10/19/2022 | | PA Department of Revenue | (318.55) |
| 10/19/2022 | | WV Unemployment Compensation Division | (233.41) |
| 10/19/2022 | | Truist Bank | (33,417.30) |
| 10/20/2022 | | Truist Bank | (10,000.00) |
| 10/21/2022 | | Truist Bank | (408.00) |
| 10/21/2022 | | PROCESS AIR | (3,269.82) |
| 10/21/2022 | | PROCESS AIR | (3,079.00) |
| 10/21/2022 | | PROCESS AIR | (2,325.98) |
| 10/21/2022 | | PROCESS AIR | (2,170.71) |
| 10/21/2022 | | *Dominick M. Fonseca | (2,635.96) |
| 10/21/2022 | | *Dominick M. Fonseca | (832.30) |
| 10/21/2022 | | *Dominick M. Fonseca | (705.26) |
| 10/21/2022 | | *Dominick M. Fonseca | (701.29) |
| 10/21/2022 | | *Dominick M. Fonseca | (636.69) |
| 10/21/2022 | | *Dominick M. Fonseca | (598.20) |
| 10/21/2022 | | *Dominick M. Fonseca | (533.48) |
| 10/21/2022 | | *Dominick M. Fonseca | (529.08) |
| 10/21/2022 | | *Dominick M. Fonseca | (517.22) |
| 10/21/2022 | | *Dominick M. Fonseca | (491.67) |
| 10/21/2022 | | *Dominick M. Fonseca | (482.31) |
| 10/21/2022 | | *Dominick M. Fonseca | (317.36) |
| 10/21/2022 | | *Dominick M. Fonseca | (236.72) |
| 10/21/2022 | | *Dominick M. Fonseca | (183.99) |
| 10/21/2022 | DD | *Andrew Chacko | (495.17) |
| 10/21/2022 | DD | *Bruin Stull | (784.22) |
| 10/21/2022 | DD | *Carl Stewart | (472.31) |
| 10/21/2022 | DD | *Dustin R. Davis | (691.29) |
| 10/21/2022 | DD | *Hunter Fitchett | (519.08) |
| 10/21/2022 | DD | *John H. Davis | (6,609.53) |
| 10/21/2022 | DD | *Kristin Pyles | (515.86) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/21/2022 | DD | *Logan C. Comer | (507.22) |
| 10/21/2022 | DD | *Nikki R. Nice | (2,006.18) |
| 10/21/2022 | DD | *Patricia  G. McDade | (1,198.02) |
| 10/21/2022 | DD | *Patricia  G. McDade | (1,198.02) |
| 10/21/2022 | DD | *Patrick  V. Morris | (3,045.37) |
| 10/21/2022 | DD | *Peter Layne | (307.36) |
| 10/21/2022 | DD | Amanda L. Summers | (1,760.28) |
| 10/21/2022 | DD | Brian D. Trimble | (2,170.70) |
| 10/21/2022 | DD | Charles  Dougherty | (523.48) |
| 10/21/2022 | DD | Charntitanut Bauman | (464.43) |
| 10/21/2022 | DD | Chase D. Wilson | (184.87) |
| 10/21/2022 | DD | Christopher B. Spitznogle | (481.67) |
| 10/21/2022 | DD | David  Carpenter | (695.26) |
| 10/21/2022 | DD | David  E. Nestor | (676.74) |
| 10/21/2022 | DD | Derek Ash | (840.45) |
| 10/21/2022 | DD | Derek Ash | (120.00) |
| 10/21/2022 | DD | Gavin  Curfiss | (173.99) |
| 10/21/2022 | DD | Isaac M. Corbitt | (226.72) |
| 10/21/2022 | DD | Jacob P. Pino | (1,803.53) |
| 10/21/2022 | DD | John  Channel | (645.47) |
| 10/21/2022 | DD | John E. Bohon | (560.36) |
| 10/21/2022 | DD | John E. Bohon | (50.00) |
| 10/21/2022 | DD | Johnathan W. Campbell | (588.20) |
| 10/21/2022 | DD | Joshua  M. Starkey | (455.30) |
| 10/21/2022 | DD | Justin A. Day | (2,313.22) |
| 10/21/2022 | DD | Kenneth Kerr | (822.30) |
| 10/21/2022 | DD | Mark  C. Bruner | (626.69) |
| 10/21/2022 | DD | Mark Napier | (686.82) |
| 10/21/2022 | DD | Michael  Riley | (905.82) |
| 10/21/2022 | DD | Nicholaus M. Shoaf | (837.48) |
| 10/21/2022 | DD | Patrick H. Lester | (3,511.32) |
| 10/21/2022 | DD | Randy L. Cooper | (3,265.06) |
| 10/21/2022 | DD | Robert Y. Woo | (4,539.21) |
| 10/21/2022 | DD | Simon B. Marinovich | (1,640.27) |
| 10/21/2022 | DD | Steven Bivens | (5,038.64) |
| 10/21/2022 | | American Funds | (2,823.39) |
| 10/21/2022 | | American Funds | (2,669.86) |
| 10/21/2022 | | American Funds | (2,035.84) |
| 10/21/2022 | | American Funds | (807.88) |
| 10/21/2022 | | American Funds | (726.75) |
| 10/21/2022 | | American Funds | (715.02) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/21/2022 | | American Funds | (695.61) |
| 10/21/2022 | | American Funds | (661.73) |
| 10/21/2022 | | OH Child Support | (206.59) |
| 10/21/2022 | | WVBCSE | (11.54) |
| 10/21/2022 | | The Smarter Merc | (10,770.85) |
| 10/21/2022 | | The Smarter Merc | (10,770.85) |
| 10/21/2022 | | Truist Bank | (20,000.00) |
| 10/21/2022 | | Truist Bank | (1,000.00) |
| 10/21/2022 | | Truist Bank | (177,866.09) |
| 10/21/2022 | 25028 | Michael  Riley | (915.82) |
| 10/21/2022 | 25024 | Mark Napier | (696.82) |
| 10/21/2022 | 25025 | David Nestor | (686.70) |
| 10/21/2022 | 25018 | John Channel | (655.47) |
| 10/21/2022 | | ByzFunder | (15,210.53) |
| 10/21/2022 | | ByzFunder | (15,210.52) |
| 10/21/2022 | 976673 | Bureau for Child Support Enforce | (69.09) |
| 10/21/2022 | 976672 | Bureau for Child Support Enforce | (67.03) |
| 10/21/2022 | 25040 | John Davis | (6,609.52) |
| 10/21/2022 | 25039 | Jacob P. Pino | (1,803.52) |
| 10/21/2022 | 25041 | Simon B. Marinovich | (1,640.27) |
| 10/24/2022 | | PROCESS AIR | (30,000.00) |
| 10/24/2022 | | PROCESS AIR | (5,038.64) |
| 10/24/2022 | | PROCESS AIR | (4,538.54) |
| 10/24/2022 | | PROCESS AIR | (980.45) |
