# Exhibit A

# Moon, Wright & Houston, PLLC

212 N. McDowell Street Suite 200
Charlotte, NC 28204

Ph:704-944-6560 Fax:704-944-0380

February 5, 2023

B GSE Group, LLC
14034 Clarendon Point Court
Huntersville, NC 28078

Client number 10782
**Attention:** Bryan M. Bullerdick
Inv #: 7295

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-06-23 | Update first day motions (.5); emails with SLM regarding draft schedules (.1); call with client regarding first day motions (.1); call with RSW regarding draft schedules (.1); email client regarding first day motions (.1); conference with RSW regarding employee benefits issue (.1); call with Barbee regarding employee benefits issue (.1); call with client regarding employee benefits issue (.1); conference with RSW regarding cash collateral budget (.2). | 1.40 | 525.00 | CB |
| Jan-07-23 | Finalize cash collateral motion and order (.5); related email to bank counsel (.1). | 0.60 | 345.00 | RSW |
| Jan-09-23 | Email from FA re accounting issues (.1); call with Truist counsel re case background and first day motions (.3); call with SBA counsel re same (.2); call with trustee re same (.2); edit first day motions and notice of hearing (.2); email with chambers re hearing logistics (.1); conference with CB re lien issues (.2); related email (.1); emails from BA and CB re payroll motion (.1). | 1.50 | 862.50 | RSW |
| | Review and analyze issues related to asserted security interests (1.6); review issues related to payroll motion and email Bankruptcy Administrator regarding same (.4). | 2.00 | 750.00 | CB |
| | Create service list for first day motions (1.0); docket post-bankruptcy deadlines (.1); draft Application to Employ MWH (.2); draft | 2.00 | 370.00 | SLM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Notice of Hearing re first day motions (.1); electronically file and serve first day motions (.6). | | | |
| Jan-10-23 | Emails with Truist counsel and FA re accounts receivable (.2); emails with Truist counsel re cash collateral and bank account questions (.1); review proposed order edits (.1); email with FA re same (.1); call with client re DIP account (.2); related email (.1); begin hearing preparation (.7). | 1.50 | 862.50 | RSW |
| | Review and analyze issues related to first day motions (.3); prepare for hearing on first day motions (.4). | 0.70 | 262.50 | CB |
| | Create service list of 20 largest. | 0.40 | 74.00 | SLM |
| Jan-11-23 | Final hearing preparation (.4); emails with chamber and case counsel re start time (0); attend first day hearings (.9); followup with client and FA (.2); work on first day orders (1.0); call with SLM re insurance and financial disclosures (.2); edit disclosure cover (.1); related emails with FA and SLM (.2). | 3.00 | 1,725.00 | RSW |
| | Prepare for 1st day hearing (.4); travel to and attend 1st day hearing (.9); meet with client and A. Barbee regarding case (.3); draft 1st day orders (.5). | 2.10 | 787.50 | CB |
| | Email to client re Insurance policies (.1); review insurance policies received (.4); upload same to BA's website (.1); draft Debtor's Financial Disclosures (.3). | 0.90 | 166.50 | SLM |
| Jan-12-23 | Call with client re bank account issue (.2); call with Truist counsel re same (.1); related email correspondence (.1); emails from client re vendor issues and collection questions (.3); email with FA re financial disclosures (.1); email with client re same (.1); work on retention applications and related documents (1.0); review utility deposit demand (.1); call with JBT counsel re stay relief matter (.2); email to litigation counsel re same (.1). | 2.30 | 1,322.50 | RSW |
| | Conference with RSW regarding operational issues (.2); review adequate protection demand letter (.2). | 0.40 | 150.00 | CB |
| Jan-13-23 | Call with Durham re JBT stay relief matter (.2); call with client re same and plan matters | 1.10 | 632.50 | RSW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | (.5); related emails with client (.1); email to BA re bank accounts (.1); email with SLM re status of financial disclosures (.1); email with G. Thompson re status of JBT motion (.1). | | | |
| | Docket post-bankruptcy deadlines (.4); electronically file Tax Return and Financial Disclosures (.2). | 0.60 | 111.00 | SLM |
| Jan-16-23 | Emails from client re executory contract and litigation issues (.3); research related to same (.6); draft related letter (.5); call with client re same (.2); call with SLM re schedules (.1); related email (.1); call with FA re retention application (.2); related email with FA (.1); email with FA re retention applications (.1); review Sentinel lawsuit (.3). | 2.50 | 1,437.50 | RSW |
| | Email to client re retention application (.1); electronically file MWH and GreerWalker retention documents (.2); research Utah District Court case re: Sentinel Insurance Policies (.4). | 0.70 | 129.50 | SLM |
| Jan-17-23 | Emails with case counsel and chambers re first day orders (.2); draft order edits (.2); call with FA re plan matters (.2); related email with FA (.1); review email from Prime Mechanical counsel (.1); email with client and FA re utility correspondence (.1). | 0.90 | 517.50 | RSW |
