IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF OPPORTUNITY FOR HEARING
(**No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed**)

PLEASE TAKE NOTICE that Moon Wright & Houston, PLLC ("MWH"), counsel for the above-referenced Debtor, has filed an *Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period from January 6, 2023 through January 31, 2023* (the "Application"). MWH is seeking allowance of fees in the total amount of $27,576.50 and expenses in the total amount of $2,134.62.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Application. You should read the Application carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses, if any, must be filed on or before **MONDAY, FEBRUARY 20, 2023** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose it in any way, you MUST:

(1)     File a formal, written a response with the Bankruptcy Court at:

> Clerk, United States Bankruptcy Court
> Charles Jonas Federal Building
> 401 West Trade Street, Suite 2500
> Charlotte, North Carolina 28202

(2)     Serve a copy of your response on all parties in interest, including:

> U.S. Bankruptcy Administrator
> 402 West Trade Street
> Charlotte, NC 28202
>
> Richard S. Wright
> Moon Wright & Houston, PLLC
> 212 N. McDowell Street, Suite 200
> Charlotte, NC  28204

MWH: 10782.001; 00028186.1

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held before The Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina on **TUESDAY**, **MARCH 14, 2023 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
February 6, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
212 N. McDowell Street, Suite 200
Charlotte, NC  28204
Telephone:  (704) 944-6560
*Counsel for the Debtor*

MWH: 10782.001; 00028186.1