IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the *Interim Application of Moon Wright & Houston, PLLC for Allowance of Compensation and Reimbursement of Expenses for the Period from January 6, 2023 through January 31, 2023* and *Notice of Opportunity for Hearing* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed on the attached via United States Mail on February 6, 2023.

Dated: Charlotte, North Carolina
February 6, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
212 N. McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10782.001; 00028187.1

| | | |
|---|---|---|
| ACE CONTROLS<br>23435 Industrial Park Drive<br>Farmington Hills MI 48335 | ALLIED ELECTRONICS<br>7151 Jack Newell Blvd. S<br>Fort Worth TX 76118 | Bell Davis & Pitt PA<br>Attn:  Josh Durham<br>P. O .Box 21029<br>Winston Salem NC 27120 |
| BYZFUNDER NY, LLC<br>c/o Ariel Bouskila<br>Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, 101<br>Pomona, NY  10970 | DEI Engineering<br>1280 Old Innes Road<br>Suite 801<br>Ottawa, ON K1B5M7 | DMKA LLC d/b/a The Smarter Merchant<br>345 7th Avenue, Suite 801<br>New York NY 10001 |
| FITZMARK<br>950 Dorman St<br>Indianapolis IN 46202 | FUTURE ELECTRONICS<br>6060 Rockside Woods Blvd<br>Suite 115<br>Independence OH 44131 | INDEECO<br>425 Hanley Industrial Ct<br>Saint Louis MO 63144 |
| John Bean Technologies Corp.<br>c/o David P. Billings<br>Fabian VanCott<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | John Bean Technologies Corp.<br>c/o Harry N. Arger<br>Dykema Gossett PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL  60606 | MQ AUTOMATION<br>1859 Section Road<br>Cincinnati OH 45237 |
| Nextpoint<br>4043 N Ravenswood Ave.<br>Suite 317<br>Chicago IL 60613 | NY BLOWER<br>4939 Buttermilk Hollow Rd<br>West Mifflin PA 15122 | Queen City Supply Company<br>c/o David R. Stone<br>Dinsmore & Shohl, LLP<br>215 Don Knotts Blvd., Suite 310<br>Morgantown, WV  26501 |
| Steptoe & Johnson<br>P.O. Box 1616<br>Attn:  John Callcott<br>Morgantown WV 26507-1616 | THYSSENKRUPP<br>6050 Oak Tree Blvd<br>Independence OH 44131 | TIEFENBACH<br>112 Corporate Drive<br>Morgantown WV 26501 |
| Truist Bank<br>500 E. Broad Street<br>Statesville NC 28677 | TWIST Inc.<br>PO Box 177<br>Attn:  Kali Smith<br>Jamestown OH 45335 | B GSE Group, LLC<br>Attn:  Bryan Bullerdick<br>14034 Clarendon Point Court<br>Huntersville, NC  28078 |
| Internal Revenue Service<br>Bankruptcy Section<br>PO Box 7346<br>Philadelphia PA 19101-7346 | NC Department of Revenue<br>PO Box 1168<br>Raleigh, NC  27602 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road, NE, Ste 900<br>Atlanta, GA  30326-1382 |