IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## SECTION 1188(c) STATUS CONFERENCE REPORT

The Debtor has elected to file this case under subchapter V of Chapter 11 of Title 11 of the United States Code.  The Debtor files this report pursuant to 11 U.S.C. § 1188(c).

1. <u>Type of Plan of Reorganization</u>.  The Debtor intends to pursue the following type of plan of reorganization in this case:

    _____ Consensual       _____ Nonconsensual       __X__ Undetermined

2. <u>Efforts to Formulate a Consensual Plan of Reorganization</u>.

    The Debtor has discussed its reorganization proposal with counsel for its senior secured creditors and certain of its largest unsecured creditors.  Having received preliminary support for its plan concept, the Debtor's professionals are currently working on a draft plan document.  Once the draft and supporting schedules are completed, the Debtor intends to confer with the Subchapter V trustee and the foregoing creditors again to discuss more specific details before submission of the plan.

3. <u>Additional Information</u>.  None.

Dated: Charlotte, North Carolina
February 7, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (NC Bar No. 24622)
212 North McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone:  (704) 944-6560
Facsimile:   (704) 944-0380
*Counsel for the Debtor*

MWH: 10782.001; 00028199.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Section 1188(c) Status Conference Report* was served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case on the date shown below.

Dated: Charlotte, North Carolina
February 7, 2023

                                **MOON WRIGHT & HOUSTON, PLLC**

                                */s/ Richard S. Wright*
                                Richard S. Wright (NC Bar No. 24622)
                                212 North McDowell Street, Suite 200
                                Charlotte, North Carolina 28204
                                Telephone: (704) 944-6560
                                Facsimile:  (704) 944-0380
                                *Counsel for the Debtor*