

FILED & JUDGMENT ENTERED
Steven T. Salata

February 13 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE Group, LLC** | ) | Case No. 23-30013 |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING MOTION TO CONTINUE SUBCHAPTER V STATUS HEARING

This matter is before the Court on the *Motion to Continue Subchapter V Status Hearing* [Doc. 46] (the "Motion) filed by Cole Hayes, Subchapter V Trustee (the "Trustee"). In the Motion, the Trustee requested that the Subchapter V Status Hearing be continued from February 21, 2023 to March 14, 2023. A hearing on the Motion was conducted on January 31, 2023.

For the reasons stated at hearing and there being no objection, the Motion is granted. Pursuant to Section 1188(b) of the Bankruptcy Code, the Subchapter V Status Hearing is therefore continued to March 14, 2023 at 9:30 am.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |