**341 First Creditor's Meeting**
**Chapter 11 Proceedings Memo**

| | |
|---|---|
| Debtor: | B GSE Group, LLC |
| Case No.: | 23-30013 |
| Date / Time: | February 15, 2023 @ 1:00 p.m. |
| Continued: | March 1, 2023 @ 3:30 p.m. |
| Individual Testifying: | Bryan Bullerdick |
| Title: | member/manager |
| Sworn / Affirmed: | ☒ YES   ☐ NO |
| Debtor Attorney: | Richard S. Wright |
| Subchapter V Trustee: | Cole Hayes |

Ownership:

| |
|---|
| 100% membership interests are owned by Bryan Bullerdick |
| |
| |
| |

Factors Contributing to Bankruptcy Filing:

| |
|---|
| Entry of judgment and litigation costs |
| |
| |
| |

Compliance with Operating Order:

| |
|---|
| Insurance is in place; first monthly status report is due 2/21/23. |
| Debtor maintaining prepetition bank account at Truist. |
| Debtor is to inform the BA's office if bank account balance exceeds $250,000. |
| |

Plan Formulation:

| |
|---|
| TBD. |
| |
| |
| |

Creditors Present:   No / <u>Yes</u> (see attached)

Items Requested / Additional Requirements:   No / <u>Yes</u> (see attached)

                                        /s/ Shelley K. Abel
                                    Presiding Officer

Creditors Present

Glenn Thompson for John Bean Technologies Corp.
Jeff Price for Philadelphia Insurance Companies
Steve Jakubowski for Pagoda Electric & Construction
Jennifer Harris for Glenleg Construction
Charlie Livermon for Truist Bank
Ellen Kennedy for Queen City Supply Co.
Sean Higgins, Nabson
Fred Fielding, Chase Defense Partners
Bryan Henry, individually and for Industrial Maintenance Solutions, LLC and Nova I Properties, LLC

Keith Johnson for Bryan Bullerdick individually


Amendments Requested / Document Requests

Schedule A/B:
- Attachment for machinery and equipment to be added
- Additional domain names

Statement of Financial Affairs:
- Question 3: amend to provide subtotals by payee or otherwise provide this information to BA and subchapter V trustee
- Question 13: Add insider transactions for two-year lookback or otherwise provide this information to BA and subchapter V trustee.

Document Requests:
- operating agreement for debtor
- buy-out agreement with Marshall Dils