**Fill in this information to identify the case:**

Debtor Name: __B GSE Group, LLC__

United States Bankruptcy Court for the: Western District of North Carolina

Case number: __23-30013__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

| | | | |
|---|---|---|---|
| Month: | January 2023 | Date report filed: | 02/21/2023 |
| | | | MM / DD / YYYY |
| Line of business: | Manufacturer - Aerospace | NAISC code: | 336000 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Bryan Bullerdick__

Original signature of responsible party: *Bryan Bullerdick*

Printed name of responsible party: _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  B GSE Group, LLC                              Case number 23-30013

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 850,569.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 353,099.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 497,470.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 497,470.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name  B GSE Group, LLC                                        Case number 23-30013

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 4,103,372.0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              27
27. What is the number of employees as of the date of this monthly report?                 29

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                      $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ 0.00
30. How much have you paid this month in other professional fees?                                                 $ 0.00
31. How much have you paid in total other professional fees since filing the case?                                $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** | − | *Column B* **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,109,944.0 | − | $ 850,569.00 | = | $ -259,375.00 |
| 33. **Cash disbursements** | $ 1,009,704.0 | − | $ 353,099.00 | = | $ -656,605.00 |
| 34. **Net cash flow** | $ 100,240.00 | − | $ 497,470.00 | = | $ 397,230.00 |

35. Total projected cash receipts for the next month:                $ 924,944.00
36. Total projected cash disbursements for the next month:         − $ 927,865.00
37. Total projected net cash flow for the next month:              = $ -2,921.00

Debtor Name  **B GSE Group, LLC**  Case number **23-30013**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



```
501-02-01-00 55870  37 C 001 26 S  66 002
B  GSE  GROUP  LLC
CASE  #  23-30013
14034  CLARENDON  POINT  CT
HUNTERSVILLE  NC   28078-7449
```

## Your account statement
For 01/31/2023

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **BUSINESS VALUE 500 CHECKING** ▇▇▇▇ 7721

### Account summary

| | |
|---|---:|
| Your previous balance as of 12/30/2022 | $4.95 |
| Checks | - 39,992.37 |
| Other withdrawals, debits and service charges | - 400,151.44 |
| Deposits, credits and interest | + 937,608.84 |
| Your new balance as of 01/31/2023 | = $497,469.98 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 01/03 | 25044 | 250.00 | 01/17 | 25202 | 441.43 | 01/03 | 976707 | 97.26 |
| 01/13 | *25186 | 869.98 | 01/25 | 25203 | 461.34 | 01/06 | *976710 | 67.03 |
| 01/13 | 25187 | 569.59 | 01/23 | 25204 | 219.62 | 01/06 | 976711 | 75.37 |
| 01/23 | 25188 | 2,376.48 | 01/17 | 25205 | 795.77 | 01/13 | *976714 | 67.03 |
| 01/13 | 25189 | 636.27 | 01/13 | 25206 | 1,609.10 | 01/13 | 976715 | 75.37 |
| 01/23 | *25191 | 612.27 | 01/13 | 25207 | 732.13 | 01/20 | 976716 | 67.03 |
| 01/13 | *25193 | 661.88 | 01/13 | *25210 | 617.67 | 01/20 | 976717 | 75.37 |
| 01/17 | 25194 | 397.02 | 01/13 | 25211 | 705.74 | 01/25 | 976718 | 134.00 |
| 01/13 | *25196 | 764.43 | 01/30 | *25213 | 690.00 | 01/31 | *976720 | 67.03 |
| 01/13 | 25197 | 753.33 | 01/31 | 25214 | 2,060.00 | 01/31 | 976721 | 75.37 |
| 01/13 | 25198 | 668.61 | 01/03 | *976705 | 10,000.00 | 01/30 | 976722 | 60.00 |
| 01/19 | 25199 | 869.52 | 01/12 | 976706 | 6,935.00 | 01/30 | *976725 | 3,600.00 |
| 01/17 | *25201 | 834.33 | | | | | | |

