# Exhibit A

# B GSE Group, LLC
**Plan Budget**

| | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 |
|---|---:|---:|---:|---:|---:|
| Beginning Cash Balance | $ 496,280 | $ 493,359 | $ 470,049 | $ 446,739 | $ 426,429 |
| | | | | | |
| Cash Collections | 924,944 | 480,000 | 480,000 | 480,000 | 480,000 |
| | | | | | |
| Cost of Goods | 480,971 | 213,130 | 213,130 | 213,130 | 213,130 |
| Officer Salary | 31,848 | 35,385 | 35,385 | 35,385 | 35,385 |
| Payroll (including benefits) | 248,008 | 148,294 | 148,294 | 148,294 | 148,294 |
| Advertising & Marketing | 856 | - | - | - | - |
| Automobile Expense | 1,129 | - | - | - | - |
| Bank Charges | 808 | 808 | 808 | 808 | 808 |
| Contract Labor | 33,358 | - | - | - | - |
| Dues & Subscriptions | 131 | - | - | - | - |
| Employee Expenses | 2,106 | - | - | - | - |
| Insurance | 12,532 | 12,532 | 12,532 | 12,532 | 12,532 |
| Meals & Entertainment | 71 | - | - | - | - |
| Miscellaneous | 998 | - | - | - | - |
| Office Supplies | 5,543 | - | - | - | - |
| Postage & Delivery | 1,952 | - | - | - | - |
| Printing & Reproduction | - | - | - | - | - |
| QB Fees | 375 | 375 | 375 | 375 | 375 |
| Rent | 13,025 | 13,025 | 13,025 | 13,025 | 13,025 |
| Taxes | 70 | - | - | - | - |
| Telephone | 1,214 | 1,214 | 1,214 | 1,214 | 1,214 |
| Training/Education | 24 | 24 | 24 | 24 | 24 |
| Travel Expense | 31,944 | 17,622 | 17,622 | 17,622 | 17,622 |
| Utilities | 2,902 | 2,902 | 2,902 | 2,902 | 2,902 |
| Trustee Fees | 3,000 | 3,000 | 3,000 | - | - |
| Professional Fees | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Adequate Protection Payments | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| | 927,865 | 503,310 | 503,310 | 500,310 | 500,310 |
| | | | | | |
| Net Cash Change | (2,921) | (23,310) | (23,310) | (20,310) | (20,310) |
| | | | | | |
| Ending Cash Balance | $ 493,359 | $ 470,049 | $ 446,739 | $ 426,429 | $ 406,119 |