# Exhibit B

**B GSE Group, LLC**
**Liquidation Analysis as of**
**February 24, 2023**

| | Net Schedule Value as of January 6, 2023 | High Percentage Realizable | Low Percentage Realizable | High Estimated Cost | Low Estimated Cost |
|---|---|---|---|---|---|
| Net Cash and Cash Equivalents | $ 123,000 | 100% | 100% | $ 282,290 | $ 282,290 |
| Equipment and Assets | 585,788 | 50% | 25% | 292,894 | 146,447 |
| Intangible Assets | Unknown | Estimated | Estimated | 100,000 | 25,000 |
| Inventory | | | | | |
| Raw Materials | 1,672,640 | 50% | 25% | 836,320 | 418,160 |
| Work in Progress | 386,487 | 10% | 0% | 38,649 | - |
| Other | 5,000 | 50% | 25% | 2,500 | 1,250 |
| Accounts Receivable, Net | 3,776,080 | 10% | 0% | 377,608 | - |
| Member Loan(s) | 1,429,871 | 25% | 0% | 357,468 | - |
| Causes of Action Against 3rd Parties | 512,374 | 10% | 0% | 51,237 | - |
| Other Property | 66,600 | 60% | 30% | 39,960 | 19,980 |
| Total assets | $ 8,557,839 | | | $ 2,378,926 | $ 893,127 |
| Less: Secured portion of secured debt | | | | (2,611,145) | (2,611,145) |
| Net assets available to Unsecured | | | | - | - |
| Costs associated with liquidation: | | | | | |
| Less: Liquidation costs (trustee fee, turnover to secured creditors) | | | | - | - |
| Estimated net available for administrative costs | | | | - | - |
| Bankruptcy administrative costs: | | | | | |
| Less: Chapter 7 professional fees | | | | (25,000) | (50,000) |
| Less: Chapter 11 professional and court fees | | | | (75,000) | (75,000) |
| Total | | | | (100,000) | (125,000) |
| Estimated net available for distribution to priority unsecured creditors | | | | (100,000) | (125,000) |
| Priority unsecured claims: | | | | (101,404) | (101,404) |
| Estimated net available for distribution to general unsecured creditors | | | | (201,404) | (226,404) |
| Unsecured liabilities: | | | | | |
| General unsecured liabilities | | | | (4,409,429) | (4,409,429) |
| Unsecured portion of secured debt | | | | (232,218) | (1,718,017) |
| Total | | | | (4,641,647) | (6,127,446) |
| Total Available after Unsecured Liabilities | | | | $ (4,843,051) | $ (6,353,850) |
| | | | | **0.0%** | **0.0%** |