

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30013
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
B GSE Group, LLC
   dba Bullerdick GSE, LLC
14034 Clarendon Point Court
Huntersville, NC 28078
Social Security No.:
Debtor EIN:
45−3602396

# ORDER SETTING CONFIRMATION HEARING AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

A proposed plan under Chapter 11, Subchapter V of the Bankruptcy Code having been filed by the above referenced debtors(s) on

1. By **February 27, 2023** , the plan and a ballot conforming to Official Form 314 shall be transmitted by the debtor by mail to creditors, equity security holders, and other parties in interest as provided in Rule 3017(d).

2. **April 3, 2023** is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

3. **April 3, 2023** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1).

4. **March 28, 2023** at 09:30 AM at the Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, NC 28202 is fixed for the hearing on confirmation of the plan.

**SO ORDERED.**
Dated: February 27, 2023

BY THE COURT

J. Craig Whitley
United States Bankruptcy Judge

Electronically filed and signed (2/27/23)