

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30013
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   B GSE Group, LLC
       dba Bullerdick GSE, LLC
   14034 Clarendon Point Court
   Huntersville, NC 28078
   Social Security No.:
   Debtor EIN:
   45−3602396

---

# ORDER SETTING CONFIRMATION HEARING AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

A proposed plan under Chapter 11, Subchapter V of the Bankruptcy Code having been filed by the above referenced debtors(s) on

1. By **March 6, 2023** , the plan and a ballot conforming to Official Form 314 shall be transmitted by the debtor by mail to creditors, equity security holders, and other parties in interest as provided in Rule 3017(d).

2. **March 30, 2023** is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

3. **March 30, 2023** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1).

4. **April 4, 2023** at 09:30 AM at the Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2A, Charlotte, NC 28202 is fixed for the hearing on confirmation of the plan.

**SO ORDERED.**
Dated: February 27, 2023                                                BY THE COURT

                                                                        J. Craig Whitley
                                                                        United States Bankruptcy Judge

Electronically filed and signed (2/27/23)