**341 First Creditor's Meeting**
**Chapter 11 Proceedings Memo**

| | |
|---|---|
| Debtor: | B GSE Group, LLC |
| Case No.: | 23-30013 |
| Date / Time: | March 1, 2023 @ 3:30 p.m. |
| Continued: | March 22, 2023 @ 2:00 p.m. |
| Individual Testifying: | Bryan Bullerdick |
| Title: | member/manager |
| Sworn / Affirmed: | ■ YES    ☐ NO |
| Debtor Attorney: | Richard S. Wright |
| Subchapter V Trustee: | Cole Hayes |

Ownership:

| |
|---|
| 100% membership interests are owned by Bryan Bullerdick |
| |
| |
| |

Factors Contributing to Bankruptcy Filing:

| |
|---|
| Entry of judgment and litigation costs |
| |
| |
| |

Compliance with Operating Order:

| |
|---|
| Collateralization of Truist account in process by BA. |
| |
| |
| |

Plan Formulation:

| |
|---|
| Plan filed on February 24, 2023. |
| |
| |
| |

Creditors Present:    No / <u>Yes</u> (see attached)

Items Requested / Additional Requirements:    No / <u>Yes</u> (see attached)

_____
Presiding Officer

Creditors Present

Glenn Thompson, Ed Weil, Steve Zeller for John Bean Technologies Corp.
Marc Buchman for Philadelphia Insurance Companies
Will Curtis for Truist Bank
Cassie Carter for Queen City Supply Co.
Fred Fielding, Chase Defense Partners
Bryan Henry, individually and for Industrial Maintenance Solutions, LLC and Nova I Properties, LLC
Patti Halloran for Jacksonville Aviation Authority


Documents Requested

- Ledger detail showing dates and amounts for transfers made from Debtor to Bryan and Ashley Bullerdick and transfers from Bullerdick to Debtor made during the 4 years prior to the petition date