IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF OPPORTUNITY FOR HEARING**
(No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed)

PLEASE TAKE NOTICE that B GSE Group, LLC, the above-referenced Debtor, has filed a *Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* (the "Motion").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Motion, written responses, if any, must be filed on or before **THURSDAY, APRIL 6, 2023** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

(1) File a formal, written a response with the Bankruptcy Court at:

   Clerk, United States Bankruptcy Court
   Charles Jonas Federal Building
   401 West Trade Street, Suite 2500
   Charlotte, North Carolina 28202

(2) Serve a copy of your response on all parties in interest, including:

   U.S. Bankruptcy Administrator
   401 West Trade Street, Suite 2400
   Charlotte, NC 28202

   Richard S. Wright
   Moon Wright & Houston, PLLC
   212 N. McDowell Street, Suite 200
   Charlotte, NC  28204

MWH: 10782.001; 00028311.1

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Motion will be held before The Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina on **TUESDAY**, **APRIL 25, 2023 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Motion on or before the Response Deadline, the Court may grant the relief requested in the Motion without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
March 16, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
212 N. McDowell Street, Suite 200
Charlotte, NC 28204
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10782.001; 00028311.1