**341 First Creditor's Meeting**
**Chapter 11 Proceedings Memo**

| Debtor: | B GSE Group, LLC |
|---|---|
| Case No.: | 23-30013 |
| Date / Time: | March 22, 2023 @ 2:00 p.m. |
| Continued: | |
| Individual Testifying: | Bryan Bullerdick |
| Title: | member/manager |
| Sworn / Affirmed: | ■ YES   ☐ NO |
| Debtor Attorney: | Richard S. Wright |
| Subchapter V Trustee: | Cole Hayes |

Ownership:

| |
|---|
| 100% membership interests are owned by Bryan Bullerdick |
| |
| |
| |

Factors Contributing to Bankruptcy Filing:

| |
|---|
| Entry of judgment and litigation costs |
| |
| |
| |

Compliance with Operating Order:

| |
|---|
| Collateralization of Truist account completed by BA. |
| |
| |
| |

Plan Formulation:

| |
|---|
| Plan filed on February 24, 2023; objection deadlines extended to April 18, 2023 by order of court |
| |
| |
| |

Creditors Present:   No / <u>Yes</u> (see attached)

Items Requested / Additional Requirements:   <u>No</u> / Yes (see attached)


                              /s/ Shelley K. Abel
                    Presiding Officer

<u>Creditors Present</u>

Glenn Thompson for John Bean Technologies Corp.
Marc Buchman for Philadelphia Insurance Companies
Charlie Livermon for Truist Bank
Ellen Kennedy for Queen City Supply Co.
Patti Halloran for Jacksonville Aviation Authority
Deborah Fletcher for Glenelg Construction