IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON PROPOSED SALE AND OPPORTUNITY FOR OVERBIDS

**NOTICE IS HEREBY GIVEN** pursuant to Rule 2002(a) of the Federal Rules of Bankruptcy Procedure that debtor B GSE Group, LLC (the "Debtor") has filed a *Motion for Approval of Asset Sale (Subject to Higher & Better Offers)* (the "Motion") [Doc. 172] in the above-captioned bankruptcy case.

**NOTICE IS FURTHER GIVEN** that the Motion seeks approval of a sale of the following assets of the Debtor to Luckey Enterprises, LLC for the purchase price of $400,000.00.

- The Debtor's interest in the following ongoing contracts, which shall be assumed by the Debtor and assigned to Luckey Enterprises, LLC:

| Counter-Party | PO # |
|---|---|
| JCM Associates, Inc. | 222086S04 |
| Smith & Associates | BGSE-022-001 |
| Synergy Electric | 1683-02 |
| CW Aero | AS-21/182 |
| CW Aero | AS-21/419 |
| Aldridge Electric | 66165417 |
| Van Ert | F5362-AS |
| Hussung Mechanical | 21119-012 |
| American Airlines | DFW701RA02 |
| American Airlines | JFK901RA01 |
| Berg Electric | 195261 |
| ACCO Engineered Systems | 60660009 |

- Any and all accounts receivable owing to the Debtor for goods and/or services supplied by the Debtor pursuant to the foregoing contracts; and

- Any and all of the Debtor's intellectual property.

**NOTICE IS FURTHER GIVEN** that interested parties may submit higher and better cash offers for the assets at the hearing on the Motion. Any such bidders must provide proof at the hearing of their ability to immediately pay the final purchase price into the trust account of the Debtor's counsel pending closing, without any financing or other contingency.

MWH: 10782.001; 00028459.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be viewed in the case docket on the Bankruptcy Court's website: www.ncwb.uscourts.gov.  You may also obtain a copy of the Motion by contacting:

Shannon Myers
Moon Wright & Houston, PLLC
212 N. McDowell Street, Suite 200
Charlotte, NC  28204
(704) 944-6562
smyers@mwhattorneys.com

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before The Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina on **THURSDAY**, **MAY 11, 2023 at 9:30 A.M. (ET)**.

Dated: Charlotte, North Carolina
May 1, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (NC Bar No. 24622)
212 N. McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone: (704) 944-6560
Facsimile:  (704) 944-0380
*Counsel for the Debtor*