IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that B GSE Group, LLC, the above-referenced Debtor, has filed a *Motion to Assume and Assign Executory Contracts* (the "Motion").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina on **THURSDAY, MAY 11, 2023 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion at said hearing. No further notice will be given.

Dated:  Charlotte, North Carolina
          May 1, 2023

                                            **MOON WRIGHT & HOUSTON, PLLC**

                                            */s/ Richard S. Wright*
                                          Richard S. Wright (NC Bar No. 24622)
                                          212 North McDowell Street, Suite 200
                                          Charlotte, North Carolina 28204
                                          Telephone:  (704) 944-6560
                                          Facsimile:   (704) 944-0380
                                          *Counsel for the Debtor*