IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the *Motion to Assume and Assign Executory Contracts* and *Notice of Hearing* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed on the attached via United States Mail on May 1, 2023.

Dated: Charlotte, North Carolina
May 1, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
212 N. McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10782.001; 00028467.1

| | | |
|---|---|---|
| ACCO Engineered Systems, Inc.<br>Attn: Purchasing Department<br>888 East Walnut Street<br>Pasadena, CA 91101 | Aldridge Electric<br>844 E. Rockland Road<br>Libertyville, IL 60048 | American Airlines<br>P.O. Box 619616<br>Dallas, TX 75261-9616 |
| Berg Electric<br>3182 Lionshead Avenue<br>Carlsbad, CA 92010 | CW Aero<br>1 Seletar Aerospace Heights<br>#02-01<br>Singapore 797547 | Hussung Mechanical<br>6913 Enterprise Drive<br>Louisville, KY 40214 |
| JCM Associates, Inc.<br>301-C Prince Georges Blvd.<br>Upper Marlboro, MD 20774 | Smith & Associates<br>597 Myers Road<br>Summerville, SC 29483 | Synergy Electric Company, Inc.<br>10740 Kenney Street, Suite 401<br>Santee, CA 92071 |
| Van Ert Electric Company<br>7019 Stewart Avenue<br>Wausau, WI 54401 | | |