IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **B GSE GROUP, LLC,** | ) | Case No. 23-30013 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that B GSE Group, LLC, the above-referenced Debtor, has filed an *Application for Authority to Retain and Employ Rory D. Whelehan, Esq. as Chief Restructuring Officer* (the "Application").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Application.  You should read the Application carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina on **THURSDAY, MAY 11, 2023 at 9:30 A.M. (ET)**.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Application at said hearing.  No further notice will be given.

Dated: Charlotte, North Carolina
May 1, 2023

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (NC Bar No. 24622)
212 North McDowell Street, Suite 200
Charlotte, North Carolina 28204
Telephone:  (704) 944-6560
Facsimile:   (704) 944-0380
*Counsel for the Debtor*

MWH: 10782.001; 00028466.1