# Exhibit A

## Work in Progress

| Customer | Contract Amount | Estimated Costs | Estimated Gross Profit | Estimated % Profit | Billings to Date | Remaining | Collected Billings |
|---|---:|---:|---:|---:|---:|---:|---:|
| Gaylor Electric | $ 738,922.00 | $ 575,855.47 | $ 163,066.53 | 28% | $ 738,922.00 | $ - | $ 738,922.00 |
| American Airlines | $ 3,210,807.00 | $ 2,544,000.00 | $ 666,807.00 | 26% | $ 3,210,807.00 | $ - | $ 3,210,807.00 |
| American Airlines | $ 1,106,399.20 | $ 885,119.36 | $ 221,279.84 | 25% | $ 1,101,388.00 | $ 5,011.20 | $ 1,101,388.00 |
| Haskell | $ 112,640.00 | $ 73,666.67 | $ 38,973.33 | 53% | $ 117,476.37 | $ (4,836.37) | |
| Jacksonville Aviation Authority | $ 5,604,965.00 | $ 4,670,804.17 | $ 934,160.83 | 20% | $ 3,380,039.80 | $ 2,224,925.20 | $ 2,680,917.80 |
| Brown-Tisdale | $ 185,960.00 | $ 148,768.00 | $ 37,192.00 | 25% | $ - | $ 185,960.00 | $ - |
| Glenelg | $ 431,900.00 | $ 345,520.00 | $ 86,380.00 | 25% | $ - | $ 431,900.00 | $ - |
| Smith & Associates | $ 89,803.58 | $ 70,000.00 | $ 19,803.58 | 28% | $ - | $ 89,803.58 | |
| JCM Associates | $ 3,878,856.25 | $ 2,603,000.00 | $ 1,275,856.25 | 49% | $ - | $ 3,878,856.25 | $ - |
| Berg Electric | $ 1,874,972.81 | $ 1,499,978.25 | $ 374,994.56 | 25% | $ 1,651,787.13 | $ 223,185.68 | $ 197,000.00 |
| ACCO | $ 3,659,973.12 | $ 2,454,043.79 | $ 1,205,929.33 | 49% | $ 1,756,545.99 | $ 1,903,427.13 | $ 1,250,000.00 |
| Garner Electric | $ 179,500.00 | $ 145,934.96 | $ 33,565.04 | 23% | $ - | $ 179,500.00 | |
| Kwest | $ 140,950.00 | $ 112,760.00 | $ 28,190.00 | 25% | $ - | $ 140,950.00 | $ - |
| Rentz | $ 355,505.00 | $ 276,934.15 | $ 78,570.85 | 28% | $ 63,970.71 | $ 291,534.29 | $ 63,970.71 |
| Moritani America | $ 1,143,295.00 | $ 808,382.14 | $ 334,912.86 | 41% | $ 1,138,295.00 | $ 5,000.00 | $ 1,133,295.00 |
| Moody's Electric | $ 67,970.74 | $ 54,376.59 | $ 13,594.15 | 25% | $ - | $ 67,970.74 | $ - |
| Synergy Electric | $ 565,000.00 | $ 452,000.00 | $ 113,000.00 | 25% | $ 448,690.00 | $ 116,310.00 | $ 163,020.00 |
| CW Aero | $ 39,540.00 | $ 28,861.31 | $ 10,678.69 | 37% | $ - | $ 39,540.00 | |
| CW Aero | $ 123,650.00 | $ 109,211.70 | $ 14,438.30 | 13% | $ 99,891.00 | $ 23,759.00 | |
| Aldridge Electric | $ 132,350.00 | $ 105,880.00 | $ 26,470.00 | 25% | $ - | $ 132,350.00 | |
| Prime Mechanical | $ 659,160.00 | $ 476,000.00 | $ 183,160.00 | 38% | $ - | $ 659,160.00 | $ - |
| Van Ert | $ 295,461.65 | $ 236,369.32 | $ 59,092.33 | 25% | $ - | $ 295,461.65 | |
| Hussung Mechanical | $ 286,051.60 | $ 146,000.00 | $ 140,051.60 | 96% | $ 145,025.80 | $ 141,025.80 | |
| | $ 24,883,632.95 | $ 18,823,465.88 | $ 6,060,167.07 | 33% | $ 13,852,838.80 | $ 11,030,794.15 | |