# Exhibit C

## B GSE Group, LLC
## Hypothetical Liquidation Analysis

|  | Gross | % Realizable | Amount Realizable |
|---|---|---|---|
| Net Cash/Cash Equivalents | $40,000 | 100% | $40,000 |
| Net Accounts Receivable | $295,000 | 75% | $221,250 |
| Fixed Assets (cost) | $585,788 | 50% | $292,894 |
| Inventory/WIP (estimated) | $150,000 | 50% | $75,000 |
| Intangibles (estimated) | $100,000 | 50% | $50,000 |
| Causes of Action | Unknown | N/A | Unknown[1] |
| **Total realizable assets** | | | **$679,144** |
| Less: Secured portion of secured debt | | | ($990,000)[2] |
| **Net assets** | | | **$0** |
| Less: Liquidation costs (statutory trustee commission, brokerage fees) | | | ($78,996)[3] |
| Less: Chapter 7 administrative fees | | | ($50,000) |
| Less: Chapter 11 administrative claims | | | ($130,000) |
| **Net available for distribution to priority unsecured creditors** | | | **$0** |
| Less: Priority unsecured claims | | | ($127,680) |
| **Net available for distribution to general unsecured creditors** | | | **$0** |
| Less: All allowed general unsecured claims | | | ($4,409,429)[4] |
| **Total available after unsecured liabilities** | | | **$0** |

---

[1] Litigation collections are not estimated. Trustee's commissions on any amounts collected in Chapter 7 would be calculated at 5% of the first $371,850, and $3% on all greater amounts distributed to creditors. Collection activity would also result in a corresponding rise in Chapter 7 administrative fees (i.e., professional fee costs).
[2] Includes estimated Truist Bank claim of $460,000 and SBA claim of $530,000 only.
[3] Assumes 10% on fixed assets, inventory, and intangibles; assumes statutory trustee's commission on total.
[4] Includes scheduled claims, but excludes unsecured deficiency claims.

MWH: 10782.001; 00028499.1