| 10/24/2022 | | PROCESS AIR | (425.12) |
| 10/24/2022 | | PROCESS AIR | (338.73) |
| 10/24/2022 | | Debit Card Misc. | (29.98) |
| 10/24/2022 | | Barbara Dils | (4,687.50) |
| 10/24/2022 | | American Funds | (645.22) |
| 10/24/2022 | | The Smarter Merc | (4,609.00) |
| 10/24/2022 | | Truist Bank | (7,000.00) |
| 10/24/2022 | 25031 | Joshua Starkey | (465.30) |
| 10/24/2022 | | CAINE AND WEINER | (5,125.00) |
| 10/24/2022 | 25003 | Bruin Stull | (784.22) |
| 10/24/2022 | 25004 | Charntitanut Bauman | (464.43) |
| 10/25/2022 | | First Energy | (3,677.62) |
| 10/25/2022 | | First Energy | (1,076.16) |
| 10/25/2022 | 976671 | CA Department of Social Services | (64.32) |
| 10/25/2022 | 25037 | Nikki Nice | (2,073.77) |
| 10/25/2022 | 25029 | Nicholaus M. Shoaf | (847.48) |
| 10/25/2022 | 25027 | Kristin Pyles | (525.86) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/26/2022 | 25046 | United Refrigeration Inc. | (4,142.27) |
| 10/26/2022 | 25010 | John Bohon | (620.36) |
| 10/27/2022 | | Truist Bank | (4,000.00) |
| 10/27/2022 | | PROCESS AIR | (3,079.00) |
| 10/28/2022 | | Truist Bank | (4,000.00) |
| 10/28/2022 | | Northern Air | (50,000.00) |
| 10/28/2022 | | *Dominick M. Fonseca | (1,656.26) |
| 10/28/2022 | | *Dominick M. Fonseca | (740.67) |
| 10/28/2022 | | *Dominick M. Fonseca | (715.22) |
| 10/28/2022 | | *Dominick M. Fonseca | (699.54) |
| 10/28/2022 | | *Dominick M. Fonseca | (630.11) |
| 10/28/2022 | | *Dominick M. Fonseca | (560.99) |
| 10/28/2022 | | *Dominick M. Fonseca | (533.00) |
| 10/28/2022 | | *Dominick M. Fonseca | (490.59) |
| 10/28/2022 | | *Dominick M. Fonseca | (448.83) |
| 10/28/2022 | | *Dominick M. Fonseca | (230.26) |
| 10/28/2022 | | WVBCSE | (11.54) |
| 10/28/2022 | | The Smarter Merc | (10,770.85) |
| 10/28/2022 | 976677 | Bureau for Child Support Enforce | (69.09) |
| 10/28/2022 | 976676 | Bureau for Child Support Enforce | (67.03) |
| 10/28/2022 | 25117 | Patricia McDade | (2,588.55) |
| 10/28/2022 | 25116 | Joshua Britt | (1,914.34) |
| 10/28/2022 | 25119 | Jacob P. Pino | (1,884.98) |
| 10/28/2022 | 25088 | Derek Ash | (994.06) |
| 10/28/2022 | 25109 | Nicholaus M. Shoaf | (873.76) |
| 10/28/2022 | 25093 | David Carpenter | (811.26) |
| 10/28/2022 | 25114 | Bruin Stull | (735.46) |
| 10/28/2022 | 25106 | David Nestor | (676.32) |
| 10/28/2022 | 25091 | Mark Bruner | (664.65) |
| 10/28/2022 | 25016 | Johnathan W. Campbell | (598.20) |
| 10/28/2022 | 25107 | Kristin Pyles | (571.06) |
| 10/28/2022 | 25089 | Charntitanut Bauman | (482.48) |
| 10/28/2022 | 25101 | Hunter Fitchett | (479.84) |
| 10/28/2022 | 25097 | Isaac M. Corbitt | (194.32) |
| 10/31/2022 | | Wix.com | (4.95) |
| 10/31/2022 | | Mountain State Waste | (287.06) |
| 10/31/2022 | | Mountain State Waste | (159.86) |
| 10/31/2022 | 976675 | CA Department of Social Services | (64.32) |
| 10/31/2022 | 25108 | Michael  Riley | (891.67) |
| 10/31/2022 | 25105 | Mark Napier | (736.04) |
| 10/31/2022 | 25090 | John Bohon | (663.80) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/31/2022 | 25110 | Christopher B. Spitznogle | (503.74) |
| 11/1/2022 | | Preset 31 LLC | (6,935.00) |
| 11/1/2022 | | Guardian Ins | (1,483.79) |
| 11/2/2022 | | Truist Bank | (2,500.00) |
| 11/2/2022 | | *Dominick M. Fonseca | (2,588.55) |
| 11/2/2022 | | Domain at Town Centre | (1,700.68) |
| 11/3/2022 | | BB&T | (11,991.56) |
| 11/3/2022 | | United Health Care | (17,251.22) |
| 11/3/2022 | 25098 | Gavin Curfiss | (194.32) |
| 11/4/2022 | | *Dominick M. Fonseca | (624.21) |
| 11/4/2022 | | *Dominick M. Fonseca | (584.36) |
| 11/4/2022 | | *Dominick M. Fonseca | (524.08) |
| 11/4/2022 | | *Dominick M. Fonseca | (512.64) |
| 11/4/2022 | | *Dominick M. Fonseca | (474.33) |
| 11/4/2022 | | *Dominick M. Fonseca | (393.32) |
| 11/4/2022 | | *Dominick M. Fonseca | (231.01) |
| 11/4/2022 | 25139 | Michael  Riley | (834.05) |
| 11/4/2022 | 25126 | David Carpenter | (712.10) |
| 11/4/2022 | 25138 | David Nestor | (645.67) |
| 11/4/2022 | 25127 | John Channel | (641.12) |
| 11/4/2022 | 25146 | Kristin Pyles | (528.08) |
| 11/4/2022 | 25128 | Logan Comer | (524.08) |
| 11/4/2022 | 25125 | Mark Bruner | (434.63) |
| 11/4/2022 | 25115 | Chase D. Wilson | (230.87) |
| 11/4/2022 | 25135 | Chase D. Wilson | (208.84) |
| 11/4/2022 | 976683 | Bureau for Child Support Enforce | (69.09) |
| 11/4/2022 | 976682 | Bureau for Child Support Enforce | (67.03) |
| 11/4/2022 | 25122 | Derek Ash | (1,059.30) |
| 11/4/2022 | 25137 | Mark Napier | (717.17) |
| 11/4/2022 | 25131 | Dustin Davis | (636.49) |
| 11/4/2022 | 25145 | Isaac M. Corbitt | (246.48) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Truist Bank | (36.00) |
| 11/7/2022 | | Debit Card Misc. | (14.99) |
| 11/7/2022 | | Wix.com | (9.99) |