| | Review emails regarding first day orders (.0). | 0.00 | 0.00 | CB |
| | Upload First Day Orders. | 0.10 | 18.50 | SLM |
| Jan-18-23 | Email with utility provider re deposit (.1); conference with CB re same (.1); related email with CB (.1); email with Prime Mechanical counsel re contract (.1); email with FA re weekly reporting (.1); related call with FA (.2); email with client re same (.1); circulate weekly reports to case counsel (.1). | 0.90 | 517.50 | RSW |
| | Review and analyze issue related to utility deposit (.1). | 0.10 | 37.50 | CB |
| | Create service labels for utilities (.1); draft and electronically file Certificates of Service for Payroll, Utilities and Employment Orders (.5). | 0.60 | 111.00 | SLM |
| | Served Orders Authorizing Employment of MWH and GreerWalker. | 0.50 | 75.00 | JS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Served Payroll Order. | 0.40 | 60.00 | JS |
| | Served Utilities Order. | 0.40 | 60.00 | JS |
| Jan-19-23 | Call with FA re accounting matter (.2); email from client re collections (.1); review contract materials from counterparty counsel (.2); email to client re same (.1); email with utility counsel re adequate assurance matter (.1). | 0.70 | 402.50 | RSW |
| | Draft and electronically file Certificate of Service re Cash Collateral Order. | 0.10 | 18.50 | SLM |
| | Draft and electronically file Motion and Order for Extension of Time to File Schedules. | 0.20 | 37.00 | SLM |
| | Served Cash Collateral Order. | 0.30 | 45.00 | JS |
| Jan-20-23 | Call with client re executory contract issue (.2); call with counterparty counsel re same (.2); related email correspondence with client and counsel (.1); work on schedules (2.0); call with FA re same (.1). | 2.60 | 1,495.00 | RSW |
| | Review and analyze issues related to purchase orders (1.0). | 1.00 | 375.00 | CB |
| Jan-23-23 | Call with client re executory contract issues (.2); related emails (.1); email from counterparty counsel re repudiation (.1); call with SLM re schedules (.2); asset research for same (.5); call with FA re needed reports (.1); review W. Virginia lawsuit (.2); draft related stay letter (.3); email to counsel re same (.1); emails with client and BA re intake conference (.1). | 1.90 | 1,092.50 | RSW |
| Jan-24-23 | Call with SLM re schedule preparation (.7); related emails (.1); call with FA re schedule information (.2); call with FA re cash collateral reporting (.2); email with bank counsel re account access (.1); calls with contract counterparty counsel re possible contract modification (.5); emails with client re same (.2); related calls with client (.3); email with litigation counsel re Utah matters (.2); related research (.2). | 2.70 | 1,552.50 | RSW |
| | Telephone call with Richard Wright re preparation of Schedules and SOFAS (.7); prepare attachments to Schedules (.1); continue working on Schedules (.1). | 0.90 | 166.50 | SLM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-25-23 | Email from trustee re status (.1); email with Bullerdick counsel re status of stay relief matter (.2); research regarding stay motion (.5); draft same (2.0); review and circulate weekly reports (.1); call with FA re same (.2); review trustee's motion to continue plan status hearing (.1). | 3.20 | 1,840.00 | RSW |
| Jan-26-23 | Emails with client re vendor issues (.2); emails with client re executory contract dispute (.2); begin work on discovery matters (2.0); call with litigation counsel re Utah case (.2); draft retention application and related documents (.4); email with litigation counsel re same (.1); edit same (.1); email with lender re financing matters (.1); draft stay relief objection (.2); email with G. Thompson re same (.1); email with bank counsel re reporting (.1); email to contract counterparty re proposal (.1). | 3.80 | 2,185.00 | RSW |
| Jan-27-23 | Call with client re intake conference and contract issues (.3); attend intake conference (.5); call with employee re contract issues (.4); followup call with client re plan (.3); call with FA re budget to actual report (.1); review and circulate same (.2); email with BDP re retention application (.1); draft stay violation motion and related discovery (3.0); email with SLM re service of same (.1). | 5.00 | 2,875.00 | RSW |
| | Electronically file Motion for Sanctions. | 0.30 | 55.50 | SLM |
| Jan-29-23 | Call with FA re cash collateral budget (.2); edit JBT stay relief order (.4). | 0.60 | 345.00 | RSW |
| Jan-30-23 | Call with Truist counsel re cash collateral matters (.2); related emails with client (.1); call with client re same (.2); emails with bank counsel re cash collateral terms (.2); call with FA re same (.2); call with Thompson re JBT motion (.2); related email (.1); email with client re leases (.1); call with trustee re case status (.2); draft Utah counsel retention application materials (.4); related email to counsel (.1); review email from Thompson re stay relief order issue (.1); analyze potential edits to order (.3); email to litigation counsel re judgment questions (.2); call with FA re cash collateral budget (.1); call with SBA counsel re hearing (.2); circulate updated budget (.1). | 3.00 | 1,725.00 | RSW |