\* indicates a skip in sequential check numbers above this item          Total checks       = $39,992.37

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/03 | DEBIT CARD RECURRING PYMT WIX*Wix.Com, Inc. 12-28 415-4499034     CA  9732 | 4.95 |
| 01/03 | JAN GP INS THE GUARDIAN 0000 BGSE GROUP LLC | 904.58 |
| 01/03 | ACH CORP DEBIT COMM LOANS TRUIST 9513388311/0000090012 CUSTOMER ID 1020000496782 | 11,991.56 |
| 01/04 | DEBIT CARD RECURRING PYMT WIX.COM*1033253095 01-03 800-6000949    NY  9732 | 9.99 |
| 01/04 | INS PREM   UNITED HEALTHCAR 2301 B GSE GROUP LLC | 13,255.02 |
| 01/04 | INS PREM   UNITED HEALTHCAR 2301 B GSE GROUP LLC | 13,255.02 |
| 01/04 | INTERNET PAYMENT BILLPAY    MGTN UTILITY BD MORGANTOWN UTIL | 48.38 |
| 01/04 | INTERNET PAYMENT BILLPAY    MGTN UTILITY BD MORGANTOWN UTIL | 76.62 |
| 01/04 | RECURRING INTERNET PAYMENT RENT    Domain at Town C 188365051 | 1,896.76 |
| 01/04 | TRUIST APP CREDIT CARD PMT PAYMENT TO CREDIT CARD ▇▇▇▇ 2175 01-04-23 | 17,000.00 |
| 01/04 | TRUIST ONLINE TRANSFER MOBILE TO ****6090 - | 5,000.00 |

*continued*

■ BUSINESS VALUE 500 CHECKING                7721 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/05 | SWEEP TRANSFER ACCOUNT NR.               11 64 | 13,255.02 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 50.00 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 120.00 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 220.48 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 365.39 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 487.06 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 491.09 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 502.37 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 506.31 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 536.97 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 600.43 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 650.16 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 651.51 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 668.49 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 690.65 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 758.79 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 794.28 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 811.20 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 835.04 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 860.93 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 891.89 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 988.59 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,029.79 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,078.72 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,104.31 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,955.67 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,114.55 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,328.28 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,345.05 |
| 01/06 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 4,783.62 |
| 01/06 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230106-00005313 | 123,000.00 |
| 01/06 | RETURNED ITEM FEE | 36.00 |
| 01/06 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 01/09 | DEBIT CARD RECURRING PYMT ZOOM.US 888-799-96 01-06 WWW.ZOOM.US    CA  2907 | 14.99 |
| 01/09 | RETURNED ITEM FEE | 36.00 |
| 01/09 | RETURNED ITEM FEE | 36.00 |
| 01/10 | RETURNED ITEM FEE | 36.00 |
| 01/10 | RETURNED ITEM FEE | 36.00 |
| 01/10 | SWEEP TRANSFER ACCOUNT NR.               11 64 | 4.72 |
| 01/11 | RETURNED ITEM FEE | 36.00 |
| 01/11 | SWEEP TRANSFER ACCOUNT NR.               11 64 | 25.26 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00009067 | 891.89 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00009186 | 2,328.28 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00012992 | 1,099.61 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00013294 | 1,068.96 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00013506 | 2,114.55 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00013717 | 988.59 |
| 01/13 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230113-00033085 | 3,984.00 |
| 01/17 | DEBIT CARD PURCHASE GET GO #3257 01-13 PITTSBURGH     PA  2469 | 43.86 |
| 01/17 | DEBIT CARD PURCHASE TAMPA INT'L AIRPOR 01-13 TAMPA        FL  2469 | 60.00 |
| 01/18 | ACH CORP DEBIT TAX      PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 44.44 |
| 01/18 | ACH CORP DEBIT TAX      PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 182.89 |
| 01/18 | ACH CORP DEBIT TAX      PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 675.59 |
| 01/18 | ACH CORP DEBIT TAX      PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 9,971.00 |
| 01/19 | DEBIT CARD PURCHASE ECHO GLOBAL LOGIST 01-18 312-334-2940    IL  9278 | 2,300.00 |
| 01/20 | DEBIT CARD PURCHASE UPS*1ZY6KT42030002 01-19 800-811-1648    GA  2469 | 16.12 |
| 01/20 | DEBIT CARD PURCHASE MCNICHOLS COMPANY 01-19 813-282-3828    FL  9278 | 979.86 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 50.00 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 112.14 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 120.00 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 161.12 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 209.12 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 220.90 |
| 01/20 | ACH CORP DEBIT PAYROLL     PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 430.89 |