# B GSE Group, LLC.
## Transaction Report
### October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 11/7/2022 | 25124 | John Bohon | (615.45) |
| 11/7/2022 | 25123 | Charntitanut Bauman | (474.66) |
| 11/7/2022 | | APTS Group | (5,000.00) |
| 11/7/2022 | 25129 | Gavin Curfiss | (192.48) |
| 11/8/2022 | | Truist Bank | (36.00) |
| 11/8/2022 | | Truist Bank | (36.00) |
| 11/8/2022 | | BB&T | (11,179.21) |
| 11/10/2022 | | Truist Bank | (34,315.39) |
| 11/10/2022 | | *Dominick M. Fonseca | (500.00) |
| 11/10/2022 | 25156 | David Carpenter | (970.78) |
| 11/10/2022 | 25169 | Nicholaus M. Shoaf | (843.30) |
| 11/10/2022 | 25168 | Michael Riley | (820.75) |
| 11/10/2022 | 25165 | Mark Napier | (750.59) |
| 11/10/2022 | 25157 | John Channel | (661.64) |
| 11/10/2022 | 25152 | Mark Bruner | (575.49) |
| 11/10/2022 | 25151 | Logan Comer | (524.08) |
| 11/10/2022 | 25163 | Hunter Fitchett | (524.08) |
| 11/10/2022 | 25167 | Kristin Pyles | (513.01) |
| 11/10/2022 | 25172 | Carl Stewart | (433.75) |
| 11/10/2022 | 25149 | Charntitanut Bauman | (241.95) |
| 11/10/2022 | 25164 | Peter Layne | (135.38) |
| 11/10/2022 | 976685 | Bureau for Child Support Enforce | (69.09) |
| 11/10/2022 | 976684 | Bureau for Child Support Enforce | (67.03) |
| 11/10/2022 | 25148 | Derek Ash | (1,059.30) |
| 11/14/2022 | | Truist Bank | (82,308.98) |
| 11/14/2022 | | Dominion Energy | (197.54) |
| 11/14/2022 | 25166 | David Nestor | (616.38) |
| 11/14/2022 | 25150 | John Bohon | (615.45) |
| 11/14/2022 | 25176 | Michael Carpenter | (500.00) |
| 11/14/2022 | 25170 | Christopher B. Spitznogle | (455.10) |
| 11/14/2022 | 25173 | Bruin Stull | (447.73) |
| 11/14/2022 | 25158 | Isaac M. Corbitt | (171.32) |
| 11/14/2022 | | ByzFunder | (7,000.00) |
| 11/14/2022 | 976679 | Mareshall S. Dils | (4,687.50) |
| 11/15/2022 | | Truist Bank | (3,000.00) |
| 11/15/2022 | | PROCESS AIR | (17,500.00) |
| 11/15/2022 | | PROCESS AIR | (5,038.64) |
| 11/15/2022 | | PROCESS AIR | (4,539.21) |
| 11/15/2022 | | PROCESS AIR | (3,861.38) |
| 11/15/2022 | | PROCESS AIR | (3,520.56) |
| 11/15/2022 | | PROCESS AIR | (2,325.98) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 11/15/2022 | | PROCESS AIR | (2,186.00) |
| 11/15/2022 | | PROCESS AIR | (2,170.71) |
| 11/15/2022 | | PROCESS AIR | (1,937.21) |
| 11/15/2022 | | *Dominick M. Fonseca | (10,226.05) |
| 11/15/2022 | | *Dominick M. Fonseca | (1,656.26) |
| 11/15/2022 | | BMAG Insurance | (4,649.00) |
| 11/15/2022 | 25178 | Bruin Stull | (676.80) |
| 11/15/2022 | 25174 | Chase D. Wilson | (154.21) |
| 11/15/2022 | 25159 | Gavin Curfiss | (110.51) |
| 11/15/2022 | 25182 | Patrick H. Lester | (9,736.67) |
| 11/16/2022 | | Truist Bank | (91,933.33) |
| 11/16/2022 | | THE SMARTER MERC | (5,000.00) |
| 11/17/2022 | 1021 | STATE ELECTR | (188,456.43) |
| 11/17/2022 | 25153 | Jonathan Campbell | (104.05) |
| 11/18/2022 | DD | *Carl Stewart | (464.26) |
| 11/18/2022 | DD | *Dustin R. Davis | (691.29) |
| 11/18/2022 | DD | *Hunter Fitchett | (519.08) |
| 11/18/2022 | DD | *Kristin Pyles | (519.08) |
| 11/18/2022 | DD | *Logan C. Comer | (519.08) |
| 11/18/2022 | DD | *Peter Layne | (545.99) |
| 11/18/2022 | DD | Charles  Dougherty | (518.46) |
| 11/18/2022 | DD | Charntitanut Bauman | (519.00) |
| 11/18/2022 | DD | Chase D. Wilson | (188.30) |
| 11/18/2022 | DD | Christopher B. Spitznogle | (507.97) |
| 11/18/2022 | DD | David  Carpenter | (776.86) |
| 11/18/2022 | DD | David  E. Nestor | (677.92) |
| 11/18/2022 | DD | Derek Ash | (820.00) |
| 11/18/2022 | DD | Derek Ash | (120.00) |
| 11/18/2022 | DD | Gavin  Curfiss | (160.23) |
| 11/18/2022 | DD | Isaac M. Corbitt | (226.71) |
| 11/18/2022 | DD | John  Channel | (632.68) |
| 11/18/2022 | DD | John E. Bohon | (560.36) |
| 11/18/2022 | DD | John E. Bohon | (50.00) |
| 11/18/2022 | DD | Joshua  M. Starkey | (501.92) |
| 11/18/2022 | DD | Kenneth Kerr | (712.07) |
| 11/18/2022 | DD | Mark  C. Bruner | (381.43) |
| 11/18/2022 | DD | Mark Napier | (824.46) |
| 11/18/2022 | DD | Michael  Riley | (895.17) |
| 11/18/2022 | DD | Nicholaus M. Shoaf | (843.17) |
| 11/18/2022 | 25184 | Jacob P. Pino | (1,884.98) |
| 11/21/2022 | | Truist Bank | (599.00) |