|  |  | Hours | Amount |  |
|---|---|---|---|---|
|  | Electronically file Application to Employ Bell Davis & Pitt. | 0.10 | 18.50 | SLM |
| Jan-31-23 | Email with SBA counsel re hearing (.1); final preparation for same (.3); attend cash collateral and stay relief hearings (.5); emails with BA re special counsel retention application and bank account issues (.2); call with litigation counsel re billing questions and case status (.2); draft cash collateral order and edit stay relief order (.5); related emails with case counsel (.1); emails with Utah counsel re retention application edits (.1); work on plan issues (.3); call with ATH re same (.2). | 2.50 | 1,437.50 | RSW |
|  | Totals | 56.50 | $27,576.50 |  |

## TIME SUMMARY

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| Richard S. Wright | RSW | $575.00 | 40.30 | $23,172.50 |
| Caleb Brown | CB | $375.00 | 7.70 | $2,887.50 |
| Shannon L. Myers | SLM | $185.00 | 6.90 | $1,276.50 |
| Jamie Schaedler | JS | $150.00 | 1.60 | $240.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-06-23 | Filing Fee (10782) BGSE Group | 1,738.00 |
| Jan-18-23 | Postage | 19.44 |
| Jan-19-23 | Postage | 13.68 |
|  | Postage | 0.57 |
| Jan-23-23 | Postage | 0.60 |
| Jan-27-23 | Postage | 5.88 |
| Jan-31-23 | PACER Charges | 50.50 |
|  | PACER Charges | 5.50 |
|  | PACER Charges | 42.70 |
|  | Lexis Research | 122.65 |
|  | Copies | 135.10 |
|  | Totals | $2,134.62 |

**Total Fee & Disbursements**                                             **$29,711.12**

Case 23-30013    Doc 68-1    Filed 02/06/23    Entered 02/06/23 12:57:13    Desc Exhibit A    Page 8 of 8

**Balance Now Due**　　　　　　　　　　　　　　　　　　　　　　　　　**$29,711.12**

We appreciate the opportunity to serve you.  Payment is due upon receipt.