*continued*

■ BUSINESS VALUE 500 CHECKING            7721 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 469.04 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 501.57 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 535.90 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 603.64 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 619.15 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 643.13 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 681.64 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 758.78 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 766.94 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 814.33 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 817.95 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 830.24 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 835.04 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 890.79 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 891.91 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 895.65 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 988.58 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,078.72 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,104.31 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,956.42 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,345.05 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,350.15 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,496.61 |
| 01/20 | ACH CORP DEBIT PAYROLL   PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 3,699.63 |
| 01/23 | DEBIT CARD PURCHASE DWYER INSTRUMENTS, 01-20 2198798868   IN  9278 | 164.50 |
| 01/23 | DEBIT CARD PURCHASE RE MICHEL 013 MORG 01-20 855-7364243   WV  9278 | 2,244.88 |
| 01/23 | DEBIT CARD PURCHASE SHERWIN WILLIAMS 7 01-20 MORGANTOWN    WV  9278 | 562.66 |
| 01/23 | TRUIST APP CREDIT CARD PMT PAYMENT TO CREDIT CARD          4980 01-21-23 | 17,300.00 |
| 01/23 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230123-00015900 | 14,000.00 |
| 01/23 | SERVICE CHARGES - PRIOR PERIOD | 650.00 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 363.50 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 687.00 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 709.70 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 714.88 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,041.74 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,126.70 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,127.78 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,138.86 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,171.22 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,175.78 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,211.10 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,232.78 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,441.98 |
| 01/24 | ACH CORP DEBIT INVESTMENT  AMERICAN FUNDS B GSE GROUP LLCCUSTOMER ID IRK166891230123 | 1,660.84 |
| 01/25 | DEBIT CARD PURCHASE MENARDS 3380 01-23 715-876-6378    WV  9278 | 105.21 |