# B GSE Group, LLC.
## Transaction Report
### October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 11/21/2022 | 25162 | Kenneth Kerr | (645.55) |
| 11/21/2022 | 25048 | Michael Carpenter | (605.06) |
| 11/21/2022 | 25161 | Charles  Dougherty | (562.87) |
| 11/21/2022 | 25171 | Joshua Starkey | (467.86) |
| 11/21/2022 | | ByzFunder | (7,000.00) |
| 11/21/2022 | 976687 | Bureau for Child Support Enforce | (69.09) |
| 11/21/2022 | 976686 | Bureau for Child Support Enforce | (67.03) |
| 11/22/2022 | | Truist Bank | (4,000.00) |
| 11/23/2022 | 1022 | STATE ELECTR | (166,000.00) |
| 11/23/2022 | | IRS | (3,695.16) |
| 11/23/2022 | | Debit Card Misc. | (29.98) |
| 11/23/2022 | DD | *Carl Stewart | (525.24) |
| 11/23/2022 | DD | *Dustin R. Davis | (736.35) |
| 11/23/2022 | DD | *Hunter Fitchett | (400.52) |
| 11/23/2022 | DD | *Kristin Pyles | (424.24) |
| 11/23/2022 | DD | *Logan C. Comer | (557.93) |
| 11/23/2022 | DD | *Michael A. Carpenter | (608.97) |
| 11/23/2022 | DD | *Peter Layne | (586.01) |
| 11/23/2022 | DD | Amanda L. Summers | (860.43) |
| 11/23/2022 | DD | Brian D. Trimble | (985.79) |
| 11/23/2022 | DD | Charles  Dougherty | (523.50) |
| 11/23/2022 | DD | Chase D. Wilson | (198.30) |
| 11/23/2022 | DD | Christopher B. Spitznogle | (519.90) |
| 11/23/2022 | DD | David  Carpenter | (770.65) |
| 11/23/2022 | DD | David  E. Nestor | (684.48) |
| 11/23/2022 | DD | Derek Ash | (779.16) |
| 11/23/2022 | DD | Derek Ash | (120.00) |
| 11/23/2022 | DD | Gavin Curfiss | (174.01) |
| 11/23/2022 | DD | Isaac M. Corbitt | (264.25) |
| 11/23/2022 | DD | Jacob P. Pino | (832.17) |
| 11/23/2022 | DD | John  Channel | (660.97) |
| 11/23/2022 | DD | John E. Bohon | (555.60) |
| 11/23/2022 | DD | John E. Bohon | (50.00) |
| 11/23/2022 | DD | Joshua  M. Starkey | (456.75) |
| 11/23/2022 | DD | Joshua D. Britt | (887.19) |
| 11/23/2022 | DD | Justin A. Day | (2,254.79) |
| 11/23/2022 | DD | Kenneth Kerr | (797.09) |
| 11/23/2022 | DD | Mark  C. Bruner | (616.24) |
| 11/23/2022 | DD | Mark Napier | (886.53) |
| 11/23/2022 | DD | Michael  Riley | (905.82) |
| 11/23/2022 | DD | Nicholaus M. Shoaf | (843.15) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|---|---|---|---|
| 11/23/2022 | DD | Patrick H. Lester | (1,615.87) |
| 11/23/2022 | DD | Randy L. Cooper | (1,099.61) |
| 11/23/2022 | DD | Robert Y. Woo | (2,095.02) |
| 11/23/2022 | DD | Simon B. Marinovich | (756.43) |
| 11/23/2022 | DD | Steven Bivens | (2,325.54) |
| 11/23/2022 | 25160 | Dustin Davis | (607.55) |
| 11/23/2022 | 25177 | Peter Layne | (128.00) |
| 11/25/2022 | | Truist Bank | (44,213.47) |
| 11/27/2022 | | Truist Bank | (3,000.00) |
| 11/28/2022 | | Autodesk | (1,812.53) |
| 11/28/2022 | | ByzFunder | (7,000.00) |
| 11/28/2022 | 976689 | Bureau for Child Support Enforce | (69.09) |
| 11/28/2022 | 976688 | Bureau for Child Support Enforce | (67.03) |
| 11/29/2022 | | Wix.com | (4.95) |
| 11/29/2022 | | Barbara Dils | (4,687.50) |
| 11/29/2022 | | Mountain State Waste | (287.06) |
| 11/29/2022 | | Mountain State Waste | (159.86) |
| 11/30/2022 | | IRS | (7,874.90) |
| 11/30/2022 | | ELMORE CPA, PLLC | (6,699.00) |
| 12/1/2022 | 1026 | AIRGAS | (1,653.89) |
| 12/1/2022 | 1023 | AIRGAS | (78.02) |
| 12/1/2022 | 1024 | AIRGAS | (46.35) |
| 12/1/2022 | 1025 | AIRGAS | (41.28) |
| 12/1/2022 | 1027 | ALRO STEEL | (22,019.93) |
| 12/1/2022 | 1028 | eSmith IT Consulting | (4,475.00) |
| 12/1/2022 | 1029 | FASTENAL COM | (13,566.55) |
| 12/1/2022 | 1030 | FERGUSON | (7,100.56) |
| 12/1/2022 | 1031 | FLUIDRAULICS | (448.17) |
| 12/1/2022 | 1032 | GRAINGER | (1,306.21) |
| 12/1/2022 | 1033 | HUNTINGTON S | (27,418.41) |
| 12/1/2022 | 1034 | INTERSTATE W | (340.00) |
| 12/1/2022 | 1035 | MCMASTER CAR | (11,809.43) |
| 12/1/2022 | 1036 | SHERWIN WILL | (7,236.14) |
| 12/1/2022 | 1038 | TIEFENBACH | (54,795.32) |
| 12/1/2022 | 1037 | TIEFENBACH | (21,888.00) |
| 12/1/2022 | 1039 | TMAC | (1,600.00) |
| 12/1/2022 | 1040 | TriMech Solutions LLC | (8,730.69) |
| 12/1/2022 | 1041 | ULINE | (242.00) |
| 12/1/2022 | 1042 | WEG ELECTRIC | (19,893.84) |
| 12/1/2022 | 1046 | Wililscot | (8,506.80) |
| 12/1/2022 | 1043 | YASKAWA | (2,502.42) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/1/2022 | 1045 | ZORO TOOLS | (17,148.78) |
| 12/1/2022 | 1044 | ZORO TOOLS | (16,046.35) |
| 12/1/2022 | | Guardian Ins | (1,226.58) |
| 12/1/2022 | | Treasurer, OH Department of Taxation | (915.54) |
| 12/1/2022 | | Treasurer, OH Department of Taxation | (833.50) |
| 12/2/2022 | | Truist Bank | (2,000.00) |
| 12/2/2022 | | IRS | (796.14) |
| 12/2/2022 | DD | *Carl Stewart | (475.33) |
| 12/2/2022 | DD | *Dustin R. Davis | (693.42) |
| 12/2/2022 | DD | *Hunter Fitchett | (388.66) |
| 12/2/2022 | DD | *Kristin Pyles | (326.12) |
| 12/2/2022 | DD | *Logan C. Comer | (515.87) |
| 12/2/2022 | DD | *Michael A. Carpenter | (572.13) |
| 12/2/2022 | DD | *Peter Layne | (515.86) |
| 12/2/2022 | DD | Amanda L. Summers | (808.84) |
| 12/2/2022 | DD | Brian D. Trimble | (985.80) |
| 12/2/2022 | DD | Charles  Dougherty | (506.41) |
| 12/2/2022 | DD | Charntitanut Bauman | (529.71) |
| 12/2/2022 | DD | Chase D. Wilson | (59.10) |
| 12/2/2022 | DD | Christopher B. Spitznogle | (472.20) |
| 12/2/2022 | DD | David  Carpenter | (652.01) |
| 12/2/2022 | DD | David  E. Nestor | (639.67) |
| 12/2/2022 | DD | Derek Ash | (775.18) |
| 12/2/2022 | DD | Derek Ash | (120.00) |
| 12/2/2022 | DD | Isaac M. Corbitt | (104.12) |
| 12/2/2022 | DD | Jacob P. Pino | (832.17) |
| 12/2/2022 | DD | John  Channel | (639.50) |
| 12/2/2022 | DD | John E. Bohon | (533.55) |
| 12/2/2022 | DD | John E. Bohon | (50.00) |
| 12/2/2022 | DD | Joshua  M. Starkey | (515.38) |
| 12/2/2022 | DD | Joshua D. Britt | (887.18) |
| 12/2/2022 | DD | Justin A. Day | (1,068.96) |
| 12/2/2022 | DD | Kenneth Kerr | (688.13) |
| 12/2/2022 | DD | Mark  C. Bruner | (589.61) |
| 12/2/2022 | DD | Mark Napier | (483.26) |
| 12/2/2022 | DD | Michael  Riley | (905.82) |
| 12/2/2022 | DD | Nicholaus M. Shoaf | (817.48) |
| 12/2/2022 | DD | Patrick H. Lester | (1,893.22) |
| 12/2/2022 | DD | Randy L. Cooper | (1,462.48) |
| 12/2/2022 | DD | Robert Y. Woo | (2,103.08) |
| 12/2/2022 | DD | Simon B. Marinovich | (756.43) |