*continued*

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/25 | DEBIT CARD PURCHASE GRAINGER 01-23 877-2022594    IL 9278 | 41.63 |
| 01/25 | DEBIT CARD PURCHASE GRAINGER 01-23 877-2022594    IL 9278 | 161.75 |
| 01/25 | BUS ONLINE BILL PAYMENT ONLINE PMT COMCAST B GSE GROUP LLC | 212.00 |
| 01/25 | BUS ONLINE BILL PAYMENT ONLINE PMT FSTENRGY MONPWR B GSE GROUP LLC | 312.73 |
| 01/25 | BUS ONLINE BILL PAYMENT ONLINE PMT COMCAST B GSE GROUP LLC | 409.43 |
| 01/25 | DEBIT CARD PURCHASE BTS*TFORCEFREIGHT 01-24 403-287-4333    VA 9278 | 496.30 |
| 01/25 | DEBIT CARD PURCHASE GIS INC 01-24 412-771-8860    PA 9278 | 614.33 |
| 01/25 | DEBIT CARD PURCHASE ZORO TOOLS INC 01-24 855-2899676    IL 9278 | 130.06 |
| 01/25 | DEBIT CARD PURCHASE www.vevor.com 01-24 855-3851880    CA 9278 | 212.99 |
| 01/25 | DEBIT CARD PURCHASE GORDON ELECTRIC SU 01-24 815-936-4700    IL 9278 | 131.97 |
| 01/25 | DEBIT CARD PURCHASE SP HOSEWAREHOUSE.C 01-24 HTTPSMURDOCKI    OH 9278 | 120.15 |
| 01/25 | ACH CORP DEBIT USATAXPYMT IRS B GSE GROUP LLC CUSTOMER ID 227342566034410 | 18,518.80 |
| 01/26 | DEBIT CARD PURCHASE ALRO STEEL CORP 01-25 800-5284800    MI 9278 | 319.00 |
| 01/26 | DEBIT CARD PURCHASE MENARDS 3380 01-24 715-876-6378    WV 9278 | 26.86 |
| 01/26 | DEBIT CARD PURCHASE AMERICAN AIR001236 01-25 FORT WORTH    TX 9278 | 262.70 |
| 01/26 | DEBIT CARD PURCHASE PAGE GSE - MOTO 01-25 631-501-1300    CA 9278 | 240.01 |
| 01/27 | DEBIT CARD PURCHASE TEST EQUIPMENT DEP 01-25 339-2934087    MA 9278 | 860.78 |
| 01/27 | DEBIT CARD PURCHASE IN *DOCUPRINT, LLC 01-26 304-5996066    WV 9278 | 144.50 |
| 01/27 | DEBIT CARD PURCHASE ZORO TOOLS INC 01-26 855-2899676    IL 9278 | 73.24 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 50.00 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 88.61 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 98.07 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 120.00 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 225.41 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 266.14 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 401.10 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 483.06 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 493.74 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 527.15 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 536.60 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 643.13 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 649.78 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 693.10 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 696.20 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 758.80 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 765.50 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 776.50 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 790.28 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 814.61 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 835.04 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 891.89 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 903.55 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 988.59 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,078.70 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,104.31 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,620.59 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 1,956.42 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,114.54 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 2,345.05 |
| 01/27 | ACH CORP DEBIT PAYROLL    PAYROLL B GSE GROUP, LLC. CUSTOMER ID 2908657 | 3,699.64 |
| 01/27 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20230127-00029667 | 12,625.00 |
| 01/30 | DEBIT CARD PURCHASE UPS*29P0QFDBP1M 01-29 800-811-1648    GA 9278 | 8.00 |
| 01/30 | DEBIT CARD PURCHASE UPS*1ZT4871M039335 01-29 800-811-1648    GA 9278 | 10.05 |
| 01/30 | DEBIT CARD PURCHASE TEST EQUIPMENT DEP 01-26 339-2934087    MA 9278 | 26.00 |
| 01/30 | DEBIT CARD RECURRING PYMT WIX.COM*1037460713 01-28 800-6000949    NY 9732 | 4.95 |
| 01/31 | DEBIT CARD PURCHASE HAJOCA WESLAKIN 42 01-30 800-284-3164    WV 9278 | 1,893.75 |
| 01/31 | ACH CORP DEBIT USATAXPYMT IRS B GSE GROUP LLC CUSTOMER ID 227343166757594 | 201.78 |
| Total other withdrawals, debits and service charges | | = $400,151.44 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/03 | SWEEP TRANSFER ACCOUNT NR.              11 64 | 23,253.39 |
| 01/04 | SWEEP TRANSFER ACCOUNT NR.              11 64 | 50,531.80 |
| 01/05 | REVERSAL   UNITED HEALTHCAR 2301 B GSE GROUP LLC | 13,255.02 |