# B GSE Group, LLC.
## Transaction Report
### October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/2/2022 | DD | Steven Bivens | (2,325.54) |
| 12/2/2022 | | Wix.com | (168.00) |
| 12/2/2022 | 976694 | Bureau for Child Support Enforce | (69.09) |
| 12/2/2022 | 976693 | Bureau for Child Support Enforce | (67.03) |
| 12/2/2022 | | Domain at Town Centre | (1,726.44) |
| 12/4/2022 | 1019 | MCMASTER CAR | (15,012.74) |
| 12/4/2022 | 1020 | PITTSBURGH P | (10,190.00) |
| 12/5/2022 | | Preset 31 LLC | (6,935.00) |
| 12/5/2022 | | BB&T | (11,991.56) |
| 12/5/2022 | | United Health Care | (17,251.22) |
| 12/5/2022 | | Wix.com | (9.99) |
| 12/5/2022 | | APTS Group | (5,000.00) |
| 12/6/2022 | | Truist Bank | (36.00) |
| 12/6/2022 | | HOPE GAS | (411.74) |
| 12/7/2022 | | Truist Bank | (36.00) |
| 12/7/2022 | | Truist Bank | (36.00) |
| 12/7/2022 | | Truist Bank | (36.00) |
| 12/7/2022 | | IRS | (7,498.15) |
| 12/7/2022 | | Debit Card Misc. | (14.99) |
| 12/7/2022 | | BB&T | (11,091.62) |
| 12/8/2022 | | Truist Bank | (36.00) |
| 12/8/2022 | | Truist Bank | (36.00) |
| 12/8/2022 | | Truist Bank | (6,446.95) |
| 12/8/2022 | | WV State Tax Department | (1,819.00) |
| 12/9/2022 | | Truist Bank | (7,269.30) |
| 12/9/2022 | 976696 | Bureau for Child Support Enforce | (69.09) |
| 12/9/2022 | 976695 | Bureau for Child Support Enforce | (67.03) |
| 12/9/2022 | | HOPE GAS | (594.58) |
| 12/12/2022 | DD | *Carl Stewart | (475.31) |
| 12/12/2022 | DD | *Dustin R. Davis | (560.88) |
| 12/12/2022 | DD | *Hunter Fitchett | (519.08) |
| 12/12/2022 | DD | *Logan C. Comer | (519.08) |
| 12/12/2022 | DD | *Michael A. Carpenter | (583.78) |
| 12/12/2022 | DD | *Peter Layne | (326.13) |
| 12/12/2022 | DD | Charles  Dougherty | (506.41) |
| 12/12/2022 | DD | Charntitanut Bauman | (522.90) |
| 12/12/2022 | DD | Chase D. Wilson | (205.42) |
| 12/12/2022 | DD | Christopher B. Spitznogle | (513.94) |
| 12/12/2022 | DD | David  Carpenter | (724.24) |
| 12/12/2022 | DD | David  E. Nestor | (671.87) |
| 12/12/2022 | DD | Derek Ash | (451.92) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/12/2022 | DD | Derek Ash | (120.00) |
| 12/12/2022 | DD | Gavin Curfiss | (170.32) |
| 12/12/2022 | DD | Isaac M. Corbitt | (96.74) |
| 12/12/2022 | DD | John  Channel | (666.85) |
| 12/12/2022 | DD | John E. Bohon | (551.76) |
| 12/12/2022 | DD | John E. Bohon | (50.00) |
| 12/12/2022 | DD | Joshua  M. Starkey | (501.92) |
| 12/12/2022 | DD | Kenneth Kerr | (710.43) |
| 12/12/2022 | DD | Mark  C. Bruner | (626.69) |
| 12/12/2022 | DD | Mark Napier | (836.66) |
| 12/12/2022 | DD | Michael  Riley | (900.00) |
| 12/12/2022 | DD | Nicholaus M. Shoaf | (831.44) |
| 12/13/2022 |  | Truist Bank | (36.00) |
| 12/13/2022 |  | Truist Bank | (36.00) |
| 12/13/2022 |  | OH Child Support | (606.52) |
| 12/13/2022 |  | OH Child Support | (97.26) |
| 12/14/2022 |  | IRS | (3,486.15) |
| 12/15/2022 |  | Truist Bank | (1,849.25) |
| 12/16/2022 |  | Truist Bank | (204.27) |
| 12/16/2022 |  | DyNell GMBH | (600.00) |
| 12/16/2022 |  | DyNell GMBH | (364.24) |
| 12/16/2022 |  | DyNell GMBH | (298.84) |
| 12/16/2022 | DD | *Carl Stewart | (241.37) |
| 12/16/2022 | DD | *Dustin R. Davis | (304.69) |
| 12/16/2022 | DD | *Hunter Fitchett | (209.95) |
| 12/16/2022 | DD | *Logan C. Comer | (265.43) |
| 12/16/2022 | DD | *Michael A. Carpenter | (274.09) |
| 12/16/2022 | DD | *Peter Layne | (259.24) |
| 12/16/2022 | DD | Charles  Dougherty | (207.07) |
| 12/16/2022 | DD | Charntitanut Bauman | (267.08) |
| 12/16/2022 | DD | Chase D. Wilson | (107.11) |
| 12/16/2022 | DD | Christopher B. Spitznogle | (120.42) |
| 12/16/2022 | DD | David  Carpenter | (294.37) |
| 12/16/2022 | DD | David  E. Nestor | (335.93) |
| 12/16/2022 | DD | Derek Ash | (341.32) |
| 12/16/2022 | DD | Derek Ash | (120.00) |
| 12/16/2022 | DD | Gavin  Curfiss | (112.13) |
| 12/16/2022 | DD | Isaac M. Corbitt | (45.57) |
| 12/16/2022 | DD | John  Channel | (335.50) |
| 12/16/2022 | DD | John E. Bohon | (247.84) |
| 12/16/2022 | DD | John E. Bohon | (50.00) |