*continued*



■ BUSINESS VALUE 500 CHECKING              7721 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/06 | SWEEP TRANSFER ACCOUNT NR.            11 64 | 152,379.01 |
| 01/09 | SWEEP TRANSFER ACCOUNT NR.            11 64 | 72.00 |
| 01/10 | LRM CLAIMS ADJ CR SIG-202301104486 | 14.99 |
| 01/10 | LRM CLAIMS ADJ CR SIG-202301104487 | 14.99 |
| 01/10 | OD CHARGE FRAUD CLAIM REFUND SIG-202301104486 | 36.00 |
| 01/10 | OD CHARGE FRAUD CLAIM REFUND SIG-202301104486 | 36.00 |
| 01/10 | OD CHARGE FRAUD CLAIM REFUND SIG-202301104486 | 36.00 |
| 01/10 | OD CHARGE FRAUD CLAIM REFUND SIG-202301104486 | 36.00 |
| 01/12 | XXXXXXXXXX AMERICAN AIRLINE B GSE GROUP LLC CUSTOMER ID 0001591439 | 5,011.20 |
| 01/12 | INCOMING WIRE TRANSFER WIRE REF# 20230112-00022735 | 44,000.00 |
| 01/17 | BASICCOBRA BASIC B GSE Group LLC  CUSTOMER ID | 1,850.45 |
| 01/19 | XXXXXXXXXX AMERICAN AIRLINE B GSE GROUP LLC CUSTOMER ID 0001591439 | 160,987.24 |
| 01/20 | XXXXXXXXXX AMERICAN AIRLINE B GSE GROUP LLC CUSTOMER ID 0001591439 | 340,261.42 |
| 01/23 | XXXXXXXXXX AMERICAN AIRLINE B GSE GROUP LLC CUSTOMER ID 0001591439 | 99,220.00 |
| 01/24 | DEBIT CARD RETURN RE MICHEL 013 MORG 01-23 855-7364243    WV  9278 | 2,244.88 |
| 01/25 | DEPOSIT | 38,298.39 |
| 01/31 | Mesh Micro MeshPay US Inc. B GSE Group CUSTOMER ID B GSE Group | 0.02 |
| 01/31 | Mesh Micro MeshPay US Inc. B GSE Group CUSTOMER ID B GSE Group | 0.04 |
| 01/31 | DEPOSIT   INTUIT 78432275 B GSE GROUP  CUSTOMER ID 524771997709283 | 6,070.00 |

Total deposits, credits and interest                                                                                      = $937,608.84

 
## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

    Fraud Management
    P.O. Box 1014
    Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

    Card and Direct to Consumer Lending
    PO Box 200
    Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| | | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

# B GSE Group, LLC.

## Balance Sheet
### As of January 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     1000 BB&T Checking | 497,469.98 |
|     1001 Morgan Stanley Smith Barney | 667.27 |
|     1002 Moon, Wright & Houston Trust Account | 79,000.00 |
|     credit | 0.00 |
|     Money Market Acct | 0.00 |
|   **Total Bank Accounts** | **$577,137.25** |
|   Accounts Receivable | |
|     1200 Accounts Receivable | 3,599,229.09 |
|   **Total Accounts Receivable** | **$3,599,229.09** |
|   Other Current Assets | |
|     1120 Inventory Asset | 1,672,639.76 |
|     1130 Work In Progress | 383,485.92 |
|     1499 Undeposited Funds | 17,666.57 |
|     CIP - Lawless Road | -8,275.46 |
|     Payroll Corrections | -1.00 |
|     Payroll Refunds | 0.00 |
|     Professional Retainers | 91,000.00 |
|     Repayment | |
|       Employee Tax Loan | 0.00 |
|     **Total Repayment** | **0.00** |
|     Shareholders Advance | 190,000.00 |
|       Bullerdick | 1,459,871.49 |
|       Dils | 0.00 |
|     **Total Shareholders Advance** | **1,649,871.49** |
|     Uncategorized Asset | -144,908.78 |
|   **Total Other Current Assets** | **$3,661,478.50** |
| **Total Current Assets** | **$7,837,844.84** |