# B GSE Group, LLC.
## Transaction Report
### October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/16/2022 | DD | Joshua  M. Starkey | (112.33) |
| 12/16/2022 | DD | Kenneth Kerr | (352.14) |
| 12/16/2022 | DD | Mark  C. Bruner | (255.29) |
| 12/16/2022 | DD | Mark Napier | (399.86) |
| 12/16/2022 | DD | Michael  Riley | (439.26) |
| 12/16/2022 | DD | Nicholaus M. Shoaf | (432.66) |
| 12/18/2022 | | Bell Davis & Pitt PA | (3,205.00) |
| 12/19/2022 | 976699 | Bureau for Child Support Enforce | (67.03) |
| 12/20/2022 | | OH Child Support | (97.26) |
| 12/21/2022 | | Truist Bank | (409.00) |
| 12/21/2022 | | IRS | (1,359.16) |
| 12/22/2022 | | Truist Bank | (485,695.02) |
| 12/23/2022 | | Truist Bank | (2,500.00) |
| 12/23/2022 | | Moon Wright & Houston, PLLC | (77,000.00) |
| 12/23/2022 | | DyNell GMBH | (44,113.80) |
| 12/23/2022 | | Debit Card Misc. | (29.98) |
| 12/23/2022 | DD | *Carl Stewart | (916.89) |
| 12/23/2022 | DD | *Dustin R. Davis | (304.71) |
| 12/23/2022 | DD | *Hunter Fitchett | (209.94) |
| 12/23/2022 | DD | *Logan C. Comer | (265.43) |
| 12/23/2022 | DD | *Peter Layne | (259.24) |
| 12/23/2022 | DD | Amanda L. Summers | (3,029.69) |
| 12/23/2022 | DD | Brian D. Trimble | (3,455.45) |
| 12/23/2022 | DD | Charles  Dougherty | (1,290.00) |
| 12/23/2022 | DD | Charntitanut Bauman | (1,196.21) |
| 12/23/2022 | DD | Chase D. Wilson | (714.91) |
| 12/23/2022 | DD | Christopher B. Spitznogle | (1,371.81) |
| 12/23/2022 | DD | David  Carpenter | (1,707.79) |
| 12/23/2022 | DD | David  E. Nestor | (1,500.40) |
| 12/23/2022 | DD | Derek Ash | (1,779.78) |
| 12/23/2022 | DD | Derek Ash | (120.00) |
| 12/23/2022 | DD | Isaac M. Corbitt | (606.97) |
| 12/23/2022 | DD | Jacob P. Pino | (2,996.50) |
| 12/23/2022 | DD | John  Channel | (1,125.17) |
| 12/23/2022 | DD | John E. Bohon | (1,323.82) |
| 12/23/2022 | DD | John E. Bohon | (50.00) |
| 12/23/2022 | DD | Joshua  M. Starkey | (1,136.86) |
| 12/23/2022 | DD | Joshua D. Britt | (2,561.56) |
| 12/23/2022 | DD | Justin A. Day | (3,706.86) |
| 12/23/2022 | DD | Kenneth Kerr | (1,543.72) |
| 12/23/2022 | DD | Mark  C. Bruner | (1,357.03) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/23/2022 | DD | Mark Napier | (1,719.85) |
| 12/23/2022 | DD | Michael  Riley | (1,831.76) |
| 12/23/2022 | DD | Nicholaus M. Shoaf | (1,690.43) |
| 12/23/2022 | DD | Patrick H. Lester | (5,347.61) |
| 12/23/2022 | DD | Randy L. Cooper | (4,466.57) |
| 12/23/2022 | DD | Robert Y. Woo | (6,834.63) |
| 12/23/2022 | DD | Simon B. Marinovich | (2,769.29) |
| 12/23/2022 | DD | Steven Bivens | (7,477.81) |
| 12/23/2022 | 976703 | Bureau for Child Support Enforce | (527.59) |
| 12/23/2022 | 976704 | Bureau for Child Support Enforce | (75.37) |
| 12/23/2022 | 976702 | Bureau for Child Support Enforce | (67.03) |
| 12/28/2022 | | Truist Bank | (10,000.00) |
| 12/28/2022 | 1048 | DYNELL GMBH | (46,968.54) |
| 12/28/2022 | | First Energy | (4,590.99) |
| 12/28/2022 | | First Energy | (800.21) |
| 12/28/2022 | | Comcast | (1,917.39) |
| 12/29/2022 | | IRS | (9,137.22) |
| 12/29/2022 | | DyNell GMBH | (29,409.20) |
| 12/30/2022 | DD | Amanda L. Summers | (808.84) |
| 12/30/2022 | DD | Brian D. Trimble | (983.88) |
| 12/30/2022 | DD | Charles  Dougherty | (330.65) |
| 12/30/2022 | DD | Charntitanut Bauman | (504.81) |
| 12/30/2022 | DD | Chase D. Wilson | (223.98) |
| 12/30/2022 | DD | Christopher B. Spitznogle | (200.10) |
| 12/30/2022 | DD | David  Carpenter | (668.44) |
| 12/30/2022 | DD | David  E. Nestor | (527.09) |
| 12/30/2022 | DD | Derek Ash | (440.86) |
| 12/30/2022 | DD | Derek Ash | (120.00) |
| 12/30/2022 | DD | Hunter J. Dennison | (200.00) |
| 12/30/2022 | DD | Jacob P. Pino | (832.17) |
| 12/30/2022 | DD | John  Channel | (541.56) |
| 12/30/2022 | DD | John E. Bohon | (439.67) |
| 12/30/2022 | DD | John E. Bohon | (50.00) |
| 12/30/2022 | DD | Joshua  M. Starkey | (297.74) |
| 12/30/2022 | DD | Joshua D. Britt | (887.19) |
| 12/30/2022 | DD | Justin A. Day | (1,068.96) |
| 12/30/2022 | DD | Kenneth Kerr | (550.23) |
| 12/30/2022 | DD | Mark  C. Bruner | (367.26) |
| 12/30/2022 | DD | Mark Napier | (659.90) |
| 12/30/2022 | DD | Michael  Riley | (660.73) |
| 12/30/2022 | DD | Nicholaus M. Shoaf | (633.14) |