# B GSE Group, LLC.

Balance Sheet

As of January 31, 2023

|  | TOTAL |
|---|---:|
| **Fixed Assets** | |
|   Computer Equipment | 29,758.03 |
|   Furniture & Fixtures | 4,232.92 |
|   Lawless Roads Land | 0.00 |
|   Machinery & Equipment | 821,438.60 |
|   Test Equipment | 19,733.30 |
|   Trade Show Booth | 7,725.35 |
|   Vehicle | 44,171.85 |
|   zAccum. Deprecation | -63,297.72 |
| **Total Fixed Assets** | **$863,762.33** |
| **Other Assets** | |
|   Land Closing Costs | 0.00 |
|   Product Development | 499,921.94 |
|   zAccum. Amortization | -72,394.18 |
| **Total Other Assets** | **$427,527.76** |
| **TOTAL ASSETS** | **$9,129,134.93** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|     2000 Accounts Payable | 3,431,574.53 |
|     2001 Accounts Payable (A/P) - EUR | 73,464.95 |
|    **Total Accounts Payable** | **$3,505,039.48** |
|    Credit Cards | |
|     BB - Travel Exp Accrual | 0.00 |
|     BB&T CC | -90,649.25 |

# B GSE Group, LLC.

## Balance Sheet
As of January 31, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$ -90,649.25** |
| Other Current Liabilities |  |
|   2100 Payroll Liabilities | 27,569.25 |
|     ADD Insurance | 91.02 |
|     AFLAC | -2,643.31 |
|     AR Income Tax | 0.00 |
|     AR Unemployment Tax | 0.00 |
|     BCSE State of WV | 1,989.07 |
|     CA PIT / SDI | 0.00 |
|     CA SUI / ETT | 0.00 |
|     Child Support | -7,833.44 |
|     Child Support - OH | 2,443.50 |
|     Child Support -CA | 0.00 |
|     Cintas | 20.59 |
|     Critical Illness Insurance | 1,115.55 |
|     Dental Insurance | 3,293.99 |
|     EE- 401K | 38,185.61 |
|     FL Unemployment Tax | 438.54 |
|     Health Insurance | 35,737.72 |
|     KS Income Tax | 0.00 |
|     KS Unemployment Tax | 0.00 |
|     Life Insurance | 2,194.13 |
|     MD Income Tax | 626.06 |
|     NY MCTMT Employer Tax | 0.00 |
|     NYS Employment Taxes | -2.30 |
|     NYS Income Tax | 0.00 |
|     OH Income Tax | 2,646.78 |
|     OH Local Tax | 2,395.82 |
|     OH Unemployment Tax | 393.91 |
|     PA Income Tax | 75.75 |
|     S-Corp Health Insurance | -6,399.32 |
|     Texas State Comptroller Payable | 18,110.40 |
|     TX Unemployment Tax | 140.40 |
|     Vision Insurance | 944.46 |
|     WV Child Support | 4,052.19 |
|     WV Income Tax | 7,166.00 |
|     WV Local Tax | 221.00 |
|     WV Unemployment Tax | 1,881.21 |