**B GSE Group, LLC.**
**Transaction Report**
**October 8, 2022 - January 6, 2023**

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/30/2022 | DD | Patrick H. Lester | (1,615.87) |
| 12/30/2022 | DD | Randy L. Cooper | (1,699.22) |
| 12/30/2022 | DD | Robert Y. Woo | (2,095.02) |
| 12/30/2022 | DD | Simon B. Marinovich | (756.44) |
| 12/30/2022 | DD | Steven Bivens | (2,522.27) |
| 12/30/2022 | | OH Child Support | (97.26) |
| 12/30/2022 | 976704 | Bureau for Child Support Enforce | (75.37) |
| 12/30/2022 | 976708 | Bureau for Child Support Enforce | (67.03) |
| 1/3/2023 | | BB&T | (11,991.56) |
| 1/3/2023 | | Wix.com | (4.95) |
| 1/3/2023 | | OH Child Support | (97.26) |
| 1/3/2023 | 25044 | Patrick H. Lester | (10,000.00) |
| 1/3/2023 | | THE GUARDIAN | (904.58) |
| 1/3/2023 | 25044 | Nikki Nice | (250.00) |
| 1/4/2023 | | Truist Bank | (17,000.00) |
| 1/4/2023 | | Truist Bank | (5,000.00) |
| 1/4/2023 | | United Health Care | (13,255.02) |
| 1/4/2023 | | United Health Care | (13,255.02) |
| 1/4/2023 | | Wix.com | (9.99) |
| 1/4/2023 | | Morgan Town Utility | (76.62) |
| 1/4/2023 | | Morgan Town Utility | (48.38) |
| 1/4/2023 | | Domain at Town Centre | (1,896.76) |
| 1/5/2023 | | Truist Bank | (17,000.00) |
| 1/5/2023 | | Truist Bank | (13,255.02) |
| 1/5/2023 | | IRS | (90,513.95) |
| 1/6/2023 | | Truist Bank | (36.00) |
| 1/6/2023 | | Truist Bank | (36.00) |
| 1/6/2023 | | Moon Wright & Houston, PLLC | (123,000.00) |
| 1/6/2023 | DD | Amanda L. Summers | (811.20) |
| 1/6/2023 | DD | Brian D. Trimble | (988.59) |
| 1/6/2023 | DD | Charles  Dougherty | (502.37) |
| 1/6/2023 | DD | Charntitanut Bauman | (365.39) |
| 1/6/2023 | DD | Chase D. Wilson | (220.48) |
| 1/6/2023 | DD | Christopher B. Spitznogle | (491.09) |
| 1/6/2023 | DD | David  Carpenter | (668.49) |
| 1/6/2023 | DD | David  E. Nestor | (651.51) |
| 1/6/2023 | DD | Derek Ash | (487.06) |
| 1/6/2023 | DD | Derek Ash | (120.00) |
| 1/6/2023 | DD | Jacob P. Pino | (835.04) |
| 1/6/2023 | DD | John  Channel | (650.16) |
| 1/6/2023 | DD | John E. Bohon | (536.97) |