# B GSE Group, LLC.

Balance Sheet

As of January 31, 2023

|  | TOTAL |
|---|---:|
| **Total 2100 Payroll Liabilities** | 134,854.58 |
| Accrued Expenses | 0.00 |
| BB&T LOC 0004 | 0.00 |
| BB&T LOC 0005 | 0.00 |
| BB&T LOC 0011 | 1,999,250.58 |
| Billings in Excess of Costs & Est Earnings | 225,595.96 |
| Deposit on Job | 0.00 |
| Direct Deposit Payable | 0.00 |
| Employee Advance | 0.00 |
| Illinois Department of Revenue Payable | 0.00 |
| N/P - ByzFunder | 518,368.42 |
| N/P - Ripped Rocker LLC | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| Pennsylvania Department of Revenue Payable | 0.00 |
| S/T - Note Payable | 254,691.75 |
| Sales Tax Payable | 92,181.98 |
| Universal Funding |  |
|   N/P - Universal Funding | 0.00 |
|   Universal - Reserves | 0.00 |
| **Total Universal Funding** | 0.00 |
| West Virginia Department of Revenue Payable | 0.00 |
| **Total Other Current Liabilities** | $3,224,943.27 |
| **Total Current Liabilities** | $6,639,333.50 |
| Long-Term Liabilities |  |
| BB&T  Loan 9009 (Land/Bldg) | 0.00 |
| BB&T Equip Loan (90012) | 571,883.40 |
| N/P - B. Bullerdick | 0.00 |
| N/P - Leaf Capital (Equipment Loan) | 0.00 |
| N/P - M. Dils | -0.50 |
| N/P - Navitas (Equipment Loan) | 0.00 |
| N/P - PPP | 0.00 |
| N/P- EIDBL | 500,000.00 |
| **Total Long-Term Liabilities** | $1,071,882.90 |
| **Total Liabilities** | $7,711,216.40 |
| Equity |  |
| 3000 Opening Balance Equity | 552.77 |
| 31400 Shareholder Dist-S. Dils | 0.00 |
| 32000 Retained Earnings | 1,888,592.51 |
| Shareholder Dist -A. Bullerdick | 0.00 |
| Shareholder Dist -B. Bullerdick | -443,937.00 |

# B GSE Group, LLC.

Balance Sheet

As of January 31, 2023

|  | TOTAL |
|---|---:|
| Net Income | -27,289.75 |
| **Total Equity** | **$1,417,918.53** |
| **TOTAL LIABILITIES AND EQUITY** | **$9,129,134.93** |

# B GSE Group, LLC.

## Profit and Loss
### January 6-31, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   4000 Sales | 88,010.32 |
| **Total Income** | **$88,010.32** |
| **Cost of Goods Sold** | |
|   5000 Cost of Goods Sold | -38,285.40 |
|   5004 Cost of labor - COS | 46,239.16 |
|   5009 Shop Expense | 1,451.98 |
|   5010 Tooling | 142.09 |
| **Total Cost of Goods Sold** | **$9,547.83** |
| **GROSS PROFIT** | **$78,462.49** |
| **Expenses** | |
|   6560 Payroll Expenses | |
|     Company Contributions | |
|       Health Insurance | 452.47 |
|     **Total Company Contributions** | **452.47** |
|     ER PR Taxes | 15,112.69 |
|     ER- 401K Contribution | 16,604.14 |
|     Officer Salary | 35,384.62 |
|     Staff Wages | 58,815.36 |
|     Wages | 11,069.92 |
|   **Total 6560 Payroll Expenses** | **137,439.20** |
|   Automobile Expense | 36.36 |
|   Bank Charges | 728.02 |
|   Dues & Subscriptions | 14.99 |
|   Employee Relations | -13,792.92 |
|   Marketing | |
|     Internet | 4.95 |
|   **Total Marketing** | **4.95** |
|   Postage & Delivery | 34.17 |
|   QuickBooks Payments Fees | 206.63 |
|   Rent Exp. | 6,935.00 |
|   Shipping | 126.30 |
|   Telephone | 621.43 |
|   Travel Expense | 1,799.18 |
|     Airfare | 556.90 |
|     Transportation/Gas | 30.24 |
|   **Total Travel Expense** | **2,386.32** |
|   Uncategorized Expense | 27,955.45 |
| **Total Expenses** | **$162,695.90** |
| **NET OPERATING INCOME** | **$ -84,233.41** |

# B GSE Group, LLC.

## Profit and Loss
January 6-31, 2023

|  | TOTAL |
|---|---:|
| Other Expenses |  |
|    Unrealized Gain or Loss | 0.00 |
| **Total Other Expenses** | **$0.00** |
| **NET OTHER INCOME** | **$0.00** |
| NET INCOME | $ -84,233.41 |