# B GSE Group, LLC.
## Transaction Report
### October 8, 2022 - January 6, 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 1/6/2023 | DD | John E. Bohon | (50.00) |
| 1/6/2023 | DD | Joshua  M. Starkey | (506.31) |
| 1/6/2023 | DD | Joshua D. Britt | (891.89) |
| 1/6/2023 | DD | Justin A. Day | (1,078.72) |
| 1/6/2023 | DD | Kenneth Kerr | (690.65) |
| 1/6/2023 | DD | Mark  C. Bruner | (600.43) |
| 1/6/2023 | DD | Mark Napier | (794.28) |
| 1/6/2023 | DD | Michael  Riley | (860.93) |
| 1/6/2023 | DD | Nicholaus M. Shoaf | (1,029.79) |
| 1/6/2023 | DD | Patrick H. Lester | (1,955.67) |
| 1/6/2023 | DD | Randy L. Cooper | (1,104.31) |
| 1/6/2023 | DD | Robert Y. Woo | (2,114.55) |
| 1/6/2023 | DD | Simon B. Marinovich | (758.79) |
| 1/6/2023 | DD | Steven Bivens | (2,345.05) |
| 1/6/2023 | 976711 | Bureau for Child Support Enforce | (75.37) |
| 1/6/2023 | 976710 | Bureau for Child Support Enforce | (67.03) |

# B GSE Group, LLC.
## Shareholders Advance - Bullerdick
### January 7, 2022 - January 6, 2023

| Date | Transaction Type | Name | Amount |
|------|------------------|------|--------|
| 1/31/2022 | Advance/Distributions | Bryan Bullerdick | $ 60,000.00 |
| 2/11/2022 | Advance/Distributions | Bryan Bullerdick | 20,000.00 |
| 2/25/2022 | Advance/Distributions | Bryan Bullerdick | 40,000.00 |
| 3/7/2022 | Advance/Distributions | Bryan Bullerdick | 28,292.00 |
| 3/16/2022 | Advance/Distributions | Bryan Bullerdick | 5,000.00 |
| 3/31/2022 | Advance/Distributions | Bryan Bullerdick | 60,000.00 |
| 4/7/2022 | Advance/Distributions | Bryan Bullerdick | 10,000.00 |
| 4/11/2022 | Advance/Distributions | Bryan Bullerdick | 3,000.00 |
| 4/13/2022 | Advance/Distributions | Bryan Bullerdick | 5,000.00 |
| 4/22/2022 | Advance/Distributions | Bryan Bullerdick | 40,000.00 |
| 4/30/2022 | Advance/Distributions | Bryan Bullerdick | 8,000.00 |
| 5/6/2022 | Advance/Distributions | Bryan Bullerdick | 5,000.00 |
| 5/13/2022 | Advance/Distributions | Bryan Bullerdick | 55,000.00 |
| 5/24/2022 | Advance/Distributions | Bryan Bullerdick | 120,000.00 |
| 6/13/2022 | Advance/Distributions | Bryan Bullerdick | 36,000.00 |
| 6/24/2022 | Advance/Distributions | Bryan Bullerdick | 30,000.00 |
| 7/20/2022 | Advance/Distributions | Bryan Bullerdick | 5,000.00 |
| 7/22/2022 | Advance/Distributions | Bryan Bullerdick | 70,000.00 |
| 7/29/2022 | Advance/Distributions | Bryan Bullerdick | 59,900.00 |
| 8/11/2022 | Advance/Distributions | Bryan Bullerdick | 30,000.00 |
| 8/19/2022 | Advance/Distributions | Bryan Bullerdick | 400.00 |
| 8/29/2022 | Advance/Distributions | Bryan Bullerdick | 30,000.00 |
| 9/20/2022 | Advance/Distributions | Bryan Bullerdick | 40,000.00 |
| 9/20/2023 | Advance/Distributions | Bryan Bullerdick | 27,000.00 |
| 9/30/2022 | Advance/Distributions | Bryan Bullerdick | 19,000.00 |
| 9/30/2022 | Shareholder Dist | Bryan Bullerdick | 6,063.00 |
| 11/10/2022 | Advance/Distributions | Bryan Bullerdick | 5,000.00 |
| 11/14/2022 | Advance/Distributions | Bryan Bullerdick | 50,000.00 |
| 11/28/2022 | Advance/Distributions | Bryan Bullerdick | 30,000.00 |
| 12/5/2022 | Advance/Distributions | Bryan Bullerdick | 12,000.00 |
| | | | **$ 909,655.00** |

SOFA Question No. 30 - Insider Payments

# B GSE Group, LLC.
## Salary and Distributions paid to Bryan and Ashley Bullerdick
## January 7, 2022 - January 6, 2023

| Date | Transaction Type | Name | Amount |
|---|---|---|---|
| 3/4/2022 | Payroll Check | Bryan Bullerdick | $ 41,400.00 |
| 12/22/2022 | Payroll | Bryan and Ashley Bullerdick | 190,000.00 |
| 12/30/2022 | Payroll Check | Ashley S. Bullerdick | 3,076.92 |
| 12/30/2022 | Payroll Check | Bryan Bullerdick | 5,576.92 |
| 1/6/2023 | Payroll Check | Bryan Bullerdick | 6,923.08 |
| 1/6/2023 | Payroll Check | Ashley S. Bullerdick | 3,076.92 |
| | | | $ 250,053.84 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **B GSE Group, LLC**                      Case No.  **23-30013**

                                 Debtor(s)            Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Normal Hourly Rates** |
| Prior to the filing of this statement I have received | $ | **27,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **Debtor paid a trust deposit of $27,000.00.  $14,577.30 was applied to pre-petition work. $12,422.70 remains on account for post-petition work.  Debtor has agreed to pay post-petition fees and expenses as approved by the Bankruptcy Court.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of the Bankruptcy Code; adversary proceedings filed against the Debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  3, 2023**
*Date*

         **/s/ Richard S. Wright**
         **Richard S. Wright 24622**
         *Signature of Attorney*
         **Moon Wright & Houston, PLLC**
         **212 N. McDowell Street**
         **Suite 200**
         **Charlotte, NC 28204**
         **704-944-6560  Fax: 704-944-0380**
         **rwright@mwhattorneys.com**
         *Name of law firm*

## United States Bankruptcy Court
### Western District of North Carolina

In re   **B GSE Group, LLC**                                          Case No.   **23-30013**

_____
Debtor(s)                                              Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Bryan M. Bullerdick**<br>**14034 Clarendon Point Ct**<br>**Lowell, NC 28098-7449** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **February  3, 2023**                     Signature   **/s/ Bryan M. Bullerdick**

**Bryan M. Bullerdick